Jason B. Lattimore
**The Law Office of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile:  (973) 264-1159
Jason@LattimoreLaw.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDISONLED LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BULBRITE INDUSTRIES, INC, <br><br> *Defendant*. | Case No. 3:25-cv-13543- ZNQ-JTQ <br><br><br> **NOTICE OF MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INVALIDITY CONTENTIONS** |

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on August 17, 2026, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant, Bulbrite Industries, Inc., shall move before the Honorable Justin T. Quinn, United States Magistrate Judge for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order compelling Plaintiff to provide supplemental responses to Defendant's Invalidity

1

Contentions.

**PLEASE TAKE FURTHER NOTICE** that, in connection with this Motion,

Defendant will rely upon this Notice of Motion, the concurrently-filed Brief in

support, and Proposed Order.

Dated:  July 24, 2026                Respectfully submitted,

The Law Office of
JASON B. LATTIMORE, ESQ. LLC

By  s/ Jason B. Lattimore
    Jason B. Lattimore
    55 Madison Avenue, Suite 400
    Morristown, NJ 07960
    Telephone: (973) 998-7477
    Facsimile:  (973) 264-1159

    David C. Radulescu, Ph.D. (*pro hac vice*)
    Etai Lahav (*pro hac vice*)
    Michael Sadowitz (*pro hac vice*)
    Bryon T. Wasserman (*pro hac vice*)
    **RADULESCU LLP**
    5 Penn Plaza, 19th Floor
    New York, New York 10001
    Telephone: (646) 502-5950
    david@radip.com; etai@radip.com;
    mike@radip.com; bryon@radip.com

    Kevin S. Kudlac (*pro hac vice*)
    **RADULESCU LLP**
    111 Congress Avenue, Ste. 500
    Austin, TX 78701
    Telephone: (512) 656-5743
    kevin@radip.com

    ***Counsel for Defendant
    Bulbrite Industries, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, I electronically filed this Notice of Motion, theBrief in support, and a Proposed Order with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

<u>*s/ Jason B. Lattimore*</u>
Jason B. Lattimore
