**Ex. 340–9 — Invalidity of 9,664,340 in view of Roh, Sung '414, Yoganandan, and Sung '268**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims are invalid as anticipated and/or rendered obvious by US20070018191A1 ("Roh"), JP2004134414 ("Sung '414"), US20020163006A1 ("Yoganandan"), and US20090108268A1 ("Sung '268") under 35 U.S.C. §§ 102 or 103.

- Roh was file don July 21, 2006 and published on January 25, 2007;

- Sung '414 was filed on October 4, 2002 and published on April 30, 2004;

- Yoganandan was filed on April 23, 2002 and published on Novemebr 7, 2002; and

- Sung '268 was filed  October 29, 2007 and published/issued April 30, 2009.

Therefore, each of these references qualifies as prior art to the asserted '340 patent at least under one or more provision of 35 U.S.C. § 102. Alternatively, to the extent Plaintiff is unable to establish a priority date before March 16, 2013, Roh, Sung '414, Yoganandan, and Sung '268 each qualifies as prior art to the asserted '340 patent at least under one or more provisions of AIA 35 U.S.C. § 102.[1]

The chart below discloses how Roh, Sung '414, Yoganandan, and Sung '268 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims.  The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references.  Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims.  Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.  When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure.  Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure.  Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims.  Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims.  Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff.  Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| Claims | Prior Art |
|---|---|
| 1[pre]. A light-emitting device, comprising: | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[a] light-emitting device." For example: |

Roh at Abstract

A side view LED includes an insulating substrate, and first and second metal layers each having first and second areas spaced apart from each other at a predetermined gap and disposed on top and underside surfaces of the insulating substrate, respectively. First and second electrical connectors are formed in a thickness direction of the insulating substrate, connecting the first area of the first metal layer to that of the second metal layer, and the second area of the first metal layer to that of the second metal layer. An LED chip is mounted on the first metal layer and electrically connected to the first and second areas. Also, a wall part is attached to the first metal layer to form an opened area around the LED chip. A protective device is mounted on an underside surface of the second metal layer and electrically connected to the first and second areas.

Roh at Fig. 5

FIG. 5

Roh at [0003]

The present invention relates to a side view Light Emitting Diode (LED) for use in a backlight device. More particularly, the present invention relates to a side view LED which has metal layers formed on top

and underside surfaces of a substrate and an LED chip and a protective device mounted on the top and underside surfaces thereof, respectively, in order to prevent light absorption by the protective device, thereby enhancing light emitting efficiency, and to overcome productivity decline resulting from arrangement of the LED chip and protective device in the same location.

Roh at [0042]

The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.

Yoganandan at Abstract

A light source suitable for surface mounting onto a printed circuit board. The light source includes a planar substrate with a centrally positioned aperture. A light emitting diode is mounted on a metallic layer covering the bottom of the aperture, and is encapsulated by a transparent encapsulant material. The metallic layer provides a thermal path for heat generated by the light emitting diode.

Yoganandan at Fig. 17



Yoganandan at [0001]–[0002]

This invention relates to a light source. In particular, the invention relates to a high-power light source in the form of a light emitting diode (LED) package.

Light emitting diodes (LEDs) fabricated from silicon wafer are commonly used to generate light in a variety of applications ranging from simple low-power indication lights to higher-power LED traffic light clusters and LED matrix video displays. Typically, the light emitting diode die is assembled into a sealed package containing electrical connections between the die and terminal pads exposed on an outer surface of the package. Such a package enables simple connection of the diode to external circuitry and, due the sealing properties of the package, protects the die from external damage.

Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]
> The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Abstract
> A composite light-emitting-diode (LED) packaging structure having oppositely arranged chips comprises a first substrate with a first surface and a second surface, a second substrate with a first surface and a second surface, a first LED chip on the first surface of the first substrate, and a second LED chip on the first surface of the second substrate. The second surface of the second substrate and the second surface of the first substrate are packaged integrally in contact.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]
> The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting

| | filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]
The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [1a] a carrier having a top surface and a bottom surface; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a carrier having a top surface and a bottom surface." For example:

Roh at Abstract
A side view LED includes an insulating substrate, and first and second metal layers each having first and second areas spaced apart from each other at a predetermined gap and disposed on top and underside surfaces of the insulating substrate, respectively. First and second electrical connectors are formed in a thickness direction of the insulating substrate, connecting the first area of the first metal layer to that of the second metal layer, and the second area of the first metal layer to that of the second metal layer. An LED chip is mounted on the first metal layer and electrically connected to the first and second areas. Also, a wall part is attached to the first metal layer to form an opened area around the LED chip. A protective device is mounted on an underside surface of the second metal layer and electrically connected to the first and second areas. |

Roh at Fig. 5



FIG. 5

Roh at [0042]

The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.

Yoganandan at Abstract

A light source suitable for surface mounting onto a printed circuit board. The light source includes a planar substrate with a centrally positioned aperture. A light emitting diode is mounted on a metallic layer covering the bottom of the aperture, and is encapsulated by a transparent encapsulant material. The

metallic layer provides a thermal path for heat generated by the light emitting diode.

Yoganandan at Fig. 17



Yoganandan at [0001]–[0002]

This invention relates to a light source. In particular, the invention relates to a high-power light source in the form of a light emitting diode (LED) package.

Light emitting diodes (LEDs) fabricated from silicon wafer are commonly used to generate light in a variety of applications ranging from simple low-power indication lights to higher-power LED traffic light clusters and LED matrix video displays. Typically, the light emitting diode die is assembled into a sealed package containing electrical connections between the die and terminal pads exposed on an outer surface of the package. Such a package enables simple connection of the diode to external circuitry and, due the sealing properties of the package, protects the die from external damage.

Yoganandan at [0004]

Today's surface mount LED packages are available in a wide variety of configurations. FIG. 1 shows one typical surface mount LED package 100 comprising an LED die 110 mounted on a circuit board substrate 120 with a transparent material 130 encapsulating the LED 110. The package includes a pair of conductive interconnects 140, 142 for coupling the LED to external circuitry. A first electrode on the bottom surface of the LED 110 is mounted on and electrically coupled to one of the pair of conductive interconnects 140. A very small wire 144 is then "wire bonded" or welded at one end to a second

electrode on the top surface of the LED 110, and at the other end to the other one of the pair of conductive interconnects 142.

Yoganandan at [0008]

According to a first aspect of the present invention, there is provided a light source comprising; a substrate having opposing first and second surfaces, the substrate defining an aperture extending between the first and second surfaces, a platform covering an opening of the aperture adjacent the first surface, a light emitting diode mounted on the platform within the aperture, and a transparent encapsulant material encapsulating the light emitting diode in the aperture.

Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

>The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

>The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [1b] a first electrode having a first part formed on the top surface, and a second part formed on the bottom surface; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a first electrode having a first part formed on the top surface, and a second part formed on the bottom surface." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br>The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated. |

Sung '414 at 3

FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example,Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding.

Sung '414 at Fig. 3

【図 3 】



Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

> The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

> The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | |
|---|---|
| | teaching of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [1c] a second electrode having a third part formed on the top surface, wherein the first part and the third part are arranged at two opposite sides of the carrier; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a second electrode having a third part formed on the top surface, wherein the first part and the third part are arranged at two opposite sides of the carrier." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br><br>    The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., |

metal powder is filled therein and then reflowed, sintered or plated.

Sung '414 at 3

FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example,Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding.

Sung '414 at Fig. 3

【図 3 】



Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [1d] a first light-emitting unit disposed on the top surface and electrically connected to the first electrode; and | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a first light-emitting unit disposed on the top surface and electrically connected to the first electrode." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br>The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated. |

Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | |
|---|---|
| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [1e] a transparent body covering the first part, the second part, the third part and the first light-emitting unit. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a transparent body covering the first part, the second part, the third part and the first light-emitting unit." For example:<br><br>Yoganandan at Fig. 17<br><br><br><br>Yoganandan at [0033]<br>    A transparent or translucent encapsulant material 260 is bonded to the upper surface 212 of the substrate 210 so as to encapsulate the terminals on the upper surface 212, the gold wires 240, 242, and the LED die 230. The encapsulant material is shaped to form a focussing ellipsoidal dome over the light emitting diode. The ellipsoidal shape of the encapsulation dome optimises the surface mount LED package for use in applications such as video matrix displays.<br><br>Sung '268 at [0013]<br>    In addition, the upper LED transparent chip can be enclosed with a transparent cover body; and the lower LED transparent chip can be enclosed with a transparent cover body.<br><br>Sung '268 at claims 4–5<br>    4. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said first LED chip |

| | |
|---|---|
| | is enclosed with a transparent cover body.<br>5. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said second LED chip is enclosed with a transparent cover body.<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 2. The light-emitting device of claim 1, wherein the first part overlaps the second part. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the first part overlaps the second part." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br>The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal |

layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.

Sung '414 at 3

FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example, Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding.

Sung '414 at Fig. 3

【図 3 】



Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

> The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

> The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| 3. The light-emitting device of claim 1, wherein the carrier comprises a transparent material or a non-transparent material. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the carrier comprises a transparent material or a non-transparent material." For example: <br><br> *See* above at row [1a]. <br><br> To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 4. The light-emitting device of claim 1, wherein the carrier has a side surface and the first part extends beyond the side surface. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the carrier has a side surface and the first part extends beyond the side surface." For example: <br><br> Roh at Abstract <br>     A side view LED includes an insulating substrate, and first and second metal layers each having first and second areas spaced apart from each other at a predetermined gap and disposed on top and underside surfaces of the insulating substrate, respectively. First and second electrical connectors are formed in a thickness direction of the insulating substrate, connecting the first area of the first metal layer to that of the second metal layer, and the second area of the first metal layer to that of the second metal layer. An LED chip is mounted on the first metal layer and electrically connected to the first and second areas. Also, a wall part is attached to the first metal layer to form an opened area around the LED chip. A protective device is mounted on an underside surface of the second metal layer and electrically connected to the first and second areas. |

Roh at Fig. 5



FIG. 5

Roh at [0042]

The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.

Yoganandan at Abstract

A light source suitable for surface mounting onto a printed circuit board. The light source includes a planar substrate with a centrally positioned aperture. A light emitting diode is mounted on a metallic layer covering the bottom of the aperture, and is encapsulated by a transparent encapsulant material. The

metallic layer provides a thermal path for heat generated by the light emitting diode.

Yoganandan at Fig. 17



Yoganandan at [0001]–[0002]

This invention relates to a light source. In particular, the invention relates to a high-power light source in the form of a light emitting diode (LED) package.

Light emitting diodes (LEDs) fabricated from silicon wafer are commonly used to generate light in a variety of applications ranging from simple low-power indication lights to higher-power LED traffic light clusters and LED matrix video displays. Typically, the light emitting diode die is assembled into a sealed package containing electrical connections between the die and terminal pads exposed on an outer surface of the package. Such a package enables simple connection of the diode to external circuitry and, due the sealing properties of the package, protects the die from external damage.

Yoganandan at [0004]

Today's surface mount LED packages are available in a wide variety of configurations. FIG. 1 shows one typical surface mount LED package 100 comprising an LED die 110 mounted on a circuit board substrate 120 with a transparent material 130 encapsulating the LED 110. The package includes a pair of conductive interconnects 140, 142 for coupling the LED to external circuitry. A first electrode on the bottom surface of the LED 110 is mounted on and electrically coupled to one of the pair of conductive interconnects 140. A very small wire 144 is then "wire bonded" or welded at one end to a second

electrode on the top surface of the LED 110, and at the other end to the other one of the pair of conductive interconnects 142.

Yoganandan at [0008]
> According to a first aspect of the present invention, there is provided a light source comprising; a substrate having opposing first and second surfaces, the substrate defining an aperture extending between the first and second surfaces, a platform covering an opening of the aperture adjacent the first surface, a light emitting diode mounted on the platform within the aperture, and a transparent encapsulant material encapsulating the light emitting diode in the aperture.

Yoganandan at [0029]
> The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]
> The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| 5. The light-emitting device of claim 1, wherein the first part and the third part are electrically separated from each other when the first light-emitting unit is not disposed on the top surface. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the first part and the third part are electrically separated from each other when the first light-emitting unit is not disposed on the top surface." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br>The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., |

metal powder is filled therein and then reflowed, sintered or plated.

Sung '414 at 3
FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example,Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding.

Sung '414 at Fig. 3

【図 3 】



Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | |
|---|---|
| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 6. The light-emitting device of claim 1, wherein the second electrode has a fourth part formed on the bottom surface and electrically connected to the third part. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the second electrode has a fourth part formed on the bottom surface and electrically connected to the third part." For example:<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5<br><br>Roh at [0042]<br>The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., |

| | metal powder is filled therein and then reflowed, sintered or plated. |
|---|---|
| | **Sung '414 at 3** |
| | FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example,Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding. |
| | **Sung '414 at Fig. 3** |
| | 【図 3 】  |

Yoganandan at Fig. 17



Yoganandan at [0029]

The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]

The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | |
|---|---|
| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 7. The light-emitting device of claim 6, wherein the transparent body covers the third part and fourth part. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 6, wherein the transparent body covers the third part and fourth part." For example:<br><br>Yoganandan at Fig. 17<br><br><br><br>Yoganandan at [0033]<br> A transparent or translucent encapsulant material 260 is bonded to the upper surface 212 of the substrate 210 so as to encapsulate the terminals on the upper surface 212, the gold wires 240, 242, and the LED die 230. The encapsulant material is shaped to form a focussing ellipsoidal dome over the light emitting diode. The ellipsoidal shape of the encapsulation dome optimises the surface mount LED package for use in applications such as video matrix displays.<br><br>Sung '268 at [0013]<br> In addition, the upper LED transparent chip can be enclosed with a transparent cover body; and the lower LED transparent chip can be enclosed with a transparent cover body.<br><br>Sung '268 at claims 4–5<br> 4. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said first LED chip |

| | |
|---|---|
| | is enclosed with a transparent cover body.<br>5. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said second LED chip is enclosed with a transparent cover body.<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 11. The light-emitting device of claim 1, further comprising a second light-emitting unit, wherein the second light-emitting unit and the first electrode are arranged on opposite sides of the first light-emitting unit. | To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 13. The light-emitting device of claim 1, wherein the first light-emitting unit comprises a plurality of connecting pads, the plurality of connecting pads is formed on a same side of the first light-emitting unit. | To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 14. The light-emitting device of claim 1, wherein the first electrode fully covers an end portion of the carrier in a top view. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the first electrode fully covers an end portion of the carrier in a top view." For example: |

Roh at Fig. 5



FIG. 5

Roh at [0042]

The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.

Sung '414 at 3

FIG. 3 shows a first embodiment of the present invention, which is a side sectional view of a package structure of a surface mounted light emitting diode that emits light in two directions. According to this example,Conductive materials (not shown) are respectively applied to the upper layer and the lower layer of the substrate 50a, and are used to facilitate soldering and make it difficult to drop off when bonding the

bonding wires 20 and fixing the light emitting diode chip 10. In general, gold, silver, tin, chromium, nickel, or an alloy thereof is used as a conductive material, and gold is relatively rarely used because it is relatively expensive and has a poor yellow light reflection effect. A hollow structure is recessed in the upper surface of the substrate 50a, and is used to accommodate the light emitting diode chip 10. A first bonding pad 61 and a second bonding pad 62 are provided so as to cover the outer layer of the substrate, and the first bonding pad 61 and the second bonding pad 62 are disconnected and insulated and isolated. The bonding wire 20 connects the light emitting diode chip 10 to the first bonding pad 61 and the second bonding pad 62. The covering 70 is filled in the recess 51a and covers the light emitting diode chip 10 and the bonding wire 20, and the protection function by the covering is achieved by using a molding technique or a resin sealing technique of low-pressure molding.

Sung '414 at Fig. 3



Yoganandan at Fig. 17



Yoganandan at [0029]
  The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230
  which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the
  LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in
  order to supply an electric current across a semiconductor junction of the LED die. The other ends of the
  gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the
  substrate 210.

Yoganandan at [0030]
  The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a
  lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which
  will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of
  the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED
  package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]
  The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the
  upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting

| | |
|---|---|
| | filling material, so that the light emitted by the upper LED chip 5 may transmit through.<br><br>Sung '268 at [0024]<br>    The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 15. The light-emitting device of claim 1, wherein the transparent body comprises a wavelength conversion layer. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the transparent body comprises a wavelength conversion layer." For example:<br><br>Yoganandan at [0033]<br>    A transparent or translucent encapsulant material 260 is bonded to the upper surface 212 of the substrate 210 so as to encapsulate the terminals on the upper surface 212, the gold wires 240, 242, and the LED die 230. The encapsulant material is shaped to form a focussing ellipsoidal dome over the light emitting diode. The ellipsoidal shape of the encapsulation dome optimises the surface mount LED package for use in applications such as video matrix displays.<br><br>Sung '268 at [0013]<br>    In addition, the upper LED transparent chip can be enclosed with a transparent cover body; and the lower LED transparent chip can be enclosed with a transparent cover body.<br><br>Sung '268 at claims 4–5<br>    4. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said first LED chip is enclosed with a transparent cover body.<br>    5. The composite light-emitting-diode (LED) packaging structure of claim 1, wherein said second LED chip is enclosed with a transparent cover body. |

| | |
|---|---|
| | To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 16. The light-emitting device of claim 1, wherein the carrier has a side surface devoid of the transparent body. | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[t]he light-emitting device of claim 1, wherein the carrier has a side surface devoid of the transparent body." For example:<br><br>Roh at Abstract<br><br>A side view LED includes an insulating substrate, and first and second metal layers each having first and second areas spaced apart from each other at a predetermined gap and disposed on top and underside surfaces of the insulating substrate, respectively. First and second electrical connectors are formed in a thickness direction of the insulating substrate, connecting the first area of the first metal layer to that of the second metal layer, and the second area of the first metal layer to that of the second metal layer. An LED chip is mounted on the first metal layer and electrically connected to the first and second areas. Also, a wall part is attached to the first metal layer to form an opened area around the LED chip. A protective device is mounted on an underside surface of the second metal layer and electrically connected to the first and second areas.<br><br>Roh at Fig. 5<br><br><br><br>FIG. 5 |

Roh at [0042]

The first substrate 110 is made of an insulating material and coated with first and second metal layers 112 and 114 on top and underside surfaces thereof. The first metal layer 112 is separated into a first area 112a (as shown in the left side of FIG. 5) and a second area 112b (as shown in the right side of FIG. 5) at a predetermined gap 116. Also, the second metal layer 114 is separated into a first area 114a (as shown in the left side of FIG. 5) and a second area 114b (as shown in the right side of FIG. 5) at a predetermined gap 116. Electric connectors 118 are formed in a predetermined area of the substrate in a thickness direction. A first area 112a of the first metal layer 112 is connected to a first area 114a of the second metal layer 114 via the electric connectors 118. Likewise, a second area 112b of the first metal layer 112 is connected to a second area 114b of the second metal layer 114 via the electric connectors 118. To form the electric connectors 118, holes are perforated in the first substrate 110, and a conductive material, e.g., metal powder is filled therein and then reflowed, sintered or plated.


Yoganandan at Abstract

A light source suitable for surface mounting onto a printed circuit board. The light source includes a planar substrate with a centrally positioned aperture. A light emitting diode is mounted on a metallic layer covering the bottom of the aperture, and is encapsulated by a transparent encapsulant material. The metallic layer provides a thermal path for heat generated by the light emitting diode.

| | |
|---|---|
| | Yoganandan at Fig. 17<br><br><br><br>Yoganandan at [0001]–[0002]<br>This invention relates to a light source. In particular, the invention relates to a high-power light source in the form of a light emitting diode (LED) package.<br>Light emitting diodes (LEDs) fabricated from silicon wafer are commonly used to generate light in a variety of applications ranging from simple low-power indication lights to higher-power LED traffic light clusters and LED matrix video displays. Typically, the light emitting diode die is assembled into a sealed package containing electrical connections between the die and terminal pads exposed on an outer surface of the package. Such a package enables simple connection of the diode to external circuitry and, due the sealing properties of the package, protects the die from external damage.<br><br>Yoganandan at [0004]<br>Today's surface mount LED packages are available in a wide variety of configurations. FIG. 1 shows one typical surface mount LED package 100 comprising an LED die 110 mounted on a circuit board substrate 120 with a transparent material 130 encapsulating the LED 110. The package includes a pair of conductive interconnects 140, 142 for coupling the LED to external circuitry. A first electrode on the bottom surface of the LED 110 is mounted on and electrically coupled to one of the pair of conductive interconnects 140. A very small wire 144 is then "wire bonded" or welded at one end to a second electrode on the top surface of the LED 110, and at the other end to the other one of the pair of conductive |

interconnects 142.

Yoganandan at [0008]
 According to a first aspect of the present invention, there is provided a light source comprising; a substrate having opposing first and second surfaces, the substrate defining an aperture extending between the first and second surfaces, a platform covering an opening of the aperture adjacent the first surface, a light emitting diode mounted on the platform within the aperture, and a transparent encapsulant material encapsulating the light emitting diode in the aperture.

Yoganandan at [0029]
 The light emitting element of the LED package 200 is provided by a light emitting diode (LED) die 230 which is mounted centrally in the recess 220 of the substrate 210. As illustrated in the front view of the LED package, two thin gold wires 240, 242 are electrically coupled at one end to the LED die 230 in order to supply an electric current across a semiconductor junction of the LED die. The other ends of the gold wires 240, 242 are electrically coupled to respective terminals on the upper surface 212 of the substrate 210.

Yoganandan at [0030]
 The terminals on the upper surface 212 are in turn coupled to a pair of conductive pads 250, 252 on a lower surface 214 of the substrate 210 by a pair of electrically conductive vias, further details of which will be described later. The pair of conductive pads 250,252 which are exposed on the lower surface of the substrate provide two generally planar surfaces suitable for surface mounting the bottom of the LED package onto a printed circuit board.

Sung '268 at Fig. 3



FIG.3

Sung '268 at [0023]

The upper LED package structure 2 includes: an upper substrate 1; an upper LED chip 5 provided on the upper substrate 1 that is enclosed with a cover body 7. The cover body 7 is made of light transmitting filling material, so that the light emitted by the upper LED chip 5 may transmit through.

Sung '268 at [0024]

The upper substrate 1 can be a metal substrate, a non-metal substrate or a transparent substrate, and is provided with a connection pad 11 or electric pattern 13 on its outer surface for electrically connecting to the LED chip 5. The respective connection pads 11 or electrical patterns 13 are not connected to each other and are in an insulated state. The connection wire 9 may be coated with a conductive glue (not shown), and is connected between the connection pad 11 and the LED chip 5. To facilitate welding and adhesion, the conduction glue is usually made of one of the following: gold, silver, tin, chromium, nickel, or an alloy thereof. Since gold is much more expensive and the effects of its reflection are unsatisfactory, it is not used very often.

To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| 19[pre]. A light-emitting device, comprising: | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "[a] light-emitting device." For example:<br><br>*See* above at row 1[pre].<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [19a] a carrier having a top surface and a bottom surface; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a carrier having a top surface and a bottom surface." For example:<br><br>*See* above at row [1a].<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [19b] a first electrode having a first part formed on the top surface and a second part formed on the bottom surface; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a first electrode having a first part formed on the top surface and a second part formed on the bottom surface." For example:<br><br>*See* above at row [1b].<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [19c] a second electrode having a third part formed on the top surface, wherein the first part and the third part are arranged at two opposite sides of the carrier; | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a second electrode having a third part formed on the top surface, wherein the first part and the third part are arranged at two opposite sides of the carrier." For example:<br><br>*See* above at row [1c].<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the |

| | teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [19d] a plurality of light-emitting units disposed on the top surface and electrically connected to the first electrode; and | Roh, Sung '414, Yoganandan, and Sung '268 expressly or inherently discloses "a plurality of light-emitting units disposed on the top surface and electrically connected to the first electrode." For example:<br><br>*See* above at row [1d].<br><br>To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [19e] a wavelength conversion layer covering the first part, the second part, the third part and the plurality of light-emitting units. | To the extent that Roh, Sung '414, Yoganandan, and Sung '268 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Roh, Sung '414, Yoganandan, and Sung '268, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |