**Ex. 455-1 — Invalidity of 10,224,455 in view of Yang '003**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '455 patent are invalid as anticipated and/or rendered obvious by U.S. Patent Application Publication No. US 2002/0105003 A1 ("Yang '003") under 35 U.S.C. §§ 102 and/or 103. Yang '003 was filed on April 6, 2001, claims foreign priority to Taiwanese application no. 90102561 filed on February 6, 2001, and was published on August 8, 2002, and therefore qualifies as prior art to the asserted '455 patent at least under one or more provisions of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Yang '003 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims.  The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references.  Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims.  Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.  When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used its best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure.  Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well.  Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff.  Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| Claims | Prior Art |
|---|---|
| 1[pre] A light emitting device, comprising: | Yang '003 expressly or inherently discloses "a light emitting device." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0001]<br>The present invention relates to a structure and a method of making a light emitting diode (LED) chip, and more particularly to a structure and a method of making an AlGaInP LED chip.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.<br><br>[0021]<br>The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must |

be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, 5H3PO4:3H2O2:3H2O or 1NH4OH:35H2O2. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

[0026]
The LED is composed of transparent substrate, and both the p-type and n-type ohmic metal layer are formed on the same side of the transparent substrate, therefore a flip chip package method can be applied and the conventional wire bonding method is not necessary anymore. Therefore, the LED formed by the method of the present invention has a better reliability. Furthermore, no light is absorbed by the transparent substrate, therefore the brightness of the LED is improved. In addition, the transparent substrate can be composed of sapphire, glass or SiC with high hardness, therefore

| | |
|---|---|
| | the thickness of the substrate can be down to 100 micrometers without breaking so that a LED structure with thin thickness and small size is manufactured.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] an epitaxial structure comprising an active layer; | Yang '003 expressly or inherently discloses "an epitaxial structure comprising an active layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.<br><br>[0016]<br>Referring to FIG. 1, the epitaxial structure of light emitting diode of the present invention is composed of an n-type GaAs substrate 26, an etching stop layer 24, n-type $(Al_xGa1-x)0.5In0.5P$ lower cladding layer 22 and $(Al_xGa1-x)0.5In0.5P$ active layer 20, p-type $(Al_xGa1-x)0.5In0.5P$ upper cladding layer 18, and p-type ohmic contact epitaxial layer 16. |

| | |
|---|---|
| | [0019]<br>In the above description, the ratio of the compound such as (AlxGa1-x)0.5In0.5P is a preferred example, the invention is also applied to any ratio of III-V semiconductor material. In addition, the structure of the AlGaInP active layer 20 of the invention could be a SH structure, a DH structure, a multiple quantum wells (MQWs) structure, or a Quantum wells heterostructure (QWHs). The DH structure comprises the n-type (AlxGa1-x)0.5In0.5P lower cladding layer 22, an (AlxGa1-x)0.5In0.5P active layer 20 and a p-type (AlxGa1-x)0.5In0.5P upper cladding layer 18, as shown in FIG. 1, wherein the preferred thickness of the lower cladding layer 22, the active layer 20 and the upper cladding layer 18 are about 0.5–3.0 μm, 0.5–2.0 μm and 0.5–3.0 μm, respectively.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[b] a transparent substrate having a top surface being not less than 1.6 times an area of the active layer; | Yang '003 expressly or inherently discloses "a transparent substrate having a top surface being not less than 1.6 times an area of the active layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side. |

[0021]
The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, 5H3PO4:3H2O2:3H2O or 1NH4OH:35H2O2. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[c] a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure; | Yang '003 expressly or inherently discloses "a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.<br><br>[0021]<br>The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the |

material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 1[d] a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure; and | Yang '003 expressly or inherently discloses "a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.<br><br>[0021]<br>The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased. |

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 1[e] a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer, | Yang '003 expressly or inherently discloses "a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed |

to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.

See Figs. 1–6.

[0007]
The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is

| | |
|---|---|
| | thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.<br><br>[0026]<br>The LED is composed of transparent substrate, and both the p-type and n-type ohmic metal layer are formed on the same side of the transparent substrate, therefore a flip chip package method can be applied and the conventional wire bonding method is not necessary anymore. Therefore, the LED formed by the method of the present invention has a better reliability. Furthermore, no light is absorbed by the transparent substrate, therefore the brightness of the LED is improved. In addition, the transparent substrate can be composed of sapphire, glass or SiC with high hardness, therefore the thickness of the substrate can be down to 100 micrometers without breaking so that a LED structure with thin thickness and small size is manufactured.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[f] wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other. | Yang '003 expressly or inherently discloses "wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0022]<br>Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for |

| | example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3. The light-emitting device of claim 1, wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer. | Yang '003 expressly or inherently discloses "wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0022]<br>Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure |

| | and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, 5H3PO4:3H2O2:3H2O or 1NH4OH:35H2O2. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 5. The light-emitting device of claim 3, wherein the top surface and the bottom surface substantially have the same width. | Yang '003 expressly or inherently discloses "wherein the top surface and the bottom surface substantially have the same width." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6. |

[0021]
The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, 5H3PO4:3H2O2:3H2O or 1NH4OH:35H2O2. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 6. The light-emitting device of claim 1, wherein the active layer is narrower than the second transparent layer. | Yang '003 expressly or inherently discloses "wherein the active layer is narrower than the second transparent layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0016]<br>Referring to FIG. 1, the epitaxial structure of light emitting diode of the present invention is composed of an n-type GaAs substrate 26, an etching stop layer 24, n-type (AlxGa1-x)0.5In0.5P lower cladding layer 22 and (AlxGa1-x)0.5In0.5P active layer 20, p-type (AlxGa1-x)0.5In0.5P upper cladding layer 18, and p-type ohmic contact epitaxial layer 16.<br><br>[0019]<br>In the above description, the ratio of the compound such as (AlxGa1-x)0.5In0.5P is a preferred example, the invention is also applied to any ratio of III-V semiconductor material. In addition, the structure of the AlGaInP active layer 20 of the invention could be a SH structure, a DH structure, a multiple quantum wells (MQWs) structure, or a Quantum wells heterostructure (QWHs). The DH structure comprises the n-type (AlxGa1-x)0.5In0.5P lower cladding layer 22, an (AlxGa1-x)0.5In0.5P active layer 20 and a p-type (AlxGa1-x)0.5In0.5P upper cladding layer 18, as shown in FIG. 1, wherein the preferred thickness of the lower cladding layer 22, the active layer 20 and the upper cladding layer 18 are about 0.5-3.0 μm, 0.5-2.0 μm and 0.5-3.0 μm, respectively.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as |

| | known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 9. The light-emitting device of claim 1, wherein the transparent substrate is made of a non-semiconductor material. | Yang '003 expressly or inherently discloses "wherein the transparent substrate is made of a non-semiconductor material." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0021]<br>The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 10. The light-emitting device of claim 1, wherein the second transparent layer comprises a metal oxide. | Yang '003 expressly or inherently discloses "wherein the second transparent layer comprises a metal oxide." For example:<br><br>Abstract |

A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.

See Figs. 1–6.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 11. The light-emitting device of claim 1, wherein the first transparent layer has a thickness is smaller than that of the second transparent layer. | Yang '003 expressly or inherently discloses "wherein the first transparent layer has a thickness is smaller than that of the second transparent layer." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0021]<br>The structure as shown in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate not must be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.<br><br>[0022]<br>Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of |

the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 13. The light-emitting device of claim 1, further comprising a second electrode arranged on the epitaxial structure. | Yang '003 expressly or inherently discloses "a second electrode arranged on the epitaxial structure." For example:<br><br>Abstract<br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>See Figs. 1–6.<br><br>[0007]<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial |

| | layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side. |
|---|---|
| | [0022] Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3. To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 16. The light-emitting device of claim 1, further comprising a reflective layer arranged under the active layer. | Yang '003 expressly or inherently discloses "a reflective layer arranged under the active layer." For example: Abstract |

A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.

See Figs. 1–6.

[0007]
The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side.

[0022]
Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C, with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C, and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C to 100° C, to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C and 600° C so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP

| | lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang '003, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|