**Ex. 455-1 — Invalidity of 10,224,455 in view of Sakamoto '422**

This chart is subject to all reservations, objections, and disclaimers in Defendants' Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '455 patent are invalid as anticipated and/or rendered obvious by U.S. Patent Application Publication No. 2004/0124422 A1 ("Sakamoto '422") under 35 U.S.C. §§ 102 and/or 103. Sakamoto '422 was filed on October 1, 2003, claims priority to Japanese patent applications filed on October 3, 2002, November 7, 2002, December 24, 2002, and August 20, 2003, and was published on July 1, 2004, and therefore qualifies as prior art to the asserted '455 patent under at least one of pre–AIA 35 U.S.C. § 102(a) and AIA 35 U.S.C. § 102(a)(1).[1] If the asserted claims of the '455 patent are entitled to an effective filing date prior to March 16, 2013, then Sakamoto '422 qualifies as prior art under pre–AIA 35 U.S.C. § 102(a) because it is a printed publication that predates the earliest effective filing date to which the '455 patent is entitled. Alternatively, if the asserted claims are not entitled to a pre–March 16, 2013 effective filing date, Sakamoto '422 qualifies as prior art under 35 U.S.C. § 102(a)(1) because it was publicly available well before the effective filing date of the '455 patent (December 9, 2013), and no exception under § 102(b)(1) applies.

The chart below discloses how Sakamoto '422 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

---

[1] Plaintiff claims the '455 patent is entitled to a priority date of June 27, 2001 based on Taiwanese patent application no. 90115871, which would render the '455 patent expired as of June 27, 2021. If Plaintiff is unable to prove such an earlier effective filing date, then the earliest possible effective filing date would be Jan. 27, 2006 based on Taiwanese patent application no. 95103659. In that event, Sakamoto '422 qualifies as prior art as explained herein. Nothing herein is intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| Claims | Prior Art |
|---|---|
| 1[pre] A light emitting device, comprising: | Sakamoto '422 expressly or inherently discloses "a light emitting device." For example: <br><br>Abstract <br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member. <br><br>See Figs. 1–13. <br><br>[0003] <br>The present invention relates to a light-emitting diode with layer construction of nitride Semiconductor $(In_xAl_yGa_{1-x-y}N, 0\leqq X, 0\leqq y, X+y\leqq 1)$, especially, first to a light-emitting diode capable of making its light emission uniform and of improving its life, and secondly to a light-emitting diode capable of improving light outgoing toward the observation side. <br><br>[0006] <br>Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various |

| | |
|---|---|
| | electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example). [0012] A light-emitting diode according to the present invention comprises an n-type nitride Semiconductor layer; an n-type nitride Semiconductor layer; an n-side electrode, which is provided on the n-type nitride Semiconductor layer; a p-type nitride Semiconductor layer, and a p-side electrode, which is provided on the p-type nitride Semiconductor layer, having a p-side current diffusing member and a p-side pad member provided on at least a part of the p-side current diffusing member; wherein, the n-side electrode and p-side electrode are provided in an electrode-forming-plane Side, and the light-emitting diode has a shape with a longitudinal direction in View from the electrode-forming-plane Side, and the n-side electrode has an n-side connecting portion to be connected to a conductive member, and an n-side extending portion which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least a p-side connecting portion to be connected to a conductive member, and the light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member. To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] an epitaxial structure comprising an active layer; | Sakamoto '422 expressly or inherently discloses "an epitaxial structure comprising an active layer." For example: Abstract The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be |

connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.

See Figs. 1–13.

[0006]
Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).

[0046]
For example, the LED of this embodiment has layer construction, in which a GaN buffer layer 2, a undoped GaN layer 3, an Si-doped GaN layer 4 as an n-type contact layer, an Si-doped GaN layer 5 as an n-type cladding layer, an InGaN layer 6 as an active layer, an Mg-doped AlGaN layer 7 as a p-type cladding layer, and an Mg-doped GaN layer 8 used as p type contact layer are Successively laminated on a Sapphire substrate 1, as shown in FIG. 2. In addition, the Mg-doped GaN layer 8, the Mg-doped AlGaN layer 7, the InGaN layer 6, the Si-doped GaN layer 5, and the Si-doped GaN layer 4 are partially removed by etching etc., and the n-side electrode 9 is formed on an exposure surface of the Si-doped GaN layer 4, and then the p-side electrode 10 is provided on virtually the whole of upper surface of the Mg-doped GaN layer 8. Additionally, in this embodiment, the Si-doped GaN layer 4 as the n-type contact layer relates to the n-type nitride Semiconductor layer and the Mg-doped GaN layer 8 as the p-type contact layer relates to the p-type nitride Semiconductor layer mentioned in the "claims" respectively.

| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[b] a transparent substrate having a top surface being not less than 1.6 times an area of the active layer; | Sakamoto '422 expressly or inherently discloses "a transparent substrate having a top surface being not less than 1.6 times an area of the active layer." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0006]<br>Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). |

| | Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).<br><br>[0045]<br>As shown in FIG. 1, the LED of the embodiment 1 according to the present invention has a shape with a longitudinal direction, which is a predetermined direction, in the View from the electrode-forming-plane Side. In this embodiment, the shape is a rectangle, in which one pair of Sides is longer than another pair of Sides. An n-side connecting portion 9-1 is positioned in proximity to one end in the longitudinal direction of the rectangle. A p-side connecting portion 10b-1 is positioned in proximity to another end in the longitudinal direction of the rectangle So as to be opposed to it.<br><br>[0055]<br>On the other hand, generally, the light produced from the inside of LED is reflected at various interface surfaces such as between a Semiconductor layer and another Semiconductor layer, between a Semiconductor layer and an electrode, or the like, and then is outwardly emitted from the LED. When the light is reflected, not all of the light is reflected but a part of the light is absorbed by each member. If the number of the reflection can be reduced, the number of absorption also can be reduced. Considering this fact, forming a shape of the LED as thin as possible in the width direction in View from the electrode-forming-plane Side can minimize the absorption of the light and can improve light outgoing. Furthermore, forming in the thin shape can allow the light to intensively outgo from the thin Side. Although a rectangle, a parallelogram, in which one pair of Sides is longer than another pair of Sides, an ellipse and So on can be used as Such a shape, a rectangle is the most preferable considering a practical matter Such as a yield.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[c] a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure; | Sakamoto '422 expressly or inherently discloses "a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and |

its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.

See Figs. 1–13.

[0006]
Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).

[0046]
For example, the LED of this embodiment has layer construction, in which a GaN buffer layer 2, a undoped GaN layer 3, an Si-doped GaN layer 4 as an n-type contact layer, an Si-doped GaN layer 5 as an n-type cladding layer, an InGaN layer 6 as an active layer, an Mg-doped AlGaN layer 7 as a p-type cladding layer, and an Mg-doped GaN layer 8 used as p type contact layer are Successively laminated on a Sapphire substrate 1, as shown in FIG. 2. In addition, the Mg-doped GaN layer 8, the Mg-doped AlGaN layer 7, the InGaN layer 6, the Si-doped GaN layer 5, and the Si-doped GaN layer 4 are partially removed by etching etc., and the n-side electrode 9 is formed on an exposure surface of the Si-doped GaN layer 4, and then the p-side electrode 10 is provided on virtually the whole of upper surface of the Mg-doped GaN layer 8. Additionally, in this embodiment, the Si-

| | doped GaN layer 4 as the n-type contact layer relates to the n-type nitride Semiconductor layer and the Mg-doped GaN layer 8 as the p-type contact layer relates to the p-type nitride Semiconductor layer mentioned in the "claims" respectively. |
|---|---|
| | [0048]<br>The p-side electrode 10 is composed of a p-side current diffusing member 10a, which is formed on relatively a large area of (virtually the whole of) the p-type contact layer and is in Ohmic contact with the p-type contact layer and diffuses a current Supplied from a p-side pad member described below, and the p-side pad member 10b, which is formed on a predetermined part of the p-side current diffusing member. In this embodiment, the p-side electrode is composed of Ni, Au, and Au, which are Successively laminated on the p-type contact layer, however, the other known materials and laminated-layer construction can be employed for the p-side electrode. In this case, the p-side current diffusing member is formed in a relatively thin layer of laminated Ni and Au, which allows at least a part of the light from the LED to pass through (hereinafter occasionally refer to "transparency"). On the other hand, the p-side pad member is formed in a relatively a thick laminated layer, which does not have transparency. In addition, the p-side pad member 10b is composed of the p-side connecting portion 10b-1 to be connected to a wire as a conductive member after the whole process and a p-side extending portion 10b-2 extending from a part of it in longitudinal direction So as to be opposed to the n-side connecting portion 9-1.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[d] a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure; and | Sakamoto '422 expressly or inherently discloses "a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the |

longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.

See Figs. 1–13.

[0006]
Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).

[0048]
The p-side electrode 10 is composed of a p-side current diffusing member 10a, which is formed on relatively a large area of (virtually the whole of) the p-type contact layer and is in Ohmic contact with the p-type contact layer and diffuses a current Supplied from a p-side pad member described below, and the p-side pad member 10b, which is formed on a predetermined part of the p-side current diffusing member. In this embodiment, the p-side electrode is composed of Ni, Au, and Au, which are Successively laminated on the p-type contact layer, however, the other known materials and laminated-layer construction can be employed for the p-side electrode. In this case, the p-side current diffusing member is formed in a relatively thin layer of laminated Ni and Au, which allows at least a part of the light from the LED to pass through (hereinafter occasionally refer to "transparency"). On the other hand, the p-side pad member is formed in a relatively a thick laminated layer, which does not have transparency. In addition, the p-side pad member 10b is composed of the p-side connecting portion 10b-1 to be connected to a wire as a conductive member after the whole process and a p-side extending portion 10b-2 extending from a part of it in longitudinal direction So as to be opposed to the n-side connecting portion 9-1.

| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[e] a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer, | Sakamoto '422 expressly or inherently discloses "a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer." For example: <br><br> Abstract <br> The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member. <br><br> See Figs. 1–13. <br><br> [0006] <br> Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). |

| | Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example). |
| --- | --- |
| | [0047]<br>In this embodiment, the n-side electrode 9 is composed of W, Al, W., Pt, and Au, which are successively laminated on the n-type contact layer, however, the other known materials and laminated-layer construction can be employed for the n-side electrode. In addition, the n-side electrode is composed of the n-side connecting portion 9-1 to be connected to a wire as a conductive member after the whole process and an n-side extending portion 9-2 extending from a part of it in longitudinal direction.<br><br>[0048]<br>The p-side electrode 10 is composed of a p-side current diffusing member 10a, which is formed on relatively a large area of (virtually the whole of) the p-type contact layer and is in Ohmic contact with the p-type contact layer and diffuses a current Supplied from a p-side pad member described below, and the p-side pad member 10b, which is formed on a predetermined part of the p-side current diffusing member. In this embodiment, the p-side electrode is composed of Ni, Au, and Au, which are Successively laminated on the p-type contact layer, however, the other known materials and laminated-layer construction can be employed for the p-side electrode. In this case, the p-side current diffusing member is formed in a relatively thin layer of laminated Ni and Au, which allows at least a part of the light from the LED to pass through (hereinafter occasionally refer to "transparency"). On the other hand, the p-side pad member is formed in a relatively a thick laminated layer, which does not have transparency. In addition, the p-side pad member 10b is composed of the p-side connecting portion 10b-1 to be connected to a wire as a conductive member after the whole process and a p-side extending portion 10b-2 extending from a part of it in longitudinal direction So as to be opposed to the n-side connecting portion 9-1.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[f] wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other. | Sakamoto '422 expressly or inherently discloses "wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other." For example:<br><br>Abstract |

The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.

See Figs. 1–13.

[0045]
As shown in FIG. 1, the LED of the embodiment 1 according to the present invention has a shape with a longitudinal direction, which is a predetermined direction, in the View from the electrode-forming-plane Side. In this embodiment, the shape is a rectangle, in which one pair of Sides is longer than another pair of Sides. An n-side connecting portion 9-1 is positioned in proximity to one end in the longitudinal direction of the rectangle. A p-side connecting portion 10b-1 is positioned in proximity to another end in the longitudinal direction of the rectangle So as to be opposed to it.

[0049]
Furthermore, as shown in FIG. 1, the LED of the embodiment 1 according to the present invention is divided into an n-side connecting area including the n-side connecting portion 9-1, a p-side connecting area including p-side connecting portion 10b-1, and a middle area provided between them. Each area is a divided area by the direction Virtually perpendicular to the longitudinal direction.

[0050]
The n-side extending portion 9-2 is positioned in the middle area. In the middle area, the n-side extending portion 9-2 extends So as to be opposed to the p-Side current diffusing member 10a. That is, the n-side extending portion is not located in the p-side connecting area but only in the middle area. The n-side extending portion 9-2 and the p-side current diffusing member 10a are positioned So as to be opposed to each other.

| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 3. The light-emitting device of claim 1, wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer. | Sakamoto '422 expressly or inherently discloses "wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0045]<br>As shown in FIG. 1, the LED of the embodiment 1 according to the present invention has a shape with a longitudinal direction, which is a predetermined direction, in the View from the electrode-forming-plane Side. In this embodiment, the shape is a rectangle, in which one pair of Sides is longer than another pair of Sides. An n-side connecting portion 9-1 is positioned in proximity to one end in the longitudinal direction of the rectangle. A p-side connecting portion 10b-1 is positioned in proximity to another end in the longitudinal direction of the rectangle So as to be opposed to it.<br><br>[0055]<br>On the other hand, generally, the light produced from the inside of LED is reflected at various interface Surfaces Such as between a Semiconductor layer and another Semiconductor layer, between a Semiconductor layer and an electrode, or the like, and then is outwardly emitted from the LED. When the light is reflected, not all of the light is reflected but a part of the light is absorbed |

| | |
|---|---|
| | by each member. If the number of the reflection can be reduced, the number of absorption also can be reduced. Considering this fact, forming a shape of the LED as thin as possible in the width direction in View from the electrode-forming-plane Side can minimize the absorption of the light and can improve light outgoing. Furthermore, forming in the thin shape can allow the light to intensively outgo from the thin Side. Although a rectangle, a parallelogram, in which one pair of Sides is longer than another pair of Sides, an ellipse and So on can be used as Such a shape, a rectangle is the most preferable considering a practical matter Such as a yield.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 5. The light-emitting device of claim 3, wherein the top surface and the bottom surface substantially have the same width. | Sakamoto '422 expressly or inherently discloses "wherein the top surface and the bottom surface substantially have the same width." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0045]<br>As shown in FIG. 1, the LED of the embodiment 1 according to the present invention has a shape with a longitudinal direction, which is a predetermined direction, in the View from the electrode-forming-plane Side. In this embodiment, the shape is a rectangle, in which one pair of Sides is longer than another pair of Sides. An n-side connecting portion 9-1 is positioned in proximity to one end in the longitudinal direction of the rectangle. A p-side connecting portion 10b-1 is |

| | positioned in proximity to another end in the longitudinal direction of the rectangle So as to be opposed to it.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 6. The light-emitting device of claim 1, wherein the active layer is narrower than the second transparent layer. | Sakamoto '422 expressly or inherently discloses "wherein the active layer is narrower than the second transparent layer." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0046]<br>For example, the LED of this embodiment has layer construction, in which a GaN buffer layer 2, a undoped GaN layer 3, an Si-doped GaN layer 4 as an n-type contact layer, an Si-doped GaN layer 5 as an n-type cladding layer, an InGaN layer 6 as an active layer, an Mg-doped AlGaN layer 7 as a p-type cladding layer, and an Mg-doped GaN layer 8 used as p type contact layer are Successively laminated on a Sapphire substrate 1, as shown in FIG. 2. In addition, the Mg-doped GaN layer 8, the Mg-doped AlGaN layer 7, the InGaN layer 6, the Si-doped GaN layer 5, and the Si-doped GaN layer 4 are partially removed by etching etc., and the n-side electrode 9 is formed on an exposure surface of the Si-doped GaN layer 4, and then the p-side electrode 10 is provided on virtually the whole of upper surface of the Mg-doped GaN layer 8. Additionally, in this embodiment, the Si-doped GaN layer 4 as the n-type contact layer relates to the n-type nitride Semiconductor layer and |

| | the Mg-doped GaN layer 8 as the p-type contact layer relates to the p-type nitride Semiconductor layer mentioned in the "claims" respectively.<br><br>[0055]<br>On the other hand, generally, the light produced from the inside of LED is reflected at various interface Surfaces Such as between a Semiconductor layer and another Semiconductor layer, between a Semiconductor layer and an electrode, or the like, and then is outwardly emitted from the LED. When the light is reflected, not all of the light is reflected but a part of the light is absorbed by each member. If the number of the reflection can be reduced, the number of absorption also can be reduced. Considering this fact, forming a shape of the LED as thin as possible in the width direction in View from the electrode-forming-plane Side can minimize the absorption of the light and can improve light outgoing. Furthermore, forming in the thin shape can allow the light to intensively outgo from the thin Side. Although a rectangle, a parallelogram, in which one pair of Sides is longer than another pair of Sides, an ellipse and So on can be used as Such a shape, a rectangle is the most preferable considering a practical matter Such as a yield.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 9. The light-emitting device of claim 1, wherein the transparent substrate is made of a non-semiconductor material. | Sakamoto '422 expressly or inherently discloses "wherein the transparent substrate is made of a non-semiconductor material." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member. |

| | See Figs. 1–13.<br><br>[0006]<br>Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).<br><br>[0040]<br>Various kinds of nitride semiconductors can be used for each Semiconductor layer in a light-emitting diode (hereinafter occasionally refer to an "LED") according to the present invention. Concretely, made two or more kinds of semiconductors such as InxAlyGa1-x-yN ($0 \leqq x$, $0 \leqq y$, $x+y \leqq 1$), which is formed by the organic-metal vapor-phase epitaxy method (MOCVD), a hydride vapor-phase-epitaxy method (HVPE), etc are preferably used. In addition, MIS junction structure, homostructure, heterostructure, or double heterostructure with PIN junction, or PN junction can be applied to layer construction. Additionally, any of the layers can be formed in superlattice structure. Moreover, an active layer can be single quantum-well-structure or multi-quantum-well-structure, in which a thin layer with quantum effect is formed.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 10. The light-emitting device of claim 1, wherein the second transparent layer comprises a metal oxide. | Sakamoto '422 expressly or inherently discloses "wherein the second transparent layer comprises a metal oxide." For example:<br><br>Abstract |

| | The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0048]<br>The p-side electrode 10 is composed of a p-side current diffusing member 10a, which is formed on relatively a large area of (virtually the whole of) the p-type contact layer and is in Ohmic contact with the p-type contact layer and diffuses a current Supplied from a p-side pad member described below, and the p-side pad member 10b, which is formed on a predetermined part of the p-side current diffusing member. In this embodiment, the p-side electrode is composed of Ni, Au, and Au, which are Successively laminated on the p-type contact layer, however, the other known materials and laminated-layer construction can be employed for the p-side electrode. In this case, the p-side current diffusing member is formed in a relatively thin layer of laminated Ni and Au, which allows at least a part of the light from the LED to pass through (hereinafter occasionally refer to "transparency"). On the other hand, the p-side pad member is formed in a relatively a thick laminated layer, which does not have transparency. In addition, the p-side pad member 10b is composed of the p-side connecting portion 10b-1 to be connected to a wire as a conductive member after the whole process and a p-side extending portion 10b-2 extending from a part of it in longitudinal direction So as to be opposed to the n-side connecting portion 9-1.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 11. The light-emitting device of claim 1, wherein the first transparent layer has a | Sakamoto '422 expressly or inherently discloses "wherein the first transparent layer has a thickness is smaller than that of the second transparent layer." For example: |

| | |
|---|---|
| thickness is smaller than that of the second transparent layer. | Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0048]<br>The p-side electrode 10 is composed of a p-side current diffusing member 10a, which is formed on relatively a large area of (virtually the whole of) the p-type contact layer and is in Ohmic contact with the p-type contact layer and diffuses a current Supplied from a p-side pad member described below, and the p-side pad member 10b, which is formed on a predetermined part of the p-side current diffusing member. In this embodiment, the p-side electrode is composed of Ni, Au, and Au, which are Successively laminated on the p-type contact layer, however, the other known materials and laminated-layer construction can be employed for the p-side electrode. In this case, the p-side current diffusing member is formed in a relatively thin layer of laminated Ni and Au, which allows at least a part of the light from the LED to pass through (hereinafter occasionally refer to "transparency"). On the other hand, the p-side pad member is formed in a relatively a thick laminated layer, which does not have transparency. In addition, the p-side pad member 10b is composed of the p-side connecting portion 10b-1 to be connected to a wire as a conductive member after the whole process and a p-side extending portion 10b-2 extending from a part of it in longitudinal direction So as to be opposed to the n-side connecting portion 9-1.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |

| | |
|---|---|
| 13. The light-emitting device of claim 1, further comprising a second electrode arranged on the epitaxial structure. | Sakamoto '422 expressly or inherently discloses "a second electrode arranged on the epitaxial structure." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0006]<br>Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example).<br><br>[0047]<br>In this embodiment, the n-side electrode 9 is composed of W, Al, W., Pt, and Au, which are successively laminated on the n-type contact layer, however, the other known materials and laminated-layer construction can be employed for the n-side electrode. In addition, the n-side |

| | electrode is composed of the n-side connecting portion 9-1 to be connected to a wire as a conductive member after the whole process and an n-side extending portion 9-2 extending from a part of it in longitudinal direction.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 16. The light-emitting device of claim 1, further comprising a reflective layer arranged under the active layer. | Sakamoto '422 expressly or inherently discloses "a reflective layer arranged under the active layer." For example:<br><br>Abstract<br>The present invention provide a light-emitting diode capable of making its light emission more uniform without too high a concentration current and of improving efficiency of light outgoing and its life. In the light-emitting diode, the n-side electrode has an n-side connecting portion and an n-side extending portion, which extends in the longitudinal direction from a predetermined part of the n-side connecting portion, and the p-side pad member has at least p-side connecting portion to be connected to a conductive member. The light-emitting diode further comprises an n-side connecting area, in which the n-side connecting portion is provided, provided in proximity to one end in the longitudinal direction, a p-side connecting area, in which the p-side connecting portion is provided, provided in proximity to another end in the longitudinal direction, and a middle area provided between them, and the n-side extending portion is positioned in the middle area, and extends So as to be opposed to the p-side current diffusing member.<br><br>See Figs. 1–13.<br><br>[0006]<br>Generally, these LEDs have layer construction, in which an n-type nitride Semiconductor layer, an active layer, and a p-type nitride Semiconductor layer are Successively laminated on or above a Substrate Such as Sapphire. Further, a p-side electrode is provided on the p-type nitride Semiconductor layer, and an n-side electrode is provided on the n-type nitride Semiconductor layer. For example, when the p-side electrode and the n-side electrode are provided in the Same plane Side, the p-side electrode is positioned on the p-type nitride Semiconductor layer, and the n side electrode is positioned on an exposed n-type nitride Semiconductor layer, which is formed by removing a part of the p-type nitride Semiconductor layer, active layer, and n-type nitride Semiconductor layer by etching etc. Furthermore, in order to Supply a current, a conductive |

| | member Such as a gold wire or various materials of Solder is connected to each electrode. Various electrode arrangements of Such an LED have been proposed (see reference 1, for example). Moreover, in order to improve light outgoing, various kinds of LED construction are proposed (see reference 2, for example). [0092] Furthermore, it is possible to more improve light outgoing toward the observation Side in any of face-up mounting or face-down mounting by forming a Single layer of or a multi-layer of insulating material(s) on Such a inclined Surface with control of thickness, etc. of known insulating materials Such as an aluminum oxide, an aluminum nitride, a Silicon oxide, a yttrium oxide, a titanium oxide, a Zirconium oxide, ITO, an indium oxide, tin oxide, so that the light from the inside of the LED is transmitted or is reflected. Besides, in this embodiment, it is described that the LED has a basic device construction similar to the embodiment 1, however, needless to Say, it is also possible to improve light outgoing toward the observation side by forming Such a inclined Surface in other device construction. To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Sakamoto '422, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|