**Ex. 455-1 — Invalidity of 10,224,455 in view of Lin '358**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '455 patent are invalid as anticipated and/or rendered obvious by U.S. Patent No. 6,462,358 ("Lin '358") under 35 U.S.C. §§ 102 and/or 103. Lin '358 was filed on February 6, 2002 and issued on October 8, 2002, and claims priority to Taiwanese Application No. 90122715 filed on September 13, 2001, and therefore qualifies as prior art to the asserted '455 patent under at least one of pre–AIA 35 U.S.C. § 102(a) and AIA 35 U.S.C. § 102(a)(1).[1] If the asserted claims of the '455 patent are entitled to an effective filing date prior to March 16, 2013, then Lin '358 qualifies as prior art under pre–AIA 35 U.S.C. § 102(a) because it is a patent and printed publication that predates the earliest effective filing date to which the '455 patent is entitled. Alternatively, if the asserted claims are not entitled to a pre–March 16, 2013 effective filing date, Lin '358 qualifies as prior art under 35 U.S.C. § 102(a)(1) because it was publicly available well before the effective filing date of the '455 patent (December 9, 2013), and no exception under § 102(b)(1) applies.

Defendant further contends that the asserted claims of the '455 patent are invalid under the doctrine of double patenting, including at least obviousness-type double patenting, over Lin '358. Lin '358 and the '455 patent are commonly owned and/or are assigned to the same entity, including Epistar, and may share at least one common inventor. The disclosures of Lin '358 are materially identical to or not patentably distinct from the asserted claims of the '455 patent and describe the same underlying invention, including light-emitting devices comprising stacked semiconductor layers, a transparent substrate, and a transparent adhesive layer bonding structural components. To the extent the asserted claims of the '455 patent are not anticipated by this disclosure, they are at most obvious variations of the invention disclosed in Lin '358. Any differences between the asserted claims of the '455 patent and the disclosures of Lin '358 are insubstantial and would have been obvious to a person of ordinary skill in the art at the time of the alleged invention. The asserted claims of the '455 patent therefore are not patentably distinct from Lin '358. Allowing both Lin '358 and the '455 patent to stand would improperly extend the patent term for the same invention or obvious variants thereof. Accordingly, the asserted claims of the '455 patent are invalid for at least obviousness-type double patenting over Lin '358.

The chart below discloses how Lin '358 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims.  The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references.  Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims.  Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.  When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure.  Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used its best efforts to reasonably interpret the claims to

---

[1] Plaintiff claims the '455 patent is entitled to a priority date of June 27, 2001 based on Taiwanese patent application no. 90115871, which would render the '455 expired as of June 27, 2021. If Plaintiff is unable to prove such an earlier effective filing date, then the earliest possible effective filing date would be Jan. 27, 2006 based on Taiwanese patent application no. 95103659. In that event, Lin '358 qualifies as prior art as explained herein. Nothing herein is intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure.  Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well.  Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff.  Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1[pre] A light emitting device, comprising: | Lin '358 expressly or inherently discloses "a light emitting device." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>1:6-7<br>The present invention relates to a light emitting diode, and more specifically to an AlGaInP light emitting diode<br><br>2:7-13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.2:<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] an epitaxial structure comprising an active layer; | Lin '358 expressly or inherently discloses "an epitaxial structure comprising an active layer." For example:<br><br>Abstract |

| | The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:60-3:2<br>The present invention discloses a structure of a light emitting diode (LED) and a method for manufacturing the LED. With reference to FIG. 1, the LED includes an n-type GaAs substrate 26, an etching stop layer 24, an n-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ lower cladding layer 22 with x=0.5~1.0, a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ active layer 20 with x=0~0.45, and a p-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ upper cladding layer 18 with x=0.5~1.0, and a p-type epitaxial layer 16. A p-type ohmic contact layer 28 is formed on the epitaxial layer 16, sequentially arranged in a first direction.<br><br>3:8-13<br>The foregoing active layer 20 is the AlGaInP with x=0~0.45, and the upper cladding layer 18 and lower cladding layer 22 is the AlGaInP with x=0.5~1.0. An example of the active layer 20 is $Ga_{0.5}In_{0.5}P$ with x=0 resulting in the wavelength of the light emitting diode of 635 nm of the LED.<br><br>3:18-23<br>The DH structure, such as shown in FIG. 1, includes a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ lower cladding layer 22 with thickness of about 0.5–3.0 μm, a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ active layer 20 with thickness of about 0.5–2.0 μm and a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ upper layer 18 with thickness of about 0.5–3.0 μm.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|

| | |
|---|---|
| 1[b] a transparent substrate having a top surface being not less than 1.6 times an area of the active layer; | Lin '358 expressly or inherently discloses "a transparent substrate having a top surface being not less than 1.6 times an area of the active layer." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:7–13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.<br><br>3:43-46<br>The transparent substrate 10 is selected from polycrystal substrate and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[c] a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure; | Lin '358 expressly or inherently discloses "a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with |

absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.

See Figs. 1–3.

1:58-63
The present invention presents a light emitting diode (LED) structure and a method for manufacturing the LED. The LED includes an epitaxial layer formed on an AlGaInP multi-layer epitaxial structure. The AlGaInP multi-layer epitaxial structure is connected to a transparent substrate by a transparent adhesive layer.

2:7–13
The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.

3:47-60
Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.-100° C. to remove the organic solvent. Then, the temperature is rose to about 200° C.-600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 1[d] a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure; and | Lin '358 expressly or inherently discloses "a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>1:58–63<br>The present invention presents a light emitting diode (LED) structure and a method for manufacturing the LED. The LED includes an epitaxial layer formed on an AlGaInP multi-layer epitaxial structure. The AlGaInP multi-layer epitaxial structure is connected to a transparent substrate by a transparent adhesive layer.<br><br>2:7–13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.<br><br>3:47–60<br>Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.-100° C. to remove the organic solvent. Then, the |

| | temperature is rose to about 200° C.-600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[e] a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer, | Lin '358 expressly or inherently discloses "a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:1-6<br>Furthermore, the LED comprises a first ohmic contact layer and a second ohmic contact layer, an electrode connecting channel for electrically coupling a first metal bonding layer to the first ohmic contact layer. Therefore, the first and the second metal bonding layers are in the same side related to the transparent substrate.<br><br>3:66-4:16<br>Then, the structure is etched in two steps. First, a portion of the multi-layer epitaxial structure, including an active layer 20 sandwiched between the upper cladding layer 18 and the lower cladding layer 22, is removed in width of about 3-6 mils by dry etching or wet etching process to expose the epitaxial layer 16. Subsequently, the lower portion of the exposed epitaxial layer 16 is removed in width of about 1-3 mils to form a channel exposing the p-type ohmic contact layer 28. Then, an n-type ohmic contact layer 30 is formed on the lower cladding layer 22 in the second direction, and the second direction is opposite to the first direction. Subsequently, a first metal |

| | |
|---|---|
| | bonding layer 32 is formed on the epitaxial layer 16 and the channel is filled by Au or Al to form an electrode channel 31, which is connected the p-type ohmic contact 28 in the second direction. A second metal bonding layer 34 is formed on the n-type ohmic contact layer 30 in the second direction. Therefore, the first and the second metal bonding layers 32, 34 are in the same side related to the transparent substrate 10, as shown in FIG. 3.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[f] wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other. | Lin '358 expressly or inherently discloses "wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:7–13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.<br><br>3:66–4:16<br>Then, the structure is etched in two steps. First, a portion of the multi-layer epitaxial structure, including an active layer 20 sandwiched between the upper cladding layer 18 and the lower cladding layer 22, is removed in width of about 3-6 mils by dry etching or wet etching process to expose the epitaxial layer 16. Subsequently, the lower portion of the exposed epitaxial layer 16 is |

| | |
|---|---|
| | removed in width of about 1-3 mils to form a channel exposing the p-type ohmic contact layer 28. Then, an n-type ohmic contact layer 30 is formed on the lower cladding layer 22 in the second direction, and the second direction is opposite to the first direction. Subsequently, a first metal bonding layer 32 is formed on the epitaxial layer 16 and the channel is filled by Au or Al to form an electrode channel 31, which is connected the p-type ohmic contact 28 in the second direction. A second metal bonding layer 34 is formed on the n-type ohmic contact layer 30 in the second direction. Therefore, the first and the second metal bonding layers 32, 34 are in the same side related to the transparent substrate 10, as shown in FIG. 3. <br><br> To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3. The light-emitting device of claim 1, wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer. | Lin '358 expressly or inherently discloses "wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer." For example: <br><br> Abstract <br> The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode. <br><br> See Figs. 1–3. <br><br> 2:7–13 <br> The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed. <br><br> 3:43–46 |

| | The transparent substrate 10 is selected from polycrystal substrate and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost. |
|---|---|
| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 5. The light-emitting device of claim 3, wherein the top surface and the bottom surface substantially have the same width. | Lin '358 expressly or inherently discloses "wherein the top surface and the bottom surface substantially have the same width." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:7–13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.<br><br>3:43–46<br>The transparent substrate 10 is selected from polycrystal substrate and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost.<br><br>3:47–60<br>Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an |

| | |
|---|---|
| | adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.-100° C. to remove the organic solvent. Then, the temperature is rose to about 200° C.-600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 6. The light-emitting device of claim 1, wherein the active layer is narrower than the second transparent layer. | Lin '358 expressly or inherently discloses "wherein the active layer is narrower than the second transparent layer." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:60–3:2<br>The present invention discloses a structure of a light emitting diode (LED) and a method for manufacturing the LED. With reference to FIG. 1, the LED includes an n-type GaAs substrate 26, an etching stop layer 24, an n-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ lower cladding layer 22 with x=0.5˜1.0, a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ active layer 20 with x=0˜0.45, and a p-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ upper cladding layer 18 with x=0.5˜1.0, and a p-type epitaxial layer 16. A p-type ohmic contact layer 28 is formed on the epitaxial layer 16, sequentially arranged in a first direction.<br><br>3:18–23 |

| | The DH structure, such as shown in FIG. 1, includes a (AlxGa1−x)0.5In0.5P lower cladding layer 22 with thickness of about 0.5–3.0 μm, a (AlxGa1−x)0.5In0.5P active layer 20 with thickness of about 0.5–2.0 μm and a (AlxGa1−x)0.5In0.5P upper layer 18 with thickness of about 0.5–3.0 μm. |
|---|---|
| | 3:47–60<br>Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.-100° C. to remove the organic solvent. Then, the temperature is rose to about 200° C.-600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14. |
| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 9. The light-emitting device of claim 1, wherein the transparent substrate is made of a non-semiconductor material. | Lin '358 expressly or inherently discloses "wherein the transparent substrate is made of a non-semiconductor material." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>3:43–46 |

| | The transparent substrate 10 is selected from polycrystal substrate and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 10. The light-emitting device of claim 1, wherein the second transparent layer comprises a metal oxide. | Lin '358 expressly or inherently discloses "wherein the second transparent layer comprises a metal oxide." For example:

Abstract
The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.

See Figs. 1–3.

2:7–13
The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 11. The light-emitting device of claim 1, wherein the first transparent layer has a | Lin '358 expressly or inherently discloses "wherein the first transparent layer has a thickness is smaller than that of the second transparent layer." For example: |

| | |
|---|---|
| thickness is smaller than that of the second transparent layer. | Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:7–13<br>The present invention provides a method of manufacturing a light emitting diode. The method includes forming a first ohmic contact layer on an epitaxial structure. Then, the first ohmic contact and the epitaxial structure connect to a transparent substrate via a transparent adhesive layer, such as BCB (B-staged bisbenzocyclobutene ), epoxy, and the like. Then, the substrate is removed.<br><br>3:47–60<br>Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.-100° C. to remove the organic solvent. Then, the temperature is rose to about 200° C.-600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 13. The light-emitting device of claim 1, further comprising a second electrode arranged on the epitaxial structure. | Lin '358 expressly or inherently discloses "a second electrode arranged on the epitaxial structure." For example: |

| | |
|---|---|
| | Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>3:66–4:16<br>Then, the structure is etched in two steps. First, a portion of the multi-layer epitaxial structure, including an active layer 20 sandwiched between the upper cladding layer 18 and the lower cladding layer 22, is removed in width of about 3-6 mils by dry etching or wet etching process to expose the epitaxial layer 16. Subsequently, the lower portion of the exposed epitaxial layer 16 is removed in width of about 1-3 mils to form a channel exposing the p-type ohmic contact layer 28. Then, an n-type ohmic contact layer 30 is formed on the lower cladding layer 22 in the second direction, and the second direction is opposite to the first direction. Subsequently, a first metal bonding layer 32 is formed on the epitaxial layer 16 and the channel is filled by Au or Al to form an electrode channel 31, which is connected the p-type ohmic contact 28 in the second direction. A second metal bonding layer 34 is formed on the n-type ohmic contact layer 30 in the second direction. Therefore, the first and the second metal bonding layers 32, 34 are in the same side related to the transparent substrate 10, as shown in FIG. 3.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 16. The light-emitting device of claim 1, further comprising a reflective layer arranged under the active layer. | Lin '358 expressly or inherently discloses "a reflective layer arranged under the active layer." For example:<br><br>Abstract<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with |

| | |
|---|---|
| | absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>See Figs. 1–3.<br><br>2:60–3:2<br>The present invention discloses a structure of a light emitting diode (LED) and a method for manufacturing the LED. With reference to FIG. 1, the LED includes an n-type GaAs substrate 26, an etching stop layer 24, an n-type (AlxGa1−x)0.5In0.5P lower cladding layer 22 with x=0.5˜1.0, a (AlxGa1−x)0.5In0.5P active layer 20 with x=0˜0.45, and a p-type (AlxGa1−x)0.5In0.5P upper cladding layer 18 with x=0.5˜1.0, and a p-type epitaxial layer 16. A p-type ohmic contact layer 28 is formed on the epitaxial layer 16, sequentially arranged in a first direction.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |