**Ex. 455-1 — Invalidity of 10,224,455 in view of Iwata '025**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '455 patent are invalid as anticipated and/or rendered obvious by Japanese Patent Application Publication No. JP 2002-076025 A ("Iwata '025") under 35 U.S.C. §§ 102 and/or 103. Iwata '025 claims priority to Japanese Application No. 2000-256727 filed on August 28, 2000 and was published on March 15, 2002, and therefore qualifies as prior art to the asserted '455 patent at least under one or more provisions of pre–AIA 35 U.S.C. § 102.[1] The same disclosure is also reflected in U.S. Patent No. 6,531,408 ("Iwata '408"), which was filed on August 28, 2001 and issued on March 11, 2003 and claims priority to the same underlying application, and provides materially identical teachings. Defendant further contends that Iwata '408 invalidates the asserted claims of the '455 patent for the same reasons set forth herein.

The chart below discloses how Iwata '025 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims.  The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references.  Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims.  Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.  When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure.  Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well.  Certain identified prior art inherently discloses features of the asserted claims.  Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff.  Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| Claims | Prior Art |
|---|---|
| 1[pre] A light emitting device, comprising: | Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 1–4.<br><br>[0002]<br>2. Description of the Related Art A blue-based (UV to yellow wavelength range) light emitting diode (hereinafter referred to as an LED) used for a light source such as a full-color display or a signal light, and a next-generation high-definition continuous oscillation at room temperature. Blue lasers (hereinafter referred to as LDs) for DVD light sources have recently come into the limelight as they have been obtained by stacking GaN-based compound semiconductors on a sapphire substrate. Although GaN-based compound semiconductors are predominantly used as light-emitting elements having such a short wavelength, use of II-VI group compound semiconductors such as ZnSe/ZnMgSSe-based and ZnO-based has been studied. There is.<br><br>[0024]<br>Next, a method of manufacturing the semiconductor light emitting device shown in FIG. 2 will be described. FIG. 2 is an example of a blue (UV to yellow wavelength region) LED chip using a ZnO-based compound semiconductor.<br><br>[0028]<br>According to the semiconductor light emitting device of the present invention, an excellent crystalline ZnO-based oxide semiconductor layer can be obtained, and an LED having high luminous efficiency can be obtained. Further, even with LD, the threshold current value can be |

| | |
|---|---|
| | lowered, and a semiconductor light emitting device with improved light emitting characteristics can be obtained.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] an epitaxial structure comprising an active layer; | Iwata '025 expressly or inherently discloses "an epitaxial structure comprising an active layer." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0021]<br>In the case of forming a semiconductor light emitting device, for example, the light emitting layer forming portion in which the active layer is sandwiched by the n-type and p-type cladding layers, particularly the active layer portion, has few crystal defects, so that the light emitting efficiency is improved. An oxide semiconductor layer with good crystallinity is required. Therefore, it is essential to grow at a high temperature, and crystal growth is performed at a high temperature of about 600°C.<br><br>[0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the |

| | |
|---|---|
| | temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of MgyZn1-yO (0≦y⟨1, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of CdxZn1-xO (0≦x⟨1, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type MgyZn1-yO (0≦y⟨1, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10. |
| | [0027]<br>In this case, for example, the active layer 15 is formed by a multi-quantum well structure in which barrier layers made of non-doped Cd0.03Zn0.97O/Cd0.2Zn0.8O and well layers are alternately laminated by 2 nm to 5 nm and 5 nm respectively. Preferably. When the active layer 15 is thin and light cannot be sufficiently confined in the active layer 15, light guide layers made of, for example, ZnO are provided on both sides of the active layer. Further, the transparent electrode made of the ITO film 18 is not necessary, and the p-side electrode 20 is directly formed by patterning in a stripe shape, the upper portion of the semiconductor layer is etched into a mesa shape, or the current confinement layer is embedded. Formed in a structure that defines a current injection region. |
| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[b] a transparent substrate having a top surface being not less than 1.6 times an area of the active layer; | Iwata '025 expressly or inherently discloses "a transparent substrate having a top surface being not less than 1.6 times an area of the active layer." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier |

concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.

See Figs. 2–4.

[0002]
2. Description of the Related Art A blue-based (UV to yellow wavelength range) light emitting diode (hereinafter referred to as an LED) used for a light source such as a full-color display or a signal light, and a next-generation high-definition continuous oscillation at room temperature. Blue lasers (hereinafter referred to as LDs) for DVD light sources have recently come into the limelight as they have been obtained by stacking GaN-based compound semiconductors on a sapphire substrate. Although GaN-based compound semiconductors are predominantly used as light-emitting elements having such a short wavelength, use of II-VI group compound semiconductors such as ZnSe/ZnMgSSe-based and ZnO-based has been studied. There is.

[0025]
In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ (0≦y⟨1, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ (0≦x⟨1, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ (0≦y⟨1, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A

| | |
|---|---|
| | p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 µm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.<br><br>[0026]<br>Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 µm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 µm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[c] a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure; | Iwata '025 expressly or inherently discloses "a first transparent layer, directly connected to the transparent substrate and comprising a widest width smaller than that of the transparent substrate and larger than that of the epitaxial structure." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4. |

[0025]

In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

[0026]

Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| 1[d] a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure; and | Iwata '025 expressly or inherently discloses "a second transparent layer, made of oxygen and only one metallic element, arranged between the first transparent layer and the epitaxial structure." For example: |
|---|---|
| | **Abstract**<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0011]<br>According to the method of growing a ZnO-based oxide semiconductor layer of the present invention, a ZnO-based oxide semiconductor is provided on a substrate by supplying a material source containing oxygen at a temperature lower than the growth temperature of the intended ZnO-based oxide semiconductor layer. ZnO-based oxide is grown by growing a buffer layer made of ZnO, then stopping the irradiation of oxygen plasma, raising the substrate temperature to the growth temperature of the target ZnO-based oxide semiconductor, and then supplying a material source containing oxygen.<br><br>[0012]<br>Here, the ZnO-based compound semiconductor means an oxide containing Zn. Specific examples thereof include ZnO, oxides of Group IIA and Zn, oxides of Group IIB and Zn, or oxides of Group IIA and Group IIB and Zn.<br><br>[0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and |

oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| 1[e] a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer, | Iwata '025 expressly or inherently discloses "a first electrode arranged on the first transparent layer and the second transparent layer which are not covered by the active layer." For example: |
| --- | --- |

Abstract
PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.

See Figs. 2–4.

| | [0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $MgyZn1-yO$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $CdxZn1-xO$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $MgyZn1-yO$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.<br><br>[0026]<br>Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[f] wherein the second transparent layer and the transparent substrate have outmost | Iwata '025 expressly or inherently discloses "wherein the second transparent layer and the transparent substrate have outmost sidewalls which are not coplanar with each other." For example: |

sidewalls which are not coplanar with each other.

Abstract

PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.

See Figs. 2–4.

[0025]

In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

[0026]

| | |
|---|---|
| | Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3. The light-emitting device of claim 1, wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer. | Iwata '025 expressly or inherently discloses "wherein the transparent substrate has a bottom surface being not less than 1.6 times the area of the active layer." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0002]<br>2. Description of the Related Art A blue-based (UV to yellow wavelength range) light emitting diode (hereinafter referred to as an LED) used for a light source such as a full-color display or a signal light, and a next-generation high-definition continuous oscillation at room temperature. Blue lasers (hereinafter referred to as LDs) for DVD light sources have recently come into the limelight |

as they have been obtained by stacking GaN-based compound semiconductors on a sapphire substrate. Although GaN-based compound semiconductors are predominantly used as light-emitting elements having such a short wavelength, use of II-VI group compound semiconductors such as ZnSe/ZnMgSSe-based and ZnO-based has been studied. There is.

[0025]
In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

[0026]
Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as

| | known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 5. The light-emitting device of claim 3, wherein the top surface and the bottom surface substantially have the same width. | Iwata '025 expressly or inherently discloses "wherein the top surface and the bottom surface substantially have the same width." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $MgyZn1-yO$ ($0\leqq y\langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $CdxZn1-xO$ ($0\leqq x\langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $MgyZn1-yO$ ($0\leqq y\langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad |

| | layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10. |
|---|---|
| | [0026]<br>Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 6. The light-emitting device of claim 1, wherein the active layer is narrower than the second transparent layer. | Iwata '025 expressly or inherently discloses "wherein the active layer is narrower than the second transparent layer." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0025] |

| | |
|---|---|
| | In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ $(0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ $(0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ $(0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.<br><br>[0027]<br>In this case, for example, the active layer 15 is formed by a multi-quantum well structure in which barrier layers made of non-doped $Cd_{0.03}Zn_{0.97}O/Cd_{0.2}Zn_{0.8}O$ and well layers are alternately laminated by 2 nm to 5 nm and 5 nm respectively. Preferably. When the active layer 15 is thin and light cannot be sufficiently confined in the active layer 15, light guide layers made of, for example, ZnO are provided on both sides of the active layer.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 9. The light-emitting device of claim 1, wherein the transparent substrate is made of a non-semiconductor material. | Iwata '025 expressly or inherently discloses "wherein the transparent substrate is made of a non-semiconductor material." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and |

laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.

See Figs. 2–4.

[0002]
2. Description of the Related Art A blue-based (UV to yellow wavelength range) light emitting diode (hereinafter referred to as an LED) used for a light source such as a full-color display or a signal light, and a next-generation high-definition continuous oscillation at room temperature. Blue lasers (hereinafter referred to as LDs) for DVD light sources have recently come into the limelight as they have been obtained by stacking GaN-based compound semiconductors on a sapphire substrate. Although GaN-based compound semiconductors are predominantly used as light-emitting elements having such a short wavelength, use of II-VI group compound semiconductors such as ZnSe/ZnMgSSe-based and ZnO-based has been studied. There is.

[0025]
In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad

| | |
|---|---|
| | layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10. |
| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 10. The light-emitting device of claim 1, wherein the second transparent layer comprises a metal oxide. | Iwata '025 expressly or inherently discloses "wherein the second transparent layer comprises a metal oxide." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0011]<br>According to the method of growing a ZnO-based oxide semiconductor layer of the present invention, a ZnO-based oxide semiconductor is provided on a substrate by supplying a material source containing oxygen at a temperature lower than the growth temperature of the intended ZnO-based oxide semiconductor layer. ZnO-based oxide is grown by growing a buffer layer made of ZnO, then stopping the irradiation of oxygen plasma, raising the substrate temperature to the growth temperature of the target ZnO-based oxide semiconductor, and then supplying a material source containing oxygen.<br><br>[0012] |

| | Here, the ZnO-based compound semiconductor means an oxide containing Zn. Specific examples thereof include ZnO, oxides of Group IIA and Zn, oxides of Group IIB and Zn, or oxides of Group IIA and Group IIB and Zn.<br><br>[0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of MgyZn1-yO ($0\leqq y\langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of CdxZn1-xO ($0\leqq x\langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type MgyZn1-yO ($0\leqq y\langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 11. The light-emitting device of claim 1, wherein the first transparent layer has a thickness is smaller than that of the second transparent layer. | Iwata '025 expressly or inherently discloses "wherein the first transparent layer has a thickness is smaller than that of the second transparent layer." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a |

growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.

See Figs. 2–4.

[0025]
In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $MgyZn1-yO$ (0≦y⟨1, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $CdxZn1-xO$ (0≦x⟨1, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $MgyZn1-yO$ (0≦y⟨1, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

[0026]
Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.

| | |
|---|---|
| | To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 13. The light-emitting device of claim 1, further comprising a second electrode arranged on the epitaxial structure. | Iwata '025 expressly or inherently discloses "a second electrode arranged on the epitaxial structure." For example:<br><br>Abstract<br>PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen.<br><br>See Figs. 2–4.<br><br>[0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $Mg_yZn_{1-y}O$ ($0 \leqq y \langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $Cd_xZn_{1-x}O$ ($0 \leqq x \langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A |

| | shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type MgyZn1-yO (0≦y⟨1, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.

[0026]
Then, the epitaxially grown wafer is taken out from the MBE apparatus and put in a sputtering apparatus to form an ITO film 18 which is a transparent conductive film to a thickness of about 0.15 μm. After that, a part of the stacked semiconductor layers is exposed by dry etching such as RIE to expose the n-type contact layer 13, the back surface of the sapphire substrate 11 is polished, and the thickness of the substrate 11 is set to about 100 μm. A p-side electrode 20 made of Ni/Al or the like is formed on the surface of the n-type contact layer 13 exposed by etching, and an n-side electrode 19 made of Ti/Au or the like is formed by, for example, vacuum deposition by a lift-off method. Then, the wafer is made into chips to obtain the LED chips shown in FIG.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 16. The light-emitting device of claim 1, further comprising a reflective layer arranged under the active layer. | Iwata '025 expressly or inherently discloses "a reflective layer arranged under the active layer." For example:

Abstract
PROBLEM TO BE SOLVED: To provide a method for growing a ZnO oxide semiconductor with excellent crystallinity and for growing a ZnO oxide semiconductor layer of low remaining-carrier concentration and provide a semiconductor light-emitting device, such as light-emitting diode and laser diode, having superior light-emission efficiency. SOLUTION: A substrate consisting of sapphire substrate, etc., is set on an MBE apparatus and is heated to a temperature lower than a growth temperature of the desired ZnO oxide semiconductor layer (S1). A buffer layer consisting of the ZnO oxide semiconductor is grown by applying a material source including radical oxygen onto the substrate (S2). The radiation of radical oxygen is then stopped so that the buffer layer of the substrate surface is not affected by oxygen (S3), and the temperature of the substrate is raised up to the growth temperature of the desired ZnO oxide semiconductor (S4). Subsequently, the ZnO oxide semiconductor grows in order by applying the material source containing radical oxygen. |

| | See Figs. 2–4. |
| --- | --- |
| | [0025]<br>In order to manufacture this LED, for example, the sapphire substrate 11 is set in the MBE apparatus, the temperature of the substrate surface is measured by a radiation thermometer, the temperature is set to about 350° C., and the Zn rich condition is satisfied. By irradiating Zn and oxygen, the buffer layer 12 made of ZnO having a flat surface is formed to a thickness of about 50 nm to 0.1 μm. Then, the influence of oxygen is eliminated, and the substrate temperature is raised to about 600°C. When the substrate temperature reaches about 600° C., the shutters of the oxygen radical and Zn source sources (cells) are opened, the oxygen radicals and Zn are irradiated again, and the n-type dopant Al or Ga is also opened to open the n-type. The n-type contact layer 13 made of ZnO is grown to a thickness of about 1.5 μm. Then, the Mg shutter is also opened, the n-type clad layer 14 made of $MgyZn1-yO$ $(0\leqq y\langle 1$, for example y=0.15) is stopped for about 2 μm, Mg is stopped, and the Cd shutter is opened to be undoped. The active layer 15 made of $CdxZn1-xO$ $(0\leqq x\langle 1$, for example x=0.08) is about 0.1 μm, the Cd is stopped and the Mg shutter is reopened. A shutter of Al or Ga is opened as an agent, and a p-type clad layer 16 made of p-type $MgyZn1-yO$ $(0\leqq y\langle 1$, eg y=0.15) is continued for about 2 μm and further growth is stopped by stopping Mg. , A p-type contact layer 17 made of p-type ZnO is sequentially grown to about 1 μm. The n-type clad layer 14, the active layer 15 and the p-type clad layer 16 constitute the light emitting layer forming portion 10.<br><br>To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Iwata '025, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |