**Ex. 738–1 — Invalidity of 7,560,738 in view of Oohata '467**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '738 patent are invalid as anticipated and/or rendered obvious by U.S. Patent Application Publication No. US 2003/0087467 A1 ("Oohata '467") under 35 U.S.C. §§ 102 or 103. Oohata '467 was filed July 10, 2002 and published on May 8, 2003, and therefore qualifies as prior art to the asserted '738 patent at least under one or more provisions of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Oohata '467 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1[pre]. A light-emitting diode array comprising: | Oohata '467 expressly or inherently discloses "a light-emitting diode array." For example:<br><br>Abstract<br>A semiconductor light emitting device includes a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. In this device, a back plane of the crystal growth layer has irregularities. Since light generated in the device is prevented from being totally reflected from the back plane |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

of the crystal growth layer, the light emergence efficiency of the device can be increased.

FIG. 21



[0007]
In the case of fabricating a planar image display unit requiring a light control board for adjusting the optical path in one direction or the like, in addition to each device main body including a light emission region, it is difficult to display an image with a high resolution by arraying fine devices and controlling light emission for each of the devices.

[0008]
Accordingly, it has been required to develop a high performance image display unit and a high performance lighting apparatus, each of which is capable of reducing the quantity of part of the light generated from a light emission region in random directions, which part is not allowed to emerge outwardly from the device due to total reflection from a light emergence plane, to increase the light emergence efficiency, thereby preparing devices with high luminescence without changing the sizes of the devices, and miniaturizing the sizes of the devices and arraying the miniaturized devices.

[0011]
Another object of the present invention is to provide a high performance image display unit and a high performance lighting apparatus, each of which is fabricated by arraying a number of the above semiconductor light emitting devices.

[0016]
The fabrication method of the present invention can be effectively applied not only to the semiconductor light emitting device having the above-described shape but also to a semiconductor light emitting device having a structure failing to increase the light emergence efficiency due to total reflection caused by a flat plane of a crystal layer. The present invention can further provide an image display unit and a lighting apparatus,

Page 2 of 73

wherein the above-described semiconductor light emitting devices are arrayed, each of which emits light in response to a signal.

[0038]
FIG. 21 is a sectional view of an image display unit according to a fourth embodiment of the present invention, showing a state that semiconductor light emitting devices are arrayed.

[0054]
An image display unit or a lighting apparatus can be fabricated by arraying a number of the above-described semiconductor light emitting devices, wherein sets of the light emitting devices, each having three devices for emission of three colors, are arrayed in such a manner as to allow scanning therefor. For such an image display unit or a lighting apparatus, since the electrode area can be reduced by making use of the S-plane, it is possible to reduce the area of a display screen.

[0064]
The semiconductor light emitting devices thus formed on the sapphire substrate 1 are then, as shown in FIG. 4, isolated from each other by RIE (Reactive Ion Etching) or by using a dicer.

[0074]
In the case of fabricating an apparatus such as an image display unit or a lighting apparatus by arraying the above-described semiconductor light emitting devices on a board on the apparatus side, all of the devices held by the adhesive layer 9 may be arrayed at desired positions of the board on the apparatus side and then separated from the adhesive layer 9. Alternatively, part of the devices located at specific positions of the sapphire substrate 1 may be separated from the sapphire substrate 1 by selectively irradiating the devices with excimer laser beams, and arrayed at desired positions of the board on the apparatus side.

[0094]
A fourth embodiment of the present invention will be described with reference to FIG. 21. This embodiment relates to an image display unit and a lighting apparatus in each of which a number of semiconductor light emitting devices have irregularities on a back plane of a crystal growth layer. In this embodiment, description will be made by example of an image display unit including devices each having a crystal growth layer whose plane is tilted from the principal plane of a substrate and devices each having a crystal growth layer whose plane is parallel to the principal plane of the substrate. In addition, the semiconductor light emitting device including a crystal growth layer whose plane is tilted from the principal plane of a substrate is fabricated by the method described in each of the first, second, and third embodiments.

[0095]

FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100,101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0098]
Finally, wiring lines are connected to upper side electrodes of the light emitting diodes arrayed on the substrate 103 to accomplish a display panel of the image display unit.

Claim 19
19. An image display unit, comprising:
an array of semiconductor light emitting devices, each of which emits light in response to a signal;
wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.

Claim 20
20. A lighting apparatus, comprising:
an array of semiconductor light emitting devices, each of which emits light in response to a signal;
wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.

Claim 24
24. A method of fabricating a semiconductor light emitting device as claimed in claim 22, wherein a plurality of semiconductor light emitting devices are formed on the substrate and are isolated from each other.

Claim 25
25. A method of fabricating a semiconductor light emitting device as claimed in claim 24, wherein one

| | |
|---|---|
| | electrode is formed on a back plane of the crystal growth layer of each of the semiconductor light emitting devices isolated from each other.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] a substrate; | Oohata '467 expressly or inherently discloses "a substrate." For example:<br><br>FIG. 1<br><br>FIG. 4 |





FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10

FIG.11



FIG.21



Abstract

A semiconductor light emitting device includes a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. In this device, a back plane of the crystal growth layer has irregularities. Since light generated in the device is prevented from being totally reflected from the back plane of the crystal growth layer, the light emergence efficiency of the device can be increased.

[0012]
To achieve the above objects, according to one embodiment of the present invention, there is provided a

semiconductor light emitting device including a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. The light emitting device is characterized in that a back plane of the crystal growth layer has irregularities.

[0042]
The crystal growth layer having a crystal plane tilted from the principal plane of a substrate may be made from a material which allows formation of a light emission layer including a first conductive type layer, an active layer, and a second conductive type layer on the crystal growth layer made from the material. In particular, it is desirable for the crystal growth layer to have a wurtzite type crystal structure. Specifically, the crystal growth layer may be made from a group III based compound semiconductor, a BeMg-ZnCdS based semiconductor, or a BeMgZnCdO based compound semiconductor. More specifically, the crystal growth layer may be made from an indium nitride (InN) based compound semiconductor, an indium gallium nitride (InGaN) based compound semiconductor, or aluminum gallium nitride (AlGaN) based compound semiconductor. In particular, a gallium nitride based compound semiconductor is preferably used. The tilt crystal plane of the crystal growth layer may be selected from an S-plane, a (11-22) plane, and planes tilted therefrom by an angle ranging from 5° to 6°.

[0064]
The semiconductor light emitting devices thus formed on the sapphire substrate 1 are then, as shown in FIG. 4, isolated from each other by RIE (Reactive Ion Etching) or by using a dicer.

[0074]
In the case of fabricating an apparatus such as an image display unit or a lighting apparatus by arraying the above-described semiconductor light emitting devices on a board on the apparatus side, all of the devices held by the adhesive layer 9 may be arrayed at desired positions of the board on the apparatus side and then separated from the adhesive layer 9. Alternatively, part of the devices located at specific positions of the sapphire substrate 1 may be separated from the sapphire substrate 1 by selectively irradiating the devices with excimer laser beams, and arrayed at desired positions of the board on the apparatus side.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN

| | |
|---|---|
| | layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0097]
The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.

Claim 24
24. A method of fabricating a semiconductor light emitting device as claimed in claim 22, wherein a plurality of semiconductor light emitting devices are formed on the substrate and are isolated from each other.

To the extent this limitation is not expressly disclosed, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[b] an adhesive layer formed on the substrate; | Oohata '467 expressly or inherently discloses "an adhesive layer formed on the substrate." For example: |



FIG.5

FIG.6

EXCIMER
LASER BEAM



FIG.7

FIG.8

EXCIMER LASER BEAM



FIG.9

FIG.10



FIG.11



FIG.21



[0065]
Next, steps of forming irregularities on a boundary plane, bonded to the sapphire substrate 1, of the silicon-doped GaN layer 2 as the buffer layer of each of the light emitting devices having the above basic structure, and forming an n-electrode on the irregular surface of the silicon-doped GaN layer 2, to accomplish each of the light emitting devices, will be described with reference to FIGS. 5 to 11. It is to be noted that only one of the number of devices is shown in FIGS. 5 to 11 for the sake of convenience of illustration.

[0066]
The number of the devices having been formed on the sapphire substrate 1 are, as shown in FIG. 5, held by a temporarily holding substrate 10 coated with an adhesive layer 9 in a state that the adhesive layer 9 is brought into contact with the upper sides of the devices so as to cover nearly the whole of the hexagonal pyramid portions of the devices.

[0068]
After the sapphire substrate 1 is peeled from the GaN layers 2 of the light emitting devices, the light emitting devices are held in a state being isolated from each other by the adhesive layer 9 of the temporarily holding substrate 10. At this time, a plane 11, which has been bonded to the sapphire substrate 1, of each GaN layer 2 is exposed.

[0074]
In the case of fabricating an apparatus such as an image display unit or a lighting apparatus by arraying the above-described semiconductor light emitting devices on a board on the apparatus side, all of the devices held by the adhesive layer 9 may be arrayed at desired positions of the board on the apparatus side and then separated from the adhesive layer 9. Alternatively, part of the devices located at specific positions of the sapphire substrate 1 may be separated from the sapphire substrate 1 by selectively irradiating the devices with excimer laser beams, and arrayed at desired positions of the board on the apparatus side.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100,101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0096]
To handle the light emitting diodes different in device structure in the same manner, each of the light emitting diodes is covered with an adhesive layer 105 made from a resin, to be formed into a resin-covered chip having the same shape. Part of the adhesive layer 105 of the resin-covered chip is removed, and an electrode

| | |
|---|---|
| | pad 106 for connecting an electrode to a circuit is formed so as to be connected to the electrode. An n-electrode 110 is formed on a back plane, having irregularities, of each of the light emitting diodes 100, 101, and 102.<br><br>[0097]<br>The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[c] a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, | Oohata '467 expressly or inherently discloses "a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer." For example:<br><br>FIG. 1<br><br> |



FIG.2

FIG.3

FIG.4



FIG.5

FIG.6

EXCIMER
LASER BEAM



FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10

FIG.11



FIG.21



Abstract

A semiconductor light emitting device includes a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. In this device, a back plane of the crystal growth layer has irregularities. Since light generated in the device is prevented from being totally reflected from the back plane of the crystal growth layer, the light emergence efficiency of the device can be increased.

[0001]
The present invention relates to a semiconductor light emitting device having a double-hetero structure in which a first conductive type layer, an active layer, and a second conductive type layer are stacked, an image display unit and a lighting apparatus using the semiconductor light emitting device and a method of fabricating the semiconductor light emitting device. In particular, the present invention relates to a semiconductor light emitting device capable of enhancing the light emergence efficiency and a method of fabricating the semiconductor light emitting device.

[0006]
By the way, for a semiconductor light emitting device by growing crystal on a flat principal plane of a substrate having a specific crystal plane by epitaxial growth, a boundary plane between the substrate and the crystal layer is flatted. In this case, if the back plane of a crystal layer, at which the substrate is joined to the device, is taken as a light emergence plane, part of light generated in the device is not allowed to emerge outwardly from the device due to total reflection, thereby failing to increase the light emergence efficiency.

[0012]
To achieve the above objects, according to one embodiment of the present invention, there is provided a semiconductor light emitting device including a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. The light emitting device is characterized in that a back plane of the crystal growth layer has irregularities.

[0042]
The crystal growth layer having a crystal plane tilted from the principal plane of a substrate may be made from a material which allows formation of a light emission layer including a first conductive type layer, an active layer, and a second conductive type layer on the crystal growth layer made from the material. In particular, it is desirable for the crystal growth layer to have a wurtzite type crystal structure. Specifically, the crystal growth layer may be made from a group III based compound semiconductor, a BeMg-ZnCdS based semiconductor, or a BeMgZnCdO based compound semiconductor. More specifically, the crystal growth layer may be made from an indium nitride (InN) based compound semiconductor, an indium gallium nitride (InGaN) based compound semiconductor, or aluminum gallium nitride (AlGaN) based compound semiconductor. In particular, a gallium nitride based compound semiconductor is preferably used. The tilt crystal plane of the crystal growth layer may be selected from an S-plane, a (11-22) plane, and planes tilted therefrom by an angle ranging from 5° to 6°.

[0047]
In the case of carrying out selective growth by using a selective growth mask, if growth proceeds only on an

opening portion or a window region formed in the selective growth mask, lateral growth does not occur. In this case, micro-channel epitaxy may be used to cause lateral growth such that the crystal growth layer is enlarged from the window region. The lateral growth using such micro-channel epitaxy is effective to avoid through-dislocations, thereby reducing the density of the dislocations. The lateral growth is further effective to enlarge a light emission region, equalize a current, avoid concentration of current, and reduce the current density.

[0048]
According to the semiconductor light emitting device of the present invention, a first conductive type layer, an active layer, and a second conductive type layer are formed on a crystal growth layer in such a manner as to extend in a plane parallel to a crystal plane tilted from the principal plane of a substrate. The first conductive type layer is a p-type or an n-type cladding layer, and the second conductive type layer is an n-type or a p-type cladding layer. If the crystal growth layer having the S-planes is formed by a silicon-doped gallium nitride based compound semiconductor layer, the n-type cladding layer may be formed by a silicon-doped gallium nitride based compound semiconductor layer, an InGaN layer may be formed as the active layer thereon, and the p-type cladding layer may be formed by a magnesium-doped gallium nitride compound semiconductor layer thereon, to form a semiconductor crystal layer having a double-hetero structure. The active layer may have a structure in which an InGaN layer is held between AlGaN layers. The active layer may be a single bulk active layer; however, it may have a quantum well structure such as a single quantum well (SQW) structure, a double quantum well (DQW) structure, or a multi-quantum well (MQW) structure. In the case of adopting the quantum well structure, a barrier layer is used for separating quantum wells from each other. The use of the InGaN layer as the active layer is advantageous in facilitating the fabricating process and enhancing a light emission characteristic of the device. Another advantage of the use of the InGaN layer is that the InGaN layer can be particularly and easily crystallized with good crystallinity on the S-plane from which nitrogen atoms are less adsorbed, with a result that the luminous efficiency can be enhanced.

[0059]
The sapphire substrate 1 is heated again up to a growth temperature of 1000° C, and as shown in FIG. 2, a silicon-doped GaN layer 5 is formed by crystal growth. At the beginning of crystal growth, the silicon-doped GaN layer 5 is grown from each of the circular window regions 4, and is then grown into a hexagonal pyramid shape having S-planes; that is, (1-101)-planes as outer planes. If the growth time is insufficient, the growth shape of the GaN layer 5 becomes a truncated hexagonal pyramid shape. In this embodiment, the GaN layer 5 is sufficiently grown to a hexagonal pyramid shape having a width of about 20 μm (the length of one side: about 10 μm). In this case, the height of the hexagonal pyramid shape becomes about 1.6 times the length of one side. As shown in FIG. 2, the silicon-doped GaN layer 5 thus formed has a bottom plane having the size of about 16 μm spread outwardly from the window region 4. It is to be noted that, although the size of

the hexagonal pyramid shape is set such that the width thereof becomes about 20 μm in this embodiment, it is for illustrative purpose only and, for example, the size of the hexagonal pyramid shape may be set such that the width thereof becomes about 10 μm.

[0060]
After the silicon-doped GaN layer 5 is grown, the crystal growth temperature is lowered and, as shown in FIG. 3, an InGaN layer 6 is grown as an active layer. After that, as shown in FIG. 3, the crystal growth temperature is raised again, and a magnesium-doped GaN layer 7 is grown as a p-type cladding layer. The thickness of the InGaN layer 6 as the active layer is set to about 0.5 nm to 3 nm. The active layer may be configured as a quantum well layer such as an (Al)GaN/InGaN layer or may be a multi-quantum well layer. The multi-quantum well structure may be formed, for example, using GaN or InGaN functioning as a guide layer. In this case, it may be desirable to form an AlGaN layer as an immediately upper layer of an InGaN layer.

[0061]
As shown in FIG. 4, an Ni/Pt/Au or Ni(Pd)/Pt/Au layer is formed on the outermost layer, that is, the magnesium-doped GaN layer 7 grown on the hexagonal pyramid crystal growth layer 5 by vapor-deposition, to form a p-electrode 8. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 3 to expose the GaN layer 2 therefrom, and forming a Ti/Al/Pt/Au electrode on the exposed portion of the GaN layer 2 by vapor-deposition.

[0062]
The semiconductor light emitting devices according to this embodiment, which have been formed by the above-described steps, each have a basic structure as shown in FIG. 4. The light emitting device has the silicon-doped GaN layer 5 formed as a crystal seed layer on the principal plane, taken as the (C+)-plane of sapphire, of the sapphire substrate 1, wherein the silicon-doped GaN layer 5 has the S-planes as the outer planes tilted from the principal plane of the sapphire substrate 1. The InGaN layer 6 is formed as the active layer on the silicon-doped GaN layer 5, wherein the InGaN layer 6 has a shape extending in parallel to the S-planes, and the magnesium-doped GaN layer 7 is formed as the cladding layer on the InGaN layer 6. The p-electrode 8 is formed on the upper surface of the magnesium-doped GaN layer 7. With respect to the n-electrode, if it is provided on the side on which the tilted crystal plane is formed, an opening region is formed in a portion, near the side surface of the hexagonal pyramid portion, of the mask layer 3, and the n-electrode is formed in the opening region. Such an n-electrode is connected to the silicon-doped GaN layer 5 via the silicon-doped GaN layer 2.

[0064]
The semiconductor light emitting devices thus formed on the sapphire substrate 1 are then, as shown in FIG.

4, isolated from each other by RIE (Reactive Ion Etching) or by using a dicer.

[0066]
The number of the devices having been formed on the sapphire substrate 1 are, as shown in FIG. 5, held by a temporarily holding substrate 10 coated with an adhesive layer 9 in a state that the adhesive layer 9 is brought into contact with the upper sides of the devices so as to cover nearly the whole of the hexagonal pyramid portions of the devices.

[0068]
After the sapphire substrate 1 is peeled from the GaN layers 2 of the light emitting devices, the light emitting devices are held in a state being isolated from each other by the adhesive layer 9 of the temporarily holding substrate 10. At this time, a plane 11, which has been bonded to the sapphire substrate 1, of each GaN layer 2 is exposed.

[0072]
The step of forming an n-electrode on the plane 11, on which the irregularities have been formed, by a so-called lift-off method will be described below. As shown in FIG. 9, the plane 11 on which the irregularities have been formed is coated with a photoresist layer 15, and an approximately rectangular opening portion 16 is formed in the photoresist layer 15 by exposure and development. The depth of the opening portion 16 is set such that the plane 11 is exposed from the opening portion 16. It is to be noted that the opening portion 16 is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. As shown in FIG. 10, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer 15 including the opening portion 16, to form a metal thin layer 18. The photoresist layer 15 is then removed by a solvent, with a result that as shown in FIG. 11, the metal thin layer 18 made from Ti/Al/Pt/Au remains only at the position in the opening portion 16. The remaining metal thin layer is taken as an n-electrode 17. Since the n-electrode 17 is made from a metal not allowing light to pass therethrough, it must be formed at a position apart from a light emergence region.

[0074]
In the case of fabricating an apparatus such as an image display unit or a lighting apparatus by arraying the above-described semiconductor light emitting devices on a board on the apparatus side, all of the devices held by the adhesive layer 9 may be arrayed at desired positions of the board on the apparatus side and then separated from the adhesive layer 9. Alternatively, part of the devices located at specific positions of the sapphire substrate 1 may be separated from the sapphire substrate 1 by selectively irradiating the devices with excimer laser beams, and arrayed at desired positions of the board on the apparatus side.

[0095]

FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0097]
The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.

[0098]
Finally, wiring lines are connected to upper side electrodes of the light emitting diodes arrayed on the substrate 103 to accomplish a display panel of the image display unit.

Claim 19
19. An image display unit, comprising:
an array of semiconductor light emitting devices, each of which emits light in response to a signal;
wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer.

To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| 1[d] each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, | Oohata '467 expressly or inherently discloses "each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact." For example: |
| --- | --- |
| |    |



F I G . 4

F I G . 5



FIG.6

EXCIMER
LASER BEAM



FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10



FIG.11

FIG.18



FIG. 21

[0001]
The present invention relates to a semiconductor light emitting device having a double-hetero structure in which a first conductive type layer, an active layer, and a second conductive type layer are stacked, an image display unit and a lighting apparatus using the semiconductor light emitting device and a method of fabricating the semiconductor light emitting device. In particular, the present invention relates to a semiconductor light emitting device capable of enhancing the light emergence efficiency and a method of fabricating the semiconductor light emitting device.

[0012]
To achieve the above objects, according to one embodiment of the present invention, there is provided a semiconductor light emitting device including a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. The light emitting device is characterized in that a back plane of the crystal growth layer has irregularities.

[0048]
According to the semiconductor light emitting device of the present invention, a first conductive type layer, an active layer, and a second conductive type layer are formed on a crystal growth layer in such a manner as to extend in a plane parallel to a crystal plane tilted from the principal plane of a substrate. The first conductive type layer is a p-type or an n-type cladding layer, and the second conductive type layer is an n-type or a p-type cladding layer. If the crystal growth layer having the S-planes is formed by a silicon-doped gallium nitride based compound semiconductor layer, the n-type cladding layer may be formed by a silicon-doped gallium nitride based compound semiconductor layer, an InGaN layer may be formed as the active layer thereon, and the p-type cladding layer may be formed by a magnesium-doped gallium nitride compound semiconductor layer thereon, to form a semiconductor crystal layer having a double-hetero structure. The

active layer may have a structure in which an InGaN layer is held between AlGaN layers. The active layer may be a single bulk active layer; however, it may have a quantum well structure such as a single quantum well (SQW) structure, a double quantum well (DQW) structure, or a multi-quantum well (MQW) structure. In the case of adopting the quantum well structure, a barrier layer is used for separating quantum wells from each other. The use of the InGaN layer as the active layer is advantageous in facilitating the fabricating process and enhancing a light emission characteristic of the device. Another advantage of the use of the InGaN layer is that the InGaN layer can be particularly and easily crystallized with good crystallinity on the S-plane from which nitrogen atoms are less adsorbed, with a result that the luminous efficiency can be enhanced.

[0049]
Even in a state that a nitride semiconductor is not doped with an impurity, the conductive type of the nitride semiconductor becomes the n-type because of vacancies of nitrogen formed in crystal; however, the nitride semiconductor may be doped with a donor impurity such as Si, Ge, or Se during crystal growth to obtain an n-type nitride semiconductor having a desirable carrier concentration. On the other hand, a p-type nitride semiconductor is obtained by doping an acceptor impurity such as Mg, Zn, C, Be, Ca, or Ba in crystal. In this case, to obtain a p-type nitride semiconductor having a high carrier concentration, the nitride semiconductor having been doped with an acceptor impurity may be annealed in an inert gas atmosphere such as nitrogen or argon at a temperature of 400° C or more, or activated by irradiation of electron beams, microwaves, or light.

[0053]
Electrodes are formed on both a crystal growth layer and a second conductive type layer. To reduce a contact resistance, a contact layer may be formed, and an electrode be formed on the contact layer. In the case of forming these electrodes on the same side on which the crystal growth layer is formed, if both a p-electrode and an n-electrode come in contact with the crystal growth layer and a crystal seed layer formed under a mask, there occurs a short-circuit. Therefore, the electrodes must be accurately formed by vapor-deposition.

[0057]
First, steps of forming a first conductive type layer, an active layer and a second conductive type layer, and forming an electrode on the second conductive type layer, to form a basic structure of each of semiconductor light emitting devices according to the present invention, and the basic structure of the semi-finished light emitting device thus formed will be described with reference to FIGS. 1 to 4.

[0061]
As shown in FIG. 4, an Ni/Pt/Au or Ni(Pd)/Pt/Au layer is formed on the outermost layer, that is, the magnesium-doped GaN layer 7 grown on the hexagonal pyramid crystal growth layer 5 by vapor-deposition, to form a p-electrode 8. At this time, an n-electrode may be provided by forming an opening portion in part of

the mask layer 3 to expose the GaN layer 2 therefrom, and forming a Ti/Al/Pt/Au electrode on the exposed portion of the GaN layer 2 by vapor-deposition.

[0062]
The semiconductor light emitting devices according to this embodiment, which have been formed by the above-described steps, each have a basic structure as shown in FIG. 4. The light emitting device has the silicon-doped GaN layer 5 formed as a crystal seed layer on the principal plane, taken as the (C+)-plane of sapphire, of the sapphire substrate 1, wherein the silicon-doped GaN layer 5 has the S-planes as the outer planes tilted from the principal plane of the sapphire substrate 1. The InGaN layer 6 is formed as the active layer on the silicon-doped GaN layer 5, wherein the InGaN layer 6 has a shape extending in parallel to the S-planes, and the magnesium-doped GaN layer 7 is formed as the cladding layer on the InGaN layer 6. The p-electrode 8 is formed on the upper surface of the magnesium-doped GaN layer 7. With respect to the n-electrode, if it is provided on the side on which the tilted crystal plane is formed, an opening region is formed in a portion, near the side surface of the hexagonal pyramid portion, of the mask layer 3, and the n-electrode is formed in the opening region. Such an n-electrode is connected to the silicon-doped GaN layer 5 via the silicon-doped GaN layer 2.

[0065]
Next, steps of forming irregularities on a boundary plane, bonded to the sapphire substrate 1, of the silicon-doped GaN layer 2 as the buffer layer of each of the light emitting devices having the above basic structure, and forming an n-electrode on the irregular surface of the silicon-doped GaN layer 2, to accomplish each of the light emitting devices, will be described with reference to FIGS. 5 to 11. It is to be noted that only one of the number of devices is shown in FIGS. 5 to 11 for the sake of convenience of illustration.

[0072]
The step of forming an n-electrode on the plane 11, on which the irregularities have been formed, by a so-called lift-off method will be described below. As shown in FIG. 9, the plane 11 on which the irregularities have been formed is coated with a photoresist layer 15, and an approximately rectangular opening portion 16 is formed in the photoresist layer by exposure and development. The depth of the opening portion 16 is set such that the plane 11 is exposed from the opening portion 16. It is to be noted that the opening portion 16 is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. As shown in FIG. 10, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer including the opening portion 16, to form a metal thin layer 18. The photoresist layer 15 is then removed by a solvent, with a result that as shown in FIG. 11, the metal thin layer 18 made from Ti/Al/Pt/Au remains only at the position in the opening portion 16. The remaining metal thin layer is taken as an n-electrode 17. Since the n-electrode 17 is made from a metal not allowing light to pass therethrough, it must be formed at a position apart from a light emergence region.

[0073]

The formation of the n-electrode 17 on the plane 11 having irregularities is advantageous in that as compared with the formation of the n-electrode on a flat plane, the contact area between the n-electrode 17 and the plane 11 becomes substantially larger, to reduce the current density.

[0077]

The method according to this embodiment is effective to more easily form irregularities for a shorter time as compared with the method according to the first embodiment. It is to be noted that steps of forming light emitting devices by crystal growth and peeling a sapphire substrate from a silicon-doped GaN layer of each of the light emitting devices, and a step of forming an n-electrode are the same as those described in the first embodiment. Therefore, the overlapped description thereof is omitted. Also, parts corresponding to those in the first embodiment are denoted by the same reference numerals whereby the overlapped description thereof is omitted as well.

[0088]

As shown in FIG. 17, a mask layer 35 made from $SiO_2$ or SiN is formed to a thickness ranging from 100 nm to 500 nm over the entire surface of the GaN layer 34. A window region 36 composed of a circular opening portion having a size of about 10 μm is formed in the mask layer 35 by photolithography and etching using hydrofluoric acid as an etchant. After that, a first conductive type layer, an active layer, a second conductive type layer, and a p-electrode are formed in the same manner as that described in the first embodiment to form a light emitting device on the sapphire substrate 30 having the irregularities as shown in FIG. 18. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 35 to expose the GaN layer 34 therefrom, and forming an electrode layer on the exposed portion of the GaN layer 34 by vapor-deposition. The device isolation also may be performed by cutting the mask layer 35 and the GaN layer 34 by etching or using a dicer.

[0091]

The plane 37 on which the irregularities have been formed is coated with a photoresist layer, and an approximately rectangular opening portion is formed in the photoresist layer by exposure and development. The depth of the opening portion is set such that the plane 37 is exposed from the opening portion. It is to be noted that the opening portion is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. Then, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer including the opening portion to form a metal thin layer. The photoresist layer is then removed by a solvent, with a result as that shown in FIG. 20, the metal thin layer made from Ti/Al/Pt/Au remains only at the position in the opening portion. The remaining metal thin layer is taken as an n-electrode 40. Since the n-electrode 40 is made from a metal not

allowing light to pass therethrough, it must be formed at a position apart from a light emergence region. In addition, a transparent electrode made from ITO (Indium Tin Oxide) may be formed on a position directly under the active layer 6 of the plane 37.

[0092]
The formation of the n-electrode 40 on the plane 37 having irregularities is advantageous in that as compared with the formation of the n-electrode on a flat plane, the contact area between the n-electrode 40 and the plane 37 becomes substantially larger, to reduce the current density.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0096]
To handle the light emitting diodes different in device structure in the same manner, each of the light emitting diodes is covered with an adhesive layer 105 made from a resin, to be formed into a resin-covered chip having the same shape. Part of the adhesive layer 105 of the resin-covered chip is removed, and an electrode pad 106 for connecting an electrode to a circuit is formed so as to be connected to the electrode. An n-electrode 110 is formed on a back plane, having irregularities, of each of the light emitting diodes 100, 101, and 102.

[0097]
The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a

shadow mask for improving the contrast of an image.

[0098]
Finally, wiring lines are connected to upper side electrodes of the light emitting diodes arrayed on the substrate 103 to accomplish a display panel of the image display unit.

[0101]
The semiconductor light emitting device and the fabrication method thereof are also advantageous in that since irregularities are formed on a back plane of a crystal growth layer as an n-type semiconductor layer, and an n-electrode is formed on the plane having the irregularities, the contact area between the n-electrode and the crystal growth layer becomes substantially larger, with a result that as compared with the case where the electrode is formed on a flat plane, the current density can be reduced. Additionally, by forming the n-electrode at a position apart from a light emergence region or forming a transparent electrode as the n-electrode, the above effect can be obtained without reducing the light emergence efficiency.

Claim 19
19. An image display unit, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer.

Claim 25
25. A method of fabricating a semiconductor light emitting device as claimed in claim 24, wherein one electrode is formed on a back plane of the crystal growth layer of each of the semiconductor light emitting devices isolated from each other.

Claim 26
26. A method of fabricating a semiconductor light emitting device as claimed in claim 25, wherein the one electrode is an n-electrode.

To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 1[e] wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer. | Oohata '467 expressly or inherently discloses "wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer." For example: <br><br> <br>FIG. 1<br><br> <br>FIG. 2<br><br> <br>FIG. 3 |



FIG.4

FIG.5



FIG.6

EXCIMER
LASER BEAM



FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10



FIG.11

FIG.18



FIG. 21



[0053]
Electrodes are formed on both a crystal growth layer and a second conductive type layer. To reduce a contact resistance, a contact layer may be formed, and an electrode be formed on the contact layer. In the case of forming these electrodes on the same side on which the crystal growth layer is formed, if both a p-electrode and an n-electrode come in contact with the crystal growth layer and a crystal seed layer formed under a mask, there occurs a short-circuit. Therefore, the electrodes must be accurately formed by vapor-deposition.

[0057]
First, steps of forming a first conductive type layer, an active layer and a second conductive type layer, and forming an electrode on the second conductive type layer, to form a basic structure of each of semiconductor light emitting devices according to the present invention, and the basic structure of the semi-finished light emitting device thus formed will be described with reference to FIGS. 1 to 4.

[0061]
As shown in FIG. 4, an Ni/Pt/Au or Ni(Pd)/Pt/Au layer is formed on the outermost layer, that is, the magnesium-doped GaN layer 7 grown on the hexagonal pyramid crystal growth layer 5 by vapor-deposition, to form a p-electrode 8. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 3 to expose the GaN layer 2 therefrom, and forming a Ti/Al/Pt/Au electrode on the exposed portion of the GaN layer 2 by vapor-deposition.

[0062]
The semiconductor light emitting devices according to this embodiment, which have been formed by the above-described steps, each have a basic structure as shown in FIG. 4. The light emitting device has the silicon-doped GaN layer 5 formed as a crystal seed layer on the principal plane, taken as the (C+)-plane of

sapphire, of the sapphire substrate 1, wherein the silicon-doped GaN layer 5 has the S-planes as the outer planes tilted from the principal plane of the sapphire substrate 1. The InGaN layer 6 is formed as the active layer on the silicon-doped GaN layer 5, wherein the InGaN layer 6 has a shape extending in parallel to the S-planes, and the magnesium-doped GaN layer 7 is formed as the cladding layer on the InGaN layer 6. The p-electrode 8 is formed on the upper surface of the magnesium-doped GaN layer 7. With respect to the n-electrode, if it is provided on the side on which the tilted crystal plane is formed, an opening region is formed in a portion, near the side surface of the hexagonal pyramid portion, of the mask layer 3, and the n-electrode is formed in the opening region. Such an n-electrode is connected to the silicon-doped GaN layer 5 via the silicon-doped GaN layer 2.

[0072]
The step of forming an n-electrode on the plane 11, on which the irregularities have been formed, by a so-called lift-off method will be described below. As shown in FIG. 9, the plane 11 on which the irregularities have been formed is coated with a photoresist layer 15, and an approximately rectangular opening portion 16 is formed in the photoresist layer 15 by exposure and development. The depth of the opening portion 16 is set such that the plane 11 is exposed from the opening portion 16. It is to be noted that the opening portion 16 is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. As shown in FIG. 10, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer including the opening portion 16, to form a metal thin layer 18. The photoresist layer 15 is then removed by a solvent, with a result that as shown in FIG. 11, the metal thin layer 18 made from Ti/Al/Pt/Au remains only at the position in the opening portion 16. The remaining metal thin layer is taken as an n-electrode 17. Since the n-electrode 17 is made from a metal not allowing light to pass therethrough, it must be formed at a position apart from a light emergence region.

[0073]
The formation of the n-electrode 17 on the plane 11 having irregularities is advantageous in that as compared with the formation of the n-electrode on a flat plane, the contact area between the n-electrode 17 and the plane 11 becomes substantially larger, to reduce the current density.

[0077]
The method according to this embodiment is effective to more easily form irregularities for a shorter time as compared with the method according to the first embodiment. It is to be noted that steps of forming light emitting devices by crystal growth and peeling a sapphire substrate from a silicon-doped GaN layer of each of the light emitting devices, and a step of forming an n-electrode are the same as those described in the first embodiment. Therefore, the overlapped description thereof is omitted. Also, parts corresponding to those in the first embodiment are denoted by the same reference numerals whereby the overlapped description thereof is omitted as well.

[0088]

As shown in FIG. 17, a mask layer 35 made from $SiO_2$ or SiN is formed to a thickness ranging from 100 nm to 500 nm over the entire surface of the GaN layer 34. A window region 36 composed of a circular opening portion having a size of about 10 μm is formed in the mask layer 35 by photolithography and etching using hydrofluoric acid as an etchant. After that, a first conductive type layer, an active layer, a second conductive type layer, and a p-electrode are formed in the same manner as that described in the first embodiment to form a light emitting device on the sapphire substrate 30 having the irregularities as shown in FIG. 18. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 35 to expose the GaN layer 34 therefrom, and forming an electrode layer on the exposed portion of the GaN layer 34 by vapor-deposition. The device isolation also may be performed by cutting the mask layer 35 and the GaN layer 34 by etching or using a dicer.

[0091]

The plane 37 on which the irregularities have been formed is coated with a photoresist layer, and an approximately rectangular opening portion is formed in the photoresist layer by exposure and development. The depth of the opening portion is set such that the plane 37 is exposed from the opening portion. It is to be noted that the opening portion is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. Then, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer including the opening portion to form a metal thin layer. The photoresist layer is then removed by a solvent, with a result as that shown in FIG. 20, the metal thin layer made from Ti/Al/Pt/Au remains only at the position in the opening portion. The remaining metal thin layer is taken as an n-electrode 40. Since the n-electrode 40 is made from a metal not allowing light to pass therethrough, it must be formed at a position apart from a light emergence region. In addition, a transparent electrode made from ITO (Indium Tin Oxide) may be formed on a position directly under the active layer 6 of the plane 37.

[0092]

The formation of the n-electrode 40 on the plane 37 having irregularities is advantageous in that as compared with the formation of the n-electrode on a flat plane, the contact area between the n-electrode 40 and the plane 37 becomes substantially larger, to reduce the current density.

[0095]

FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type

adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0096]
To handle the light emitting diodes different in device structure in the same manner, each of the light emitting diodes is covered with an adhesive layer 105 made from a resin, to be formed into a resin-covered chip having the same shape. Part of the adhesive layer 105 of the resin-covered chip is removed, and an electrode pad 106 for connecting an electrode to a circuit is formed so as to be connected to the electrode. An n-electrode 110 is formed on a back plane, having irregularities, of each of the light emitting diodes 100, 101, and 102.

[0097]
The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.

[0098]
Finally, wiring lines are connected to upper side electrodes of the light emitting diodes arrayed on the substrate 103 to accomplish a display panel of the image display unit.

[0101]
The semiconductor light emitting device and the fabrication method thereof are also advantageous in that since irregularities are formed on a back plane of a crystal growth layer as an n-type semiconductor layer, and an n-electrode is formed on the plane having the irregularities, the contact area between the n-electrode and the crystal growth layer becomes substantially larger, with a result that as compared with the case where the electrode is formed on a flat plane, the current density can be reduced. Additionally, by forming the n-electrode at a position apart from a light emergence region or forming a transparent electrode as the n-electrode, the above effect can be obtained without reducing the light emergence efficiency.

| | |
|---|---|
| | Claim 19<br><br>19. An image display unit, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.<br><br>Claim 25<br><br>25. A method of fabricating a semiconductor light emitting device as claimed in claim 24, wherein one electrode is formed on a back plane of the crystal growth layer of each of the semiconductor light emitting devices isolated from each other.<br><br>Claim 26<br><br>26. A method of fabricating a semiconductor light emitting device as claimed in claim 25, wherein the one electrode is an n-electrode.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 2. The light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises:<br>a first conductive semiconductor stack layer; a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer. | Oohata '467 expressly or inherently discloses "each of the epitaxial light-emitting stack layers further compris[ing] a first conductive semiconductor stack layer; a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer." For example:<br><br>F I G . 1<br> |



F I G. 2

F I G. 3

F I G. 4



FIG.21

[0001]
The present invention relates to a semiconductor light emitting device having a double-hetero structure in which a first conductive type layer, an active layer, and a second conductive type layer are stacked, an image display unit and a lighting apparatus using the semiconductor light emitting device and a method of fabricating the semiconductor light emitting device. In particular, the present invention relates to a semiconductor light emitting device capable of enhancing the light emergence efficiency and a method of fabricating the semiconductor light emitting device.

[0012]
To achieve the above objects, according to one embodiment of the present invention, there is provided a semiconductor light emitting device including a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. The light emitting device is characterized in that a back plane of the crystal growth layer has irregularities.

[0042]
The crystal growth layer having a crystal plane tilted from the principal plane of a substrate may be made from a material which allows formation of a light emission layer including a first conductive type layer, an active layer, and a second conductive type layer on the crystal growth layer made from the material. In particular, it is desirable for the crystal growth layer to have a wurtzite type crystal structure. Specifically, the crystal growth layer may be made from a group III based compound semiconductor, a BeMg-ZnCdS based semiconductor, or a BeMgZnCdO based compound semiconductor. More specifically, the crystal growth layer may be made from an indium nitride (InN) based compound semiconductor, an indium gallium nitride (InGaN) based compound semiconductor, or aluminum gallium nitride (AlGaN) based compound

semiconductor. In particular, a gallium nitride based compound semiconductor is preferably used. The tilt crystal plane of the crystal growth layer may be selected from an S-plane, a (11-22) plane, and planes tilted therefrom by an angle ranging from 5° to 6°.

[0048]
According to the semiconductor light emitting device of the present invention, a first conductive type layer, an active layer, and a second conductive type layer are formed on a crystal growth layer in such a manner as to extend in a plane parallel to a crystal plane tilted from the principal plane of a substrate. The first conductive type layer is a p-type or an n-type cladding layer, and the second conductive type layer is an n-type or a p-type cladding layer. If the crystal growth layer having the S-planes is formed by a silicon-doped gallium nitride based compound semiconductor layer, the n-type cladding layer may be formed by a silicon-doped gallium nitride based compound semiconductor layer, an InGaN layer may be formed as the active layer thereon, and the p-type cladding layer may be formed by a magnesium-doped gallium nitride compound semiconductor layer thereon, to form a semiconductor crystal layer having a double-hetero structure. The active layer may have a structure in which an InGaN layer is held between AlGaN layers. The active layer may be a single bulk active layer; however, it may have a quantum well structure such as a single quantum well (SQW) structure, a double quantum well (DQW) structure, or a multi-quantum well (MQW) structure. In the case of adopting the quantum well structure, a barrier layer is used for separating quantum wells from each other. The use of the InGaN layer as the active layer is advantageous in facilitating the fabricating process and enhancing a light emission characteristic of the device. Another advantage of the use of the InGaN layer is that the InGaN layer can be particularly and easily crystallized with good crystallinity on the S-plane from which nitrogen atoms are less adsorbed, with a result that the luminous efficiency can be enhanced.

[0049]
Even in a state that a nitride semiconductor is not doped with an impurity, the conductive type of the nitride semiconductor becomes the n-type because of vacancies of nitrogen formed in crystal; however, the nitride semiconductor may be doped with a donor impurity such as Si, Ge, or Se during crystal growth to obtain an n-type nitride semiconductor having a desirable carrier concentration. On the other hand, a p-type nitride semiconductor is obtained by doping an acceptor impurity such as Mg, Zn, C, Be, Ca, or Ba in crystal. In this case, to obtain a p-type nitride semiconductor having a high carrier concentration, the nitride semiconductor having been doped with an acceptor impurity may be annealed in an inert gas atmosphere such as nitrogen or argon at a temperature of 400° C or more, or activated by irradiation of electron beams, microwaves, or light.

[0057]
First, steps of forming a first conductive type layer, an active layer and a second conductive type layer, and forming an electrode on the second conductive type layer, to form a basic structure of each of semiconductor

light emitting devices according to the present invention, and the basic structure of the semi-finished light emitting device thus formed will be described with reference to FIGS. 1 to 4.

[0060]
After the silicon-doped GaN layer 5 is grown, the crystal growth temperature is lowered and, as shown in FIG. 3, an InGaN layer 6 is grown as an active layer. After that, as shown in FIG. 3, the crystal growth temperature is raised again, and a magnesium-doped GaN layer 7 is grown as a p-type cladding layer. The thickness of the InGaN layer 6 as the active layer is set to about 0.5 nm to 3 nm. The active layer may be configured as a quantum well layer such as an (Al)GaN/InGaN layer or may be a multi-quantum well layer. The multi-quantum well structure may be formed, for example, using GaN or InGaN functioning as a guide layer. In this case, it may be desirable to form an AlGaN layer as an immediately upper layer of an InGaN layer.

[0061]
As shown in FIG. 4, an Ni/Pt/Au or Ni(Pd)/Pt/Au layer is formed on the outermost layer, that is, the magnesium-doped GaN layer 7 grown on the hexagonal pyramid crystal growth layer 5 by vapor-deposition, to form a p-electrode 8. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 3 to expose the GaN layer 2 therefrom, and forming a Ti/Al/Pt/Au electrode on the exposed portion of the GaN layer 2 by vapor-deposition.

[0062]
The semiconductor light emitting devices according to this embodiment, which have been formed by the above-described steps, each have a basic structure as shown in FIG. 4. The light emitting device has the silicon-doped GaN layer 5 formed as a crystal seed layer on the principal plane, taken as the (C+)-plane of sapphire, of the sapphire substrate 1, wherein the silicon-doped GaN layer 5 has the S-planes as the outer planes tilted from the principal plane of the sapphire substrate 1. The InGaN layer 6 is formed as the active layer on the silicon-doped GaN layer 5, wherein the InGaN layer 6 has a shape extending in parallel to the S-planes, and the magnesium-doped GaN layer 7 is formed as the cladding layer on the InGaN layer 6. The p-electrode 8 is formed on the upper surface of the magnesium-doped GaN layer 7. With respect to the n-electrode, if it is provided on the side on which the tilted crystal plane is formed, an opening region is formed in a portion, near the side surface of the hexagonal pyramid portion, of the mask layer 3, and the n-electrode is formed in the opening region. Such an n-electrode is connected to the silicon-doped GaN layer 5 via the silicon-doped GaN layer 2.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for

emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

Claim 1
1. A semiconductor light emitting device, comprising: a crystal growth layer; and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.

Claim 18
18. A semiconductor light emitting device comprising: a crystal growth layer; and a crystal layer formed of a first conductive type layer, an active layer, and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer; wherein a back plane of the crystal growth layer has a light scattering region.

Claim 19
19. An image display unit, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.

Claim 20
20. A lighting apparatus, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.

Claim 21
21. A method of fabricating a semiconductor light emitting device, the method comprising the steps of:

| | |
|---|---|
| | forming a crystal layer composed of a first conductive type layer, an active layer and a second conductive type layer on an upper side of a crystal growth layer; and forming irregularities on a back plane of the crystal growth layer.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3.  The light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other. | Oohata '467 expressly or inherently discloses "a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other." For example:<br><br>FIG.4<br><br> |



FIG.5

FIG.6

EXCIMER
LASER BEAM



FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10



FIG.11

FIG.17



FIG.18



FIG.21

[0001]
The present invention relates to a semiconductor light emitting device having a double-hetero structure in which a first conductive type layer, an active layer, and a second conductive type layer are stacked, an image display unit and a lighting apparatus using the semiconductor light emitting device and a method of fabricating the semiconductor light emitting device. In particular, the present invention relates to a semiconductor light emitting device capable of enhancing the light emergence efficiency and a method of fabricating the semiconductor light emitting device.

[0012]

To achieve the above objects, according to one embodiment of the present invention, there is provided a semiconductor light emitting device including a crystal growth layer, and a crystal layer composed of a first conductive type layer, an active layer, and a second conductive type layer. The crystal layer is provided on the upper side of the crystal growth layer. The light emitting device is characterized in that a back plane of the crystal growth layer has irregularities.

[0048]
According to the semiconductor light emitting device of the present invention, a first conductive type layer, an active layer, and a second conductive type layer are formed on a crystal growth layer in such a manner as to extend in a plane parallel to a crystal plane tilted from the principal plane of a substrate. The first conductive type layer is a p-type or an n-type cladding layer, and the second conductive type layer is an n-type or a p-type cladding layer. If the crystal growth layer having the S-planes is formed by a silicon-doped gallium nitride based compound semiconductor layer, the n-type cladding layer may be formed by a silicon-doped gallium nitride based compound semiconductor layer, an InGaN layer may be formed as the active layer thereon, and the p-type cladding layer may be formed by a magnesium-doped gallium nitride compound semiconductor layer thereon, to form a semiconductor crystal layer having a double-hetero structure. The active layer may have a structure in which an InGaN layer is held between AlGaN layers. The active layer may be a single bulk active layer; however, it may have a quantum well structure such as a single quantum well (SQW) structure, a double quantum well (DQW) structure, or a multi-quantum well (MQW) structure. In the case of adopting the quantum well structure, a barrier layer is used for separating quantum wells from each other. The use of the InGaN layer as the active layer is advantageous in facilitating the fabricating process and enhancing a light emission characteristic of the device. Another advantage of the use of the InGaN layer is that the InGaN layer can be particularly and easily crystallized with good crystallinity on the S-plane from which nitrogen atoms are less adsorbed, with a result that the luminous efficiency can be enhanced.

[0053]
Electrodes are formed on both a crystal growth layer and a second conductive type layer. To reduce a contact resistance, a contact layer may be formed, and an electrode be formed on the contact layer. In the case of forming these electrodes on the same side on which the crystal growth layer is formed, if both a p-electrode and an n-electrode come in contact with the crystal growth layer and a crystal seed layer formed under a mask, there occurs a short-circuit. Therefore, the electrodes must be accurately formed by vapor-deposition.

[0064]
The semiconductor light emitting devices thus formed on the sapphire substrate 1 are then, as shown in FIG. 4, isolated from each other by RIE (Reactive Ion Etching) or by using a dicer.

[0068]

After the sapphire substrate 1 is peeled from the GaN layers 2 of the light emitting devices, the light emitting devices are held in a state being isolated from each other by the adhesive layer 9 of the temporarily holding substrate 10. At this time, a plane 11, which has been bonded to the sapphire substrate 1, of each GaN layer 2 is exposed.

[0074]

In the case of fabricating an apparatus such as an image display unit or a lighting apparatus by arraying the above-described semiconductor light emitting devices on a board on the apparatus side, all of the devices held by the adhesive layer 9 may be arrayed at desired positions of the board on the apparatus side and then separated from the adhesive layer 9. Alternatively, part of the devices located at specific positions of the sapphire substrate 1 may be separated from the sapphire substrate 1 by selectively irradiating the devices with excimer laser beams, and arrayed at desired positions of the board on the apparatus side.

[0088]

As shown in FIG. 17, a mask layer 35 made from $SiO_2$ or SiN is formed to a thickness ranging from 100 nm to 500 nm over the entire surface of the GaN layer 34. A window region 36 composed of a circular opening portion having a size of about 10 μm is formed in the mask layer 35 by photolithography and etching using hydrofluoric acid as an etchant. After that, a first conductive type layer, an active layer, a second conductive type layer, and a p-electrode are formed in the same manner as that described in the first embodiment to form a light emitting device on the sapphire substrate 30 having the irregularities as shown in FIG. 18. At this time, an n-electrode may be provided by forming an opening portion in part of the mask layer 35 to expose the GaN layer 34 therefrom, and forming an electrode layer on the exposed portion of the GaN layer 34 by vapor-deposition. The device isolation also may be performed by cutting the mask layer 35 and the GaN layer 34 by etching or using a dicer.

[0091]

The plane 37 on which the irregularities have been formed is coated with a photoresist layer, and an approximately rectangular opening portion is formed in the photoresist layer by exposure and development. The depth of the opening portion is set such that the plane 37 is exposed from the opening portion. It is to be noted that the opening portion is located at a position apart from a region directly under the InGaN layer 6 as the light emission region and the p-electrode 8 having the function for reflecting light emitted from the InGaN layer 6. Then, Ti/Al/Pt/Au is vapor-deposited over the entire photoresist layer including the opening portion to form a metal thin layer. The photoresist layer is then removed by a solvent, with a result as that shown in FIG. 20, the metal thin layer made from Ti/Al/Pt/Au remains only at the position in the opening portion. The remaining metal thin layer is taken as an n-electrode 40. Since the n-electrode 40 is made from a metal not allowing light to pass therethrough, it must be formed at a position apart from a light emergence region. In

addition, a transparent electrode made from ITO (Indium Tin Oxide) may be formed on a position directly under the active layer 6 of the plane 37.

[0092]
The formation of the n-electrode 40 on the plane 37 having irregularities is advantageous in that as compared with the formation of the n-electrode on a flat plane, the contact area between the n-electrode 40 and the plane 37 becomes substantially larger, to reduce the current density.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other. The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.

[0096]
To handle the light emitting diodes different in device structure in the same manner, each of the light emitting diodes is covered with an adhesive layer 105 made from a resin, to be formed into a resin-covered chip having the same shape. Part of the adhesive layer 105 of the resin-covered chip is removed, and an electrode pad 106 for connecting an electrode to a circuit is formed so as to be connected to the electrode. An n-electrode 110 is formed on a back plane, having irregularities, of each of the light emitting diodes 100, 101, and 102.

[0097]
The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.

| | |
|---|---|
| | Claim 19<br><br>19. An image display unit, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.<br><br>Claim 20<br><br>20. A lighting apparatus, comprising: an array of semiconductor light emitting devices, each of which emits light in response to a signal; wherein each of the semiconductor light emitting devices includes a crystal growth layer and a crystal layer formed of a first conductive type layer, an active layer and a second conductive type layer, the crystal layer being provided on an upper side of the crystal growth layer, wherein a back plane of the crystal growth layer has irregularities.<br><br>Claim 21<br><br>21. A method of fabricating a semiconductor light emitting device, the method comprising the steps of: forming a crystal layer composed of a first conductive type layer, an active layer and a second conductive type layer on an upper side of a crystal growth layer; and forming irregularities on a back plane of the crystal growth layer.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 8. The light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, Al₂O₃, glass, quartz, GaAsP, AlN, metal, and AlGaAs. | Oohata '467 expressly or inherently discloses "wherein the substrate comprises at least one material selected from" the claimed material group. For example:<br><br>FIG. 1<br><br> |



FIG.2

FIG.3

FIG.4



F I G. 5

F I G. 6

EXCIMER
LASER BEAM



FIG.7

EXCIMER LASER BEAM

FIG.8



FIG.9

FIG.10



FIG.11

FIG.18

FIG. 21



[0041]
Various kinds of substrates can be used for the present invention. In particular, a substrate made from sapphire ($Al_2O_3$, having A-plane, R-plane, or C-plane), SiC (having a structure of 6H, 4H or 3C), GaN, Si, ZnS, ZnO, AlN, LiMgO, GaAs, $MgAl_2O_4$, or InAlGaN is preferable in terms of formation of a crystal growth layer having a crystal plane tilted from the principal plane of the substrate. Such a material for forming a substrate preferably has a hexagonal or cubic system; most preferably, the hexagonal system. For example, in the case of using a sapphire substrate, the C-plane of sapphire may be taken as a principal plane of the sapphire substrate. Such a sapphire substrate often has been used for growing a gallium nitride (GaN) based compound semiconductor. It is to be noted that the C-plane of sapphire may be replaced with the A-plane or the R-plane. When the A-plane is used, a crystal plane of the crystal growth layer tilted from the A-plane can be obtained. When the R-plane is used, a crystal plane of the crystal growth layer tilted from the R-plane can be obtained. Also, the principal plane of a substrate is not necessarily taken as a strict plane. For example, the principal plane may be taken as a plane tilted from the strict C-plane by an angle ranging from 5° to 6°. The substrate does not form part of a light emitting device as a product. To be more specific, the substrate is used for holding a device portion during fabrication, and is removed before accomplishment of the light emitting device.

[0058]
A low temperature buffer layer is formed on a principal plane, taken as a (C+)-plane of sapphire, of a sapphire substrate 1. The sapphire substrate 1 is heated to 1000° C, and a silicon-doped GaN layer 2 is formed on the low temperature buffer layer. A mask layer 3 made from SiO or SiN is formed to a thickness ranging from 100 nm to 500 nm over the entire surface of the GaN layer 2, and as shown in FIG. 1, window regions 4 composed of circular opening portions each having a size of about 10 μm are formed in the mask layer 3 by photolithography and etching using hydrofluoric acid as an etchant. It is to be noted that the size of the

opening portion may be changed depending on characteristics of a device to be fabricated.

[0062]
The semiconductor light emitting devices according to this embodiment, which have been formed by the above-described steps, each have a basic structure as shown in FIG. 4. The light emitting device has the silicon-doped GaN layer 5 formed as a crystal seed layer on the principal plane, taken as the (C+)-plane of sapphire, of the sapphire substrate 1, wherein the silicon-doped GaN layer 5 has the S-planes as the outer planes tilted from the principal plane of the sapphire substrate 1. The InGaN layer 6 is formed as the active layer on the silicon-doped GaN layer 5, wherein the InGaN layer 6 has a shape extending in parallel to the S-planes, and the magnesium-doped GaN layer 7 is formed as the cladding layer on the InGaN layer 6. The p-electrode 8 is formed on the upper surface of the magnesium-doped GaN layer 7. With respect to the n-electrode, if it is provided on the side on which the tilted crystal plane is formed, an opening region is formed in a portion, near the side surface of the hexagonal pyramid portion, of the mask layer 3, and the n-electrode is formed in the opening region. Such an n-electrode is connected to the silicon-doped GaN layer 5 via the silicon-doped GaN layer 2.

[0064]
The semiconductor light emitting devices thus formed on the sapphire substrate 1 are then, as shown in FIG. 4, isolated from each other by RIE (Reactive Ion Etching) or by using a dicer.

[0068]
After the sapphire substrate 1 is peeled from the GaN layers 2 of the light emitting devices, the light emitting devices are held in a state being isolated from each other by the adhesive layer 9 of the temporarily holding substrate 10. At this time, a plane 11, which has been bonded to the sapphire substrate 1, of each GaN layer 2 is exposed.

[0083]
A sapphire substrate generally used for crystal growth of a nitride semiconductor is used in this embodiment, but it may be replaced with another kind of substrate. For example, a nitride semiconductor substrate can be used as the substrate in this embodiment.

[0095]
FIG. 21 is a sectional view showing one pixel region of an image display unit, wherein three light emitting devices are arrayed in the pixel region. As shown in FIG. 21, light emitting diodes 100, 101, and 102 for emission of light of three colors (R, G, B) are arrayed on a substrate 103 and are coated with an insulating layer 104. The insulating layer 104 may be made from a transparent epoxy adhesive, a UV-curing type adhesive, or polyimide. The shapes of the diodes 100, 101, and 102 are not necessarily identical to each other.

| | The light emitting diode 100 for emission of red light has a structure with no hexagonal pyramid shaped GaN layer, and each of the light emitting diodes 101 for emission of green light and the light emitting diode 102 for emission of blue light has a structure having a hexagonal pyramid shaped GaN layer. The crystal growth method, device structure, and material differ depending on a desired color of light emission and, correspondingly, the device shape is varied.<br><br>[0097]<br>The substrate 103 may be a light permeable substrate allowing visible light, infrared light, or a light energy such as a laser beam to pass therethrough; for example, a glass substrate, a quartz glass substrate, or a plastic substrate. A thermoplastic resin layer 107, which is used for adhesively bonding the resin-covered chip to the substrate 103, may be made from polyolefine, polyvinyl chloride, polyamide, or polyester. An electrode layer 108 for supplying a power to each of the light emitting diodes is made from a metal or a metal silicide, and a black chromium layer 109 as an electromagnetic wave absorbing layer is formed on the surface, on the screen side, that is, on the viewer side, of the electrode layer 108. The black chromium layer 109 functions as a shadow mask for improving the contrast of an image.<br><br>To the extent that Oohata '467 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Oohata '467, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|