**Ex. 738–3 — Invalidity of 7,560,738 in view of Lin '358**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims are invalid as anticipated and/or rendered obvious by US6462358B1 ("Lin '358") under 35 U.S.C. §§ 102 or 103. Lin '358 was filed February 6, 2002 and published/issued on October 8, 2002, and therefore qualifies as prior art to the asserted '738 patent at least under one or more provision of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Lin '358 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1. A light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, | Lin '358 expressly or inherently discloses "[a] light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer." For example: |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| | |
|---|---|
| each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer. | **Lin '358 at Abstract**<br>The present invention disclosed a light emitting diode (LED) and method for manufacturing the same. The light emitting diode includes a transparent substrate connected to an epitaxial layer with absorption substrate via a transparent adhesive layer. Then, the absorption substrate is removed to form a light emitting diode with the transparent substrate. Because of the low light absorption of the transparent substrate, the present invention provides high luminescence efficiency. Furthermore, because the first metal bonding layer is electrical connected with the first ohmic contact layer by the electrode connecting channel, the voltage is decreased and the current distribution is increased in the fixed current to improve the luminous efficiency of a light emitting diode.<br><br>**Lin '358 at 1:9–17**<br>The conventional AlGalnP light emitting diode (LED) with a double heterostructure, as shown in FIG. 6, includes a n-type GaAs substrate 3, a lower n-type $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ cladding layer 4 with x=0.7˜1.0, a $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ active layer 5, an upper n-type $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ cladding layer 6 with x=0.7˜1.0, and a p-type current spreading layer 7 with high energy band gap. The material of the p-type current spreading layer 7 is selected from GaP, GaAsP, GalnP and AlGaAs.<br><br>**Lin '358 at 1:58–67**<br>The present invention presents a light emitting diode (LED) structure and a method for manufacturing the LED. The LED includes an epitaxial layer formed on an AIGalnP multi-layer epitaxial structure. The AlGalnP multi-layer epitaxial structure is connected to a transparent substrate by a transparent adhesive layer. The material of the AlGalnP multi-layer epitaxial structure is selected from a group consisting of homostructure, single heterostructure (SH), double heterostructure (DH), and multiple quantum well (MQW).<br><br>**Lin '358 at 2:60–3:2**<br>The present invention discloses a structure of a light emitting diode (LED) and a method for manufacturing the LED. With reference to FIG. 1, the LED includes an n-type GaAs substrate 26, an etching stop layer 24, an n-type $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ lower cladding layer 22 with x=0.5˜1.0, a $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ active layer 20 with x=0˜0.45, and a p-type $(Al_xGa_{1-x})_{0.5}ln_{0.5}P$ upper cladding layer 18 with x=0.5˜1.0, and a p-type epitaxial layer 16. A p-type ohmic contact layer 28 is formed on the epitaxial layer 16, sequentially arranged in a first direction.<br><br>**Lin '358 at 3:36–40**<br>Then, as shown in FIG. 2, a transparent adhesive layer 14 and a transparent substrate (TS) 10 are |

illustrated. The transparent adhesive layer 14 is selected from BCB (B-staged bisbenzocyclobutene), or other adhesive materials of transparent character, such as epoxy.

Lin '358 at 3:41–48

The purpose of the transparent substrate 10 serves as a support to prevent the multi-layer epitaxial structure 20 of the LED from breaking during the process. Therefore, the transparent substrate 10 is not limited to single crystalline substrate. The transparent substrate 10 is selected from polycrystal substrate and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost.

Lin '358 at 3:49–63

Then, the transparent substrate 10 is connected to the p-type ohmic contact layer 28 and the epitaxial layer 16 by pressuring and heating the transparent adhesive layer 14 at 250° C. for a while. In order to improve the connection of the epitaxial layer 16 and the transparent substrate 10, an adhesive promoter is coated on the surface of the transparent substrate 10, prior to the adhesive layer 14 coated on the transparent substrate 10. Furthermore, for a better adhering effect, when the epitaxial layer 16 is connected to the transparent substrate 10, the transparent adhesive layer 14 is heated at the temperature of about 60° C.~100° C. to remove the organic solvent. Then, the temperature is rose to about 200° C.~600° C. Therefore, the transparent substrate 10 is connected tightly to the epitaxial layer 16 by the transparent adhesive layer 14.

Lin '358 at 3:64–68

Then, the substrate 26 is etched by a corrosive etchant, such as $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. If the etching stop layer 24 is made of light-absorption materials, such as GalnP or AlGaAs, the etching stop layer 24 must be removed by the same solution.

Lin '358 at 3:69–4:17

Then, the structure is etched in two steps. First, a portion of the multi-layer epitaxial structure, including an active layer 20 sandwiched between the upper cladding layer 18 and the lower cladding layer 22, is removed in width of about 3~6 mils by dry etching or wet etching process to expose the epitaxial layer 16. Subsequently, the lower portion of the exposed epitaxial layer 16 is removed in width of about 1~3 mils to form a channel exposing the p-type ohmic contact 28. Then, an n-type ohmic contact layer 30 is formed on the lower cladding layer 22 in the second direction, and the second direction is opposite to the first direction. Subsequently, a first metal bonding layer 32 is formed on the epitaxial layer 16 and the channel is filled by Au or Al to form an electrode channel 31, which is connected the p-type ohmic contact 28 in

| | |
|---|---|
| | the second direction. A second metal bonding layer 34 is formed on the n-type ohmic contact layer 30 in the second direction. Therefore, the first and the second metal bonding layers 32, 34 are in the same side related to the transparent substrate 10, as shown in FIG. 3.<br><br>Lin '358 at 5:9–14<br><br>The present invention presents the transparent substrate 10 connected to the epitaxial structure via a soft transparent adhesive layer 14. Therefore, even if the surface of the epitaxial structure is rough, the transparent substrate 10 is connected tightly to the epitaxial structure via the transparent adhesive layer 14.<br><br>To the extent that Lin '358 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 2[a]. The light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer; | Lin '358 expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer." For example:<br><br>Lin '358 at 3:25–30<br><br>The etching stop layer 24 is selected from a group of III-V compound semiconductor, such as GaInP, or AlGaAs. Any material having lattice matched with the GaAs substrate 26 is suitable for the etching stop layer 24. Besides, the etching rate of the etching stop layer 24 is lower than the etching rate of the substrate 26.<br><br>Lin '358 at 4:26–43<br><br>Please referring to FIG. 4, in the second embodiment, a light emitting diode structure according to the present invention is formed on a GaAs substrate 51 in a first direction. The multi-layer epitaxial structure includes an n-type AlGaAs lower cladding layer 52, an AlGaAs active layer 53, and a p-type AlGaAs upper cladding layer 54. The Al composition of the lower cladding layer 52 is about 70%˜80%, and the thickness of the lower cladding layer 52 is about 0.5˜3.0 $\mu$% m. The Al composition of the upper cladding layer 54 is about 70%˜80% and the thickness of the upper cladding layer 54 is about 0.5˜3.0$\mu$m. The Al composition of the active layer 53 is about 35% and the thickness of the active layer 53 is about 0.5˜2.0$\mu$m. Then, as shown in FIG. 5, a p-type ohmic contact layer 57 is formed on the upper cladding layer 52 in the first direction. Then, a transparent substrate 56 connects the upper cladding layer 54 to the p-type ohmic contact layer 57 by a transparent adhesive layer 55. |

| | To the extent that Lin '358 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [2b] a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer. | Lin '358 expressly or inherently discloses "a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer." For example: *See* above at row 2[a]. To the extent that Lin '358 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 3. The light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other. | To the extent that Lin '358 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 8. The light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs. | Lin '358 expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs." For example: Lin '358 at 1:9–17 The conventional AlGaInP light emitting diode (LED) with a double heterostructure, as shown in FIG. 6, includes a n-type GaAs substrate 3, a lower n-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ cladding layer 4 with x=0.7~1.0, a $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ active layer 5, an upper n-type $(Al_xGa_{1-x})_{0.5}In_{0.5}P$ cladding layer 6 with x=0.7~1.0, and a p-type current spreading layer 7 with high energy band gap. The material of the p-type current spreading layer 7 is selected from GaP, GaAsP, GaInP and AlGaAs. Lin '358 at 3:41–48 The purpose of the transparent substrate 10 serves as a support to prevent the multi-layer epitaxial structure 20 of the LED from breaking during the process. Therefore, the transparent substrate 10 is not limited to single crystalline substrate. The transparent substrate 10 is selected from polycrystal substrate |

| | and amorphous substrate, such as sapphire, glass, GaP, GaAsP, ZnSe, ZnS, ZnSSe, or SiC, to lower the cost.<br><br>To the extent that Lin '358 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Lin '358, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|