**Ex. 738–4 — Invalidity of 7,560,738 in view of Yang**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims are invalid as anticipated and/or rendered obvious by US6709883B2 ("Yang") under 35 U.S.C. §§ 102 or 103. Yang was filed April 6, 2001 and published/issued on March 23, 2004, and therefore qualifies as prior art to the asserted '738 patent at least under one or more provision of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Yang discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1. A light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, | Yang expressly or inherently discloses "[a] light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer." For example: |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| | |
|---|---|
| each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer. | Yang at Abstract<br><br>A light emitting diode (LED) and method of making the same are disclosed. The present invention uses a layer of elastic transparent adhesive material to bond a transparent substrate and a LED epitaxial structure having a light-absorbing substrate. The light absorbing substrate is then removed to form a LED having a transparent substrate. By the use of the transparent substrate, the light emitting efficiency of the LED can be significantly improved.<br><br>Yang at Fig. 3<br><br><br><br>FIG. 3<br><br>Yang at 2:7–20<br>The present invention provides a light emitting diode. A light emitting diode, the light emitting diode comprises a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; a transparent substrate; and a layer of transparent adhesive material for bonding the transparent substrate and the multi-layered AlGaInP epitaxial structure. The active layer of the LED can be composed of single heterostructure (SH), double heterostructure (DH), multi quantum wells (MQWs), or quantum wells heterostructure (QWHs). Meanwhile, a first and a second ohmic contact metal layer are bonded to a first and a second conductive-type epitaxial layers, respectively. Besides, both the first and second ohmic contact metal layers are located on the same side. |

Yang at 2:21–35

The present invention provides a method for manufacturing a light emitting diode, which comprises the steps of: providing a LED epitaxial structure having a multi-layered AlGaInP epitaxial structure formed on a light-absorbing substrate; providing a transparent substrate and using a layer of transparent adhesive material, for example, BCB (B-staged bisbenzocyclobutene) resin or Epoxy resin, to bond the transparent substrate and the multi-layered AlGaInP epitaxial structure. The light-absorbing substrate is then removed to expose the first conductive-type etching stop layer so that a first ohmic contact metal layer is, for example, formed. The etching step also exposes the second conductive type epitaxial layer to form a second ohmic contact layer. In addition, both the first and second ohmic contact metal layers are located on the same side.

Yang at 3:46–63

The structure as show in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate need not be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.

Yang at 4:39–61

The present invention is not limited to the AlGaInP LED having high brightness, and is also suitable for other LED materials, for example, red and infrared-red AlGaAs LED. The epitaxial structure shown on FIG. 5 is a cross sectional view of the second embodiment of the present invention. The AlGaAs red LED (650 nm) includes a stacked structure of n-type GaAs substrate 51, n-type AlGaAs lower cladding layer 52 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm, and a p-type AlGaAs upper cladding layer 54 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm. The AlGaAs red LED structure is then bonded to a transparent substrate 56, for example, sapphire, by BCB 55. The epitaxial structure is then etched by an etchant, such as $NH_4OH:H_2O_2=1.7:1$ to remove the opaque n-type GaAs substrate. Thereafter, a wet etching or a dry etching is applied to remove portions of the n-type AlGaAs lower cladding layer and AlGaAs active layer and to further expose the p-type AlGaAs upper cladding layer. A p-type ohmic contact metal layer 57 is then formed on the p-type AlGaAs upper

cladding layer 54. A n-type ohmic contact metal layer 58 is then formed on the n-type AlGaAs lower cladding layer 52 to form a LED structure with p type and n-type ohmic contact metal layers formed on the same side.

Yang at 4:67–5:10

The LED is composed of transparent substrate, and both the p-type and n-type ohmic metal layer are formed on the same side of the transparent substrate, therefore a flip chip package method can be applied and the conventional wire bonding method is not necessary anymore. Therefore, the LED formed by the method of the present invention has a better reliability. Furthermore, no light is absorbed by the transparent substrate, therefore the brightness of the LED is improved. In addition, the transparent substrate can be composed of sapphire, glass or SiC with high hardness, therefore the thickness of the substrate can be down to 100 micrometers without breaking so that a LED structure with thin thickness and small size is manufactured.

Yang at 5:23–6:2

1. A method of making a light emitting diode, comprising:
providing a LED epitaxial structure having a multi-layered AlGaAs epitaxial layer formed on a light-absorbing substrate, the multi-layered AlGaInP epitaxial structure having a first side and a second side, wherein the first side of the multi-layered AlGaInP epitaxial structure contacts the light-absorbing substrate;
providing a transparent substrate; and
using an elastic transparent adhesive material to bond the transparent substrate and the multi-layered AlGaAs epitaxial structure, wherein the light-absorbing substrate is removed after the transparent substrate is bonded to the second side of the multi-layered AlGaInP epitaxial structure.

To the extent that Yang does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang, those elements, as known to them or as disclosed by other prior art identified in the cover pleading.

| 2[a]. The light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer; | Yang expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer." For example:<br><br>Yang at 3:64–4:33<br><br>Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C., with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of |

the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C., and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C. to 100° C., to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C. and 600° C. so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.

Yang at 4:39–61

The present invention is not limited to the AlGaInP LED having high brightness, and is also suitable for other LED materials, for example, red and infrared-red AlGaAs LED. The epitaxial structure shown on FIG. 5 is a cross sectional view of the second embodiment of the present invention. The AlGaAs red LED (650 nm) includes a stacked structure of n-type GaAs substrate 51, n-type AlGaAs lower cladding layer 52 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm, and a p-type AlGaAs upper cladding layer 54 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm. The AlGaAs red LED structure is then bonded to a transparent substrate 56, for example, sapphire, by BCB 55. The epitaxial structure is then etched by an etchant, such as $NH_4OH:H_2O_2=1.7:1$ to remove the opaque n-type GaAs substrate. Thereafter, a wet etching or a dry etching is applied to remove portions of the n-type AlGaAs lower cladding layer and AlGaAs active layer and to further expose the p-type AlGaAs upper cladding layer. A p-type ohmic contact metal layer 57 is then formed on the p-type AlGaAs upper cladding layer 54. A n-type ohmic contact metal layer 58 is then formed on the n-type AlGaAs lower cladding layer 52 to form a LED structure with p type and n-type ohmic contact metal layers formed on the same side.

| | Yang at 5:23–6:2 |
|---|---|
| | 1. A method of making a light emitting diode, comprising:<br><br>providing a LED epitaxial structure having a multi-layered AlGaAs epitaxial layer formed on a light-absorbing substrate, the multi-layered AlGaInP epitaxial structure having a first side and a second side, wherein the first side of the multi-layered AlGaInP epitaxial structure contacts the light-absorbing substrate;<br><br>providing a transparent substrate; and<br><br>using an elastic transparent adhesive material to bond the transparent substrate and the multi-layered AlGaAs epitaxial structure, wherein the light-absorbing substrate is removed after the transparent substrate is bonded to the second side of the multi-layered AlGaInP epitaxial structure.<br><br>To the extent that Yang does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| [2b] a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer. | Yang expressly or inherently discloses "a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer." For example:<br><br>*See* above at row 2[a].<br><br>To the extent that Yang does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 3. The light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other. | Yang expressly or inherently discloses "[t]he light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other." For example: |

Yang at Fig. 3



FIG. 3

Yang at 3:64–4:33

Thereafter, the epitaxial layer structure of FIG. 1 is bonded together with the transparent substrate of FIG. 2. The adhesion step can be performed in a temperature, for example, 250° C., with pressure and heat, according to the method of the invention. A layer of adhesion promoter can be formed on the surface of the LED epitaxial structure and transparent substrate surface by, for example, deposition, evaporation, or sputtering, to improve the adhesion property between the LED epitaxial structure and the transparent substrate. After that, a BCB layer is coated, then a temperature, for example, 250° C., and a pressure are applied for a period to the complete the adhesion between the LED epitaxial structure and the transparent substrate. In order to provide better adhesion, the LED epitaxial structure and the transparent substrate bonded by the BCB layer, can be heated at a lower temperature, for example, 60° C. to 100° C., to remove the organic solvent in the BCB layer, and then the temperature is raised to a range between 200° C. and 600° C. so that the bonding strength of the LED epitaxial structure, the transparent substrate, and the BCB layer is excellent. Thereafter, the opaque n-type GaAs substrate is then removed by etchant, for example, $5H_3PO_4:3H_2O_2:3H_2O$ or $1NH_4OH:35H_2O_2$. However, the etching stop layer, InGaP or AlGaAs, still absorbs the light emitted from the active layer. Therefore, it is necessary to remove the etching stop layer and only remains a portion of this etching stop layer contacted with the n-type ohmic contact metal layer. A dry etching method, for example, RIE, is then applied to remove portions of the n-type AlGaInP lower cladding layer, AlGaInP active layer and p-type AlGaInP upper cladding layer to further expose the p-type ohmic contact epitaxial layer. A p-type ohmic contact metal layer 28 is then formed on the p-type

| | |
|---|---|
| | ohmic contact epitaxial layer 16. A n-type ohmic contact metal layer 30 is thereafter formed on the n-type AlGaInP lower cladding layer 22 to form a LED structure with p-type and n-type ohmic contact metal layers formed on the same side, as shown in FIG. 3.<br><br>To the extent that Yang does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 8. The light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs. | Yang expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs." For example:<br><br>Yang at 3:46–63<br>    The structure as show in FIG. 2 comprises a transparent adhesive layer 14, for example, BCB (B-staged bisbenzocyclobutene) resin and a transparent substrate (TS) 10. The material of the adhesive layer 14 is not limited to BCB. Any adhesive material with similar property, such as Epoxy or other material, is also applicable to the invention. The transparent substrate can be composed of glass, sapphire wafer, SiC wafer, GaP wafer, GaAsP wafer, ZnSe wafer, ZnS wafer, or ZnSSe wafer. These materials can be chosen as the transparent substrate as long as the light absorbed by the material is minor. One advantage of the present invention is that the transparent substrate need not be single crystal wafer. The transparent substrate is used for supporting the LED epitaxial layer to avoid this epitaxial layer from breaking, the current does not flow through the transparent substrate. In other words, both the polycrystal and amorphous crystal can be used as the carrier substrate. Accordingly, the manufacture cost is significant decreased.<br><br>Yang at 4:39–61<br>    The present invention is not limited to the AlGaInP LED having high brightness, and is also suitable for other LED materials, for example, red and infrared-red AlGaAs LED. The epitaxial structure shown on FIG. 5 is a cross sectional view of the second embodiment of the present invention. The AlGaAs red LED (650 nm) includes a stacked structure of n-type GaAs substrate 51, n-type AlGaAs lower cladding layer 52 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm, and a p-type AlGaAs upper cladding layer 54 with Al composition of about 70˜80% and thickness of 0.5 μm˜2 μm. The AlGaAs red LED structure is then bonded to a transparent substrate 56, for example, sapphire, by BCB 55. The epitaxial structure is then etched by an etchant, such as $NH_4OH:H_2O_2=1.7:1$ to remove the opaque n-type GaAs substrate. Thereafter, a wet etching or a dry etching is applied to remove portions of the n-type AlGaAs lower cladding layer and AlGaAs active layer and to further expose the p-type AlGaAs upper cladding layer. A p-type ohmic contact metal layer 57 is then formed on the p-type AlGaAs upper |

|  | cladding layer 54. A n-type ohmic contact metal layer 58 is then formed on the n-type AlGaAs lower cladding layer 52 to form a LED structure with p type and n-type ohmic contact metal layers formed on the same side.<br><br>To the extent that Yang does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Yang, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |