**Ex. 738–5 — Invalidity of 7,560,738 in view of Liao**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims are invalid as anticipated and/or rendered obvious by US7018859B2 ("Liao") under 35 U.S.C. §§ 102 or 103. Liao was filed August 13, 2004 and published/issued on March 28, 2006, and therefore qualifies as prior art to the asserted '738 patent at least under one or more provision of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Liao discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1. A light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, | Liao expressly or inherently discloses "[a] light-emitting diode array comprising: a substrate; an adhesive layer formed on the substrate; and a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer." For example: |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

| | |
|---|---|
| each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer. | Liao at Abstract<br><br>A soft transparent adhesive layer is utilized to bond a transparent substrate material onto an AlGaInP light-emitting diode epitaxy on a GaAs substrate, and the GaAs substrate is next removed entirely. Then, a mesa etching process is performed to form a first top surface and a second top surface on the AlGaInP light-emitting diode epitaxy for respectively exposing an n-type layer and a p-type layer in the AlGaInP light-emitting diode epitaxy. Next, a metal reflective layer and a barrier layer are formed on the AlGaInP light-emitting diode epitaxy in turn, and electrodes are finally fabricated on the barrier layer. |

Liao at Fig. 1C



FIG. 1C

Liao at 1:62–2:3

According to the aforementioned objectives of the present invention, a method of fabricating an AlGaInP LED and a structure therefore is provided. At least an AlGaInP LED epitaxy is first formed on a substrate, and a transparent substrate material is next bonded to the AlGaInP LED epitaxy by utilizing a soft transparent adhesive layer. The AlGaInP LED epitaxy is a film stack comprising a first-type semiconductor layer, an active layer, and a second-type semiconductor layer.

Liao at 3:37–48

In FIG. 1A, an AlGaInP LED epitaxy structure is first formed on a substrate 100, in which the substrate 100 is, for example, GaAs for obtaining a good crystallization quality of the AlGaInP epitaxy layers. The AlGaInP LED epitaxy structure is fabricated by forming an n-type AlGaInP layer 102, an AlGaInP active layer 104, and a p-type AlGaInP layer 106 in turn on the substrate 100. Further, the surface of the p-type AlGaInP layer 106 is next roughened to form a rough surface; for example, a photolithography and

etching process is utilized to micro-etch the surface of the p-type AlGaInP layer 106 for producing surface roughness of the p-type AlGaInP layer 106.

Liao at 3:50–54

The active layer 104 may be a homo-structure, single hetero-structure, double hetero-structure, or multi-quantum well structure. The rough surface of the p-type AlGaInP layer 106 is composed of bar-shaped, triangular, or round salient figures.

Liao at 3:55–65

Then, a transparent substrate material 110 having a surface coated with a soft transparent adhesive layer 108 is bonded to the AlGaInP LED epitaxy, in which the transparent substrate material 110 is pasted down on the p-type AlGaInP layer 106 by the adhesion property of the soft transparent adhesive layer 108. After combing the transparent substrate material 110 and the AlGaInP LED epitaxy structure, the substrate 100 is removed to form the structure as shown in FIG. 1B, and the AlGaInP LED epitaxy is completely transferred from the substrate 100 to the transparent substrate material 110.

Liao at 4:4–16

Next, referring to FIG. 1C, a mesa etching process is performed on the AlGaInP LED epitaxy, and a portion of the AlGaInP LED epitaxy is removed to a depth to form two top surfaces of the AlGaInP LED epitaxy on the transparent substrate material 110. One top surface exposes the n-type AlGaInP layer 102, and another top surface exposes the p-type AlGaInP layer 106. Then, a metal reflective layer 112 and a barrier layer 114 are formed in turn on the n-type AlGaInP layer 102 and the p-type AlGaInP layer 106. Finally, a cathode electrode 116 and an anode electrode 118 are fabricated on the barrier layer 114. The cathode electrode 116 and the anode electrode 118 are made from metal materials with good conductivity, such as Au or Al.

Liao at 4:48–67

Moreover, since there's a large difference in refractive index between the semiconductor material of the AlGaInP LED and the transparent adhesive layer 108 generally, the refractive index of the transparent adhesive layer 108 is hard to suitably match that of the AlGaInP LED, and the light emitted upward from the AlGaInP LED is easily reflected back into the device without being outputted smoothly so the total reflection phenomenon occurs and lowers the light output efficiency. Therefore, the rough surface of the p-type AlGaInP layer 106 produced in the present embodiment is utilized to form a rough interface of the transparent adhesive layer 108 and the AlGaInP LED structure, and the light scattering or refraction thus occurs for reducing the total reflection phenomenon inside the device when the light emitted enters into

the interface of the p-type AlGaInP layer 106 and the transparent adhesive layer 108. The light emitted from the AlGaInP LED passes through the transparent substrate material 110 more effectively by the rough surface of the p-type AlGaInP layer 106, and the light extraction efficiency of the LED device is improved.

Liao at 5:7–19

In FIG. 2, a p-type AlGaInP layer 206, an active layer 204, a n-type AlGaInP layer 202, a metal reflective layer 212, a barrier layer 214, a cathode electrode 216, and an anode electrode 218 are fabricated in the same processes aforementioned; besides, not only the p-type AlGaInP layer 206 is surface-roughened to form a rough interface of the AlGaInP LED structure and a soft transparent adhesive layer 208, but also the top surface and the undersurface of a transparent substrate material 210 are roughened to form another rough interface of the soft transparent adhesive layer 208 and the transparent substrate material 210, and the exposed top surface of the transparent substrate material 210 is rough simultaneously.

To the extent that Liao does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Liao, those elements, as known to them or as disclosed by other prior art identified in the cover pleading.

| | |
|---|---|
| 2[a]. The light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer; | Liao expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises: a first conductive semiconductor stack layer." For example: |

Liao at 1:62–2:3

According to the aforementioned objectives of the present invention, a method of fabricating an AlGaInP LED and a structure therefore is provided. At least an AlGaInP LED epitaxy is first formed on a substrate, and a transparent substrate material is next bonded to the AlGaInP LED epitaxy by utilizing a soft transparent adhesive layer. The AlGaInP LED epitaxy is a film stack comprising a first-type semiconductor layer, an active layer, and a second-type semiconductor layer.

Liao at 2:26–30

Finally, a first electrode and a second electrode are fabricated on the metal reflective layer, in which the first electrode is above the first top surface of the AlGaInP LED epitaxy, and the second electrode is above the second top surface of the AlGaInP LED epitaxy.

Liao at 4:4–16

Next, referring to FIG. 1C, a mesa etching process is performed on the AlGaInP LED epitaxy, and a

|  | portion of the AlGaInP LED epitaxy is removed to a depth to form two top surfaces of the AlGaInP LED epitaxy on the transparent substrate material 110. One top surface exposes the n-type AlGaInP layer 102, and another top surface exposes the p-type AlGaInP layer 106. Then, a metal reflective layer 112 and a barrier layer 114 are formed in turn on the n-type AlGaInP layer 102 and the p-type AlGaInP layer 106. Finally, a cathode electrode 116 and an anode electrode 118 are fabricated on the barrier layer 114. The cathode electrode 116 and the anode electrode 118 are made from metal materials with good conductivity, such as Au or Al.<br><br>Liao at 5:7–19<br>    In FIG. 2, a p-type AlGaInP layer 206, an active layer 204, a n-type AlGaInP layer 202, a metal reflective layer 212, a barrier layer 214, a cathode electrode 216, and an anode electrode 218 are fabricated in the same processes aforementioned; besides, not only the p-type AlGaInP layer 206 is surface-roughened to form a rough interface of the AlGaInP LED structure and a soft transparent adhesive layer 208, but also the top surface and the undersurface of a transparent substrate material 210 are roughened to form another rough interface of the soft transparent adhesive layer 208 and the transparent substrate material 210, and the exposed top surface of the transparent substrate material 210 is rough simultaneously.<br><br>To the extent that Liao does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Liao, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
|---|---|
| [2b] a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer. | Liao expressly or inherently discloses "a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer." For example:<br><br>*See* above at row 2[a].<br><br>To the extent that Liao does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Liao, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |
| 3. The light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light- | Liao expressly or inherently discloses "[t]he light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other." For example:<br><br>Liao at 2:31–38<br>    Additionally, a barrier layer is further placed between the metal reflective layer and the electrodes to |

| | |
|---|---|
| emitting stack layers from the other. | prevent the electrodes from metal diffusing into the metal reflective layer and preserve the reflectivity of the metal reflective layer. The preferable material of the barrier layer is nickel (Ni), tungsten (W), titanium nitride (TiN), platinum (Pt), tungsten nitride (WN), zinc oxide (ZnO), or indium tin oxide (ITO).<br><br>Liao at 4:4–16<br><br>Next, referring to FIG. 1C, a mesa etching process is performed on the AlGaInP LED epitaxy, and a portion of the AlGaInP LED epitaxy is removed to a depth to form two top surfaces of the AlGaInP LED epitaxy on the transparent substrate material 110. One top surface exposes the n-type AlGaInP layer 102, and another top surface exposes the p-type AlGaInP layer 106. Then, a metal reflective layer 112 and a barrier layer 114 are formed in turn on the n-type AlGaInP layer 102 and the p-type AlGaInP layer 106. Finally, a cathode electrode 116 and an anode electrode 118 are fabricated on the barrier layer 114. The cathode electrode 116 and the anode electrode 118 are made from metal materials with good conductivity, such as Au or Al.<br><br>Liao at 4:17–27<br><br>The metal reflective layer 112 is made from a metal material with high reflectivity for light; for example, Au, Al, Ag, or Ag alloy is used as the metal reflective layer 112, and the metal reflective layer 112 has a great capacity for reflecting the light emitted from the AlGaInP LED. Further, the barrier layer 114 is utilized to prevent the cathode electrode 116 and the anode electrode 118 from metal diffusing into the metal reflective layer 112 and maintain the reflectivity of the metal reflective layer 112. The preferable material of the barrier layer 114 is Ni, W, TiN, Pt, WN, ZnO, or ITO.<br><br>Liao at 5:7–19<br><br>In FIG. 2, a p-type AlGaInP layer 206, an active layer 204, a n-type AlGaInP layer 202, a metal reflective layer 212, a barrier layer 214, a cathode electrode 216, and an anode electrode 218 are fabricated in the same processes aforementioned; besides, not only the p-type AlGaInP layer 206 is surface-roughened to form a rough interface of the AlGaInP LED structure and a soft transparent adhesive layer 208, but also the top surface and the undersurface of a transparent substrate material 210 are roughened to form another rough interface of the soft transparent adhesive layer 208 and the transparent substrate material 210, and the exposed top surface of the transparent substrate material 210 is rough simultaneously.<br><br>To the extent that Liao does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Liao, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |

| | |
|---|---|
| 8. The light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs. | Liao expressly or inherently discloses "[t]he light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, AI.sub.2O.sub.3, glass, quartz, GaAsP, AIN, metal, and AlGaAs." For example:<br><br>Liao at 2:6–9<br>    The substrate aforementioned is GaAs generally for obtaining a good crystallization quality of the AlGaInP epitaxy films, and the transparent substrate material may be sapphire, glass, GaP, or SiC.<br><br>Liao at 3:66–4:3<br>    The transparent substrate material 110 may be sapphire, glass, GaP, or SiC; the soft transparent adhesive layer 108 may be bisbenzocyclobutene (BCB) resin for closely connecting the transparent substrate material 110 and the p-type AlGaInP layer 106.<br><br>To the extent that Liao does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Liao, those elements, as known to them or as disclosed by other prior art identified in the cover pleading. |