**Ex. 738-7 — Invalidity of 7,560,738 in view of Shimada '896**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '738 patent are invalid as anticipated and/or rendered obvious by JP2002-329896A ("Shimada '896"), a Japanese patent application publication, under 35 U.S.C. §§ 102 or 103. Shimada '896 was filed in Japan on November 7, 2001 and published on November 15, 2002, and therefore qualifies as prior art to the asserted '738 patent at least under one or more provisions of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how Shimada '896 discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims. The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references. Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims. Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference. When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure. Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Certain identified prior art inherently discloses features of the asserted claims. Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff. Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1[pre]. A light-emitting diode array comprising: | Shimada '896 expressly or inherently discloses "a light-emitting diode array". For example:<br><br>Shimada '896 at [Abstract] |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

[Problem] To provide an LED light-emitting device capable of appropriately emitting heat generated from an LED and constantly and stably emitting large amounts of light.

[Resolution Means] A light-emitting diode chip 42 is mounted on a diamond substrate 41. Furthermore, instead of using diamond for the substrate 41, or in addition to a diamond substrate, a similar effect can be achieved by covering the upper portion with a diamond cover 45. Diamond is characterized by its excellent thermal conductivity despite being an electrical insulator. Therefore, even when a large LED chip 42 is mounted or a large number of LED chips 42 are disposed at a high density, heat generated therefrom is quickly dissipated by the substrate 41 or the diamond cover 45 which covers the upper portion, and the temperature of the LED chips 42 does not increase excessively. As a result, the luminous efficiency of the LED chip 42 can be maintained at a favorable level, and deterioration of the LED chip 42 can be prevented over time.

Shimada '896 at FIG. 3(a)



Page 2 of 40

Shimada '896 at FIG. 3(b)

Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(a)



[FIG. 5]

Shimada '896 at FIG. 5(b)

Shimada '896 at FIG. 6(a)

[FIG. 6]



Shimada '896 at FIG. 6(b)



[0001]
The present invention relates to a light-emitting device using a light-emitting diode (LED) chip, and more particularly, to a surface light-emitting device in which a plurality of LED chips are mounted on a substrate.

[0020]
FIG. 3 illustrates a first embodiment of the present invention. An LED surface light-emitting device 30 of the present embodiment has a large number of LED chips 32 arranged two-dimensionally on a diamond substrate 31. Each electrode pad of an adjacent LED chip 32 is connected by a lead wire 33. As illustrated in FIG. 3(b), heat (HEAT) generated by the LED chip 32 is transferred to the diamond substrate 31 via an adhesive layer 34 and emitted externally from a bottom surface or a side surface of the diamond substrate 31. Thus, an excessive rise in temperature of the LED chip 32 is prevented and stable light emission from an LED chip 22 can be maintained, while its deterioration over time is reliably prevented.

| | [0031] |
| --- | --- |
| | In any of the above embodiments, LED surface light-emitting devices 30, 40, 50 include means for dissipating heat emitted by LED chips 32, 42, 52 to the outside, thereby allowing gaps d, d' (FIG. 3(a)) between adjacent LED chips 32, 42, 52 to be narrowed to approximately 0.3 to 1 mm, which is roughly equivalent to the size of the LED chips 32, 42, 52. While such high-density arrays were not possible with conventional single LED units 20 (FIG. 2), the LED light-emitting device according to the present invention enables creation of an extremely high-luminance light source through high-density arrangement of numerous LED chips 32, 42, 52. |
| | To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[a] a substrate; | Shimada '896 expressly or inherently discloses "a substrate." For example: |
| | Shimada '896 at [Abstract] |
| | [Problem] To provide an LED light-emitting device capable of appropriately emitting heat generated from an LED and constantly and stably emitting large amounts of light. |
| | [Resolution Means] A light-emitting diode chip 42 is mounted on a diamond substrate 41. Furthermore, instead of using diamond for the substrate 41, or in addition to a diamond substrate, a similar effect can be achieved by covering the upper portion with a diamond cover 45. Diamond is characterized by its excellent thermal conductivity despite being an electrical insulator. Therefore, even when a large LED chip 42 is mounted or a large number of LED chips 42 are disposed at a high density, heat generated therefrom is quickly dissipated by the substrate 41 or the diamond cover 45 which covers the upper portion, and the temperature of the LED chips 42 does not increase excessively. As a result, the luminous efficiency of the LED chip 42 can be maintained at a favorable level, and deterioration of the LED chip 42 can be prevented over time. |
| | Shimada '896 at FIG. 1 |

[FIG. 1]



Shimada '896 at FIG. 3(a)

[FIG. 3]

Shimada '896 at FIG. 3(b)

Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(a)



Shimada '896 at FIG. 5(b)

Shimada '896 at FIG. 6(a)

[FIG. 6]



Shimada '896 at FIG. 6(b)



[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the $In_xGa_{1-x}N$ active layer (light-emitting layer) 14. In addition, a p-$Al_yGa_{1-y}N$ layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0014]
The LED surface light-emitting device according to the present invention is characterized by mounting the light-emitting diode chip on a diamond substrate to solve the problem described above. Note that the same effect can be obtained by covering the upper portion of the substrate with diamond or diamond-like carbon

instead of using the substrate as diamond or in addition to the diamond substrate.

[0015]
Diamond has a characteristic of having very good thermal conductivity despite being an electrical insulator. Specifically, while the thermal conductivity of sapphire and quartz is 0.1 to 0.2 W/cm·K, and that of SiC, GaN, and AlN is 1.3 to 3 W/cm·K, diamond's thermal conductivity is 20 W/cm·K (all at 298 K), making it one to two orders of magnitude higher. Therefore, even when a large LED chip is mounted or multiple LED chips are arranged at high density, the heat emitted rapidly dissipates by the substrate or the diamond cover covering the upper portion, and the LED chip temperature does not increase excessively. As a result, the luminous efficiency of the LED chip is maintained at a high level, and the deterioration of the LED chip over time can also be prevented.

[0020]
FIG. 3 illustrates a first embodiment of the present invention. An LED surface light-emitting device 30 of the present embodiment has a large number of LED chips 32 arranged two-dimensionally on a diamond substrate 31. Each electrode pad of an adjacent LED chip 32 is connected by a lead wire 33. As illustrated in FIG. 3(b), heat (HEAT) generated by the LED chip 32 is transferred to the diamond substrate 31 via an adhesive layer 34 and emitted externally from a bottom surface or a side surface of the diamond substrate 31. Thus, an excessive rise in temperature of the LED chip 32 is prevented and stable light emission from an LED chip 22 can be maintained, while its deterioration over time is reliably prevented.

[0022]
Furthermore, even when the LED chip 32 uses conductive materials such as SiC (n-type semiconductor) or GaN (n-type semiconductor) instead of sapphire as the substrate 32a, the basic configuration can be the same as described above. In this case, conductive ceramic has much better thermal conductivity than the sapphire, and thus a heat dissipation effect can be further increased, and a mounting density of the LED chip 32 can be increased.

[0028]
As diamond substrates 31, 41, 51 or the diamond cover 45, a single crystal is preferable in terms of thermal conductivity, but a polycrystalline material may be acceptable when cost is a priority. In any case, the thermal conductivity thereof is about 20 W/cm·K, which is one order of magnitude higher than that of conductive ceramics such as SiC, GaN, and AlN. The cover 45 may be diamond-like carbon (DLC).

[0029]
The diamond substrates 31, 41, 51, and the diamond cover 45 can be grown by discharging hydrocarbon gases such as hydrogen and methane at around 800°C using CVD. Note that since a growth temperature for

| | |
|---|---|
| | nitride semiconductor LEDs is approximately 1000°C, production of the diamond cover 45 can be carried out without problems. In the case of the diamond-like carbon (DLC), hydrocarbon gas is introduced into the reaction chamber under normal pressure, and a substrate temperature is maintained at around tens of degrees Celsius to deposit a film via arc discharge. In addition, ion beam deposition may also be used.<br><br>[0030]<br>A fourth embodiment of the present invention is illustrated in FIG. 6. An LED surface light-emitting device 60 of the present embodiment comprises LED chips 61, which utilize conductive substrates such as SiC (n-type semiconductor) or GaN (n-type semiconductor), arranged vertically and horizontally, with diamond substrates 62 sandwiching them above and below. Heat is dissipated from upper and lower diamond substrates 62, and thus a higher heat dissipation effect is obtained. Additionally, wiring 63 may be arranged on surfaces of the upper and lower diamond substrates 62 as illustrated in FIG. 6(b), but to minimize obstruction of light emission from the LED chip 61, it is preferable to make one of them a transparent electrode or to align electrode surfaces in one direction as shown in FIG. 5(b).<br><br>To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[b] an adhesive layer formed on the substrate; | Shimada '896 expressly or inherently discloses "an adhesive layer formed on the substrate." For example:<br><br>Shimada '896 at FIG. 3(a) |

[FIG. 3]



Shimada '896 at FIG. 3(b)

Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(b)



Shimada '896 at FIG. 6(b)



[0020]

FIG. 3 illustrates a first embodiment of the present invention. An LED surface light-emitting device 30 of the present embodiment has a large number of LED chips 32 arranged two-dimensionally on a diamond substrate 31. Each electrode pad of an adjacent LED chip 32 is connected by a lead wire 33. As illustrated in FIG. 3(b), heat (HEAT) generated by the LED chip 32 is transferred to the diamond substrate 31 via an adhesive layer 34 and emitted externally from a bottom surface or a side surface of the diamond substrate 31. Thus, an excessive rise in temperature of the LED chip 32 is prevented and stable light emission from an LED chip 22 can be maintained, while its deterioration over time is reliably prevented.

[0021]
The adhesive layer 34 between the diamond substrate 31 and the LED chip 32 must reliably and highly efficiently transfer heat from the LED chip 32 to the diamond substrate 31. Therefore, it is desirable to use a metal both having good affinity for both diamond and sapphire 32a, which is a substrate of the LED chip 32, and having good thermal conductivity, as the adhesive layer 34. Examples of such metals include indium, gold, tin, and the like. When a metal such as indium is used as the adhesive layer 34, the specific method is as follows. First, a thin (0.1 to several μm) adhesive layer metal is deposited on the diamond substrate 31, and the LED chip 32 is placed thereon and heated to approximately 200°C. As a result, the indium melts, and the diamond substrate 31 and the sapphire substrate 32a of the LED chip 32 are adhered with high thermal conductivity.

[0024]
Heat is emitted in the LED chip 42 mainly from an active layer 42b thereof. Therefore, by covering the entire LED chip 42 with the diamond cover 45 having good thermal conductivity, such as in the present embodiment, heat emitted in the active layer 42b is directly absorbed by the diamond cover 45 and transferred from the diamond cover 45 to the outside, as well as from the diamond cover 45 to the diamond substrate 41 via an adhesive layer 44, and released to the outside. Thus, a higher heat dissipation effect can be obtained, and the LED chip 42 can be mounted at a higher density.

[0026]
A third embodiment of the present invention is illustrated in FIG. 5. An LED surface light-emitting device 50 of the present embodiment is provided with power supply wiring 53 connecting LED chips 52 on a diamond substrate 51. Therefore, as illustrated in FIG. 5(a), the LED chip is mounted on the substrate 51 with an electrode pad 52c on a lower side thereof, contrary to the above embodiment. Furthermore, the same adhesive layer 54 described above is provided between the electrode pad 52c of the LED chip 52 and the power supply wiring 53.

To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been

| | obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[c] a plurality of electrically connected epitaxial light-emitting stack layers disposed on the adhesive layer, | Shimada '896 expressly or inherently discloses "a plurality of electrically connected epitaxial light-emitting stack layers disposed on an adhesive layer." For example:<br><br>Shimada '896 at FIG. 1<br><br>[FIG. 1]<br><br><br><br>Shimada '896 at FIG. 3(a) |

[FIG. 3]



Shimada '896 at FIG. 3(b)

Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(a)

[FIG. 5]



Shimada '896 at FIG. 5(b)



Shimada '896 at FIG. 6(a)

[FIG. 6]

Shimada '896 at FIG. 6(b)

[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the InxGa1-xN active layer (light-emitting layer) 14. In addition, a p-AlyGa1-yN layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0005]
Currently, Gallium nitride-based LED chips are produced by heteroepitaxial growth of a multilayer structure composed of gallium nitride semiconductors onto a substrate with a size of several centimeters to tens of centimeters (several inches) through organometallic vapor deposition or molecular beam epitaxy and are cut into about 0.3 mm pieces after growth, and electrodes are formed in n-type and p-type conductive layers and mounted on the LED chip.

[0020]
FIG. 3 illustrates a first embodiment of the present invention. An LED surface light-emitting device 30 of the present embodiment has a large number of LED chips 32 arranged two-dimensionally on a diamond substrate 31. Each electrode pad of an adjacent LED chip 32 is connected by a lead wire 33. As illustrated in FIG. 3(b), heat (HEAT) generated by the LED chip 32 is transferred to the diamond substrate 31 via an adhesive layer 34 and emitted externally from a bottom surface or a side surface of the diamond substrate 31. Thus, an excessive rise in temperature of the LED chip 32 is prevented and stable light emission from an LED chip 22 can be maintained, while its deterioration over time is reliably prevented.

[0021]
The adhesive layer 34 between the diamond substrate 31 and the LED chip 32 must reliably and highly efficiently transfer heat from the LED chip 32 to the diamond substrate 31. Therefore, it is desirable to use a metal both having good affinity for both diamond and sapphire 32a, which is a substrate of the LED chip 32, and having good thermal conductivity, as the adhesive layer 34. Examples of such metals include indium, gold, tin, and the like. When a metal such as indium is used as the adhesive layer 34, the specific method is as follows. First, a thin (0.1 to several μm) adhesive layer metal is deposited on the diamond substrate 31, and the LED chip 32 is placed thereon and heated to approximately 200°C. As a result, the indium melts, and the diamond substrate 31 and the sapphire substrate 32a of the LED chip 32 are adhered with high thermal conductivity.

| | |
|---|---|
| | [0024]<br>Heat is emitted in the LED chip 42 mainly from an active layer 42b thereof. Therefore, by covering the entire LED chip 42 with the diamond cover 45 having good thermal conductivity, such as in the present embodiment, heat emitted in the active layer 42b is directly absorbed by the diamond cover 45 and transferred from the diamond cover 45 to the outside, as well as from the diamond cover 45 to the diamond substrate 41 via an adhesive layer 44, and released to the outside. Thus, a higher heat dissipation effect can be obtained, and the LED chip 42 can be mounted at a higher density.<br><br>[0026]<br>A third embodiment of the present invention is illustrated in FIG. 5. An LED surface light-emitting device 50 of the present embodiment is provided with power supply wiring 53 connecting LED chips 52 on a diamond substrate 51. Therefore, as illustrated in FIG. 5(a), the LED chip is mounted on the substrate 51 with an electrode pad 52c on a lower side thereof, contrary to the above embodiment. Furthermore, the same adhesive layer 54 described above is provided between the electrode pad 52c of the LED chip 52 and the power supply wiring 53.<br><br><br>To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[d] each of the epitaxial light-emitting stack layers comprising a P-contact and an N-contact, | Shimada '896 expressly or inherently discloses "each of epitaxial light-emitting stack layers comprising a P-contact and an N-contact." For example:<br><br>Shimada '896 at FIG. 1 |

[FIG. 1]



Shimada '896 at FIG. 3(b)



Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(b)



[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the InxGa1-xN active layer (light-emitting layer) 14. In addition, a p-AlyGa1-yN layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0005]
Currently, Gallium nitride-based LED chips are produced by heteroepitaxial growth of a multilayer structure composed of gallium nitride semiconductors onto a substrate with a size of several centimeters to tens of centimeters (several inches) through organometallic vapor deposition or molecular beam epitaxy and are cut into about 0.3 mm pieces after growth, and electrodes are formed in n-type and p-type conductive layers and mounted on the LED chip.

[0020]
FIG. 3 illustrates a first embodiment of the present invention. An LED surface light-emitting device 30 of the present embodiment has a large number of LED chips 32 arranged two-dimensionally on a diamond substrate 31. Each electrode pad of an adjacent LED chip 32 is connected by a lead wire 33. As illustrated in FIG. 3(b), heat (HEAT) generated by the LED chip 32 is transferred to the diamond substrate 31 via an adhesive layer

34 and emitted externally from a bottom surface or a side surface of the diamond substrate 31. Thus, an excessive rise in temperature of the LED chip 32 is prevented and stable light emission from an LED chip 22 can be maintained, while its deterioration over time is reliably prevented.

[0025]
In FIG. 4, a hole is drilled in the diamond cover 45 to directly connect lead wires to electrode pads of each LED chip 42, but it is also possible to place a copper block with high electrical and thermal conductivity on the electrode pads beforehand, cover with the diamond cover 45, drill a hole there, and then connect the lead wires. Alternatively, only the diamond cover 45 on an upper portion of the electrode pad of each LED chip 42 may be made of conductive boron-doped diamond.

[0026]
A third embodiment of the present invention is illustrated in FIG. 5. An LED surface light-emitting device 50 of the present embodiment is provided with power supply wiring 53 connecting LED chips 52 on a diamond substrate 51. Therefore, as illustrated in FIG. 5(a), the LED chip is mounted on the substrate 51 with an electrode pad 52c on a lower side thereof, contrary to the above embodiment. Furthermore, the same adhesive layer 54 described above is provided between the electrode pad 52c of the LED chip 52 and the power supply wiring 53.

To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 1[e] wherein the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer. | Shimada '896 expressly or inherently discloses that "the P-contact and the N-contact are disposed on the same side of the epitaxial light-emitting stack layer." For example:<br><br>Shimada '896 at FIG. 1 |



[FIG. 1]

Shimada '896 at FIG. 3(a)

[FIG. 3]

Shimada '896 at FIG. 3(b)



Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(a)

[FIG. 5]



Shimada '896 at FIG. 5(b)

Shimada '896 at FIG. 6(a)

[FIG. 6]



Shimada '896 at FIG. 6(b)



[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the InxGa1-xN active layer (light-emitting layer) 14. In addition, a p-AlyGa1-yN layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0015]
Diamond has a characteristic of having very good thermal conductivity despite being an electrical insulator. Specifically, while the thermal conductivity of sapphire and quartz is 0.1 to 0.2 W/cm·K, and that of SiC,

GaN, and AlN is 1.3 to 3 W/cm·K, diamond's thermal conductivity is 20 W/cm·K (all at 298 K), making it one to two orders of magnitude higher. Therefore, even when a large LED chip is mounted or multiple LED chips are arranged at high density, the heat emitted rapidly dissipates by the substrate or the diamond cover covering the upper portion, and the LED chip temperature does not increase excessively. As a result, the luminous efficiency of the LED chip is maintained at a high level, and the deterioration of the LED chip over time can also be prevented.

[0026]
A third embodiment of the present invention is illustrated in FIG. 5. An LED surface light-emitting device 50 of the present embodiment is provided with power supply wiring 53 connecting LED chips 52 on a diamond substrate 51. Therefore, as illustrated in FIG. 5(a), the LED chip is mounted on the substrate 51 with an electrode pad 52c on a lower side thereof, contrary to the above embodiment. Furthermore, the same adhesive layer 54 described above is provided between the electrode pad 52c of the LED chip 52 and the power supply wiring 53.

To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts.

| | |
|---|---|
| 2. The light-emitting diode array of claim 1, wherein each of the epitaxial light-emitting stack layers further comprises:<br>a first conductive semiconductor stack layer; a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer. | Shimada '896 expressly or inherently discloses that "each of the epitaxial light-emitting stack layers further comprises a first conductive semiconductor stack layer; a light-emitting layer formed on the first conductive semiconductor stack layer; and a second conductive semiconductor stack layer formed on the light-emitting layer". For example:<br><br>Shimada '896 at FIG. 1 |

[FIG. 1]



Shimada '896 at FIG. 3(b)



Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(b)



[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the InxGa1-xN active layer (light-emitting layer) 14. In addition, a p-AlyGa1-yN layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0005]
Currently, Gallium nitride-based LED chips are produced by heteroepitaxial growth of a multilayer structure composed of gallium nitride semiconductors onto a substrate with a size of several centimeters to tens of centimeters (several inches) through organometallic vapor deposition or molecular beam epitaxy and are cut into about 0.3 mm pieces after growth, and electrodes are formed in n-type and p-type conductive layers and mounted on the LED chip. Luminous efficiency, light emitting wavelength, and other characteristics of each LED chip vary depending on the crystallinity, the compositional unevenness, and the like of the growth layer. Thus, following LED chip production, these characteristics are typically measured, after which the chips are sorted into different grades.

[0024]
Heat is emitted in the LED chip 42 mainly from an active layer 42b thereof. Therefore, by covering the entire LED chip 42 with the diamond cover 45 having good thermal conductivity, such as in the present

| | |
|---|---|
| | embodiment, heat emitted in the active layer 42b is directly absorbed by the diamond cover 45 and transferred from the diamond cover 45 to the outside, as well as from the diamond cover 45 to the diamond substrate 41 via an adhesive layer 44, and released to the outside. Thus, a higher heat dissipation effect can be obtained, and the LED chip 42 can be mounted at a higher density.<br><br>To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3.  The light-emitting diode array of claim 1 further comprising a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other. | Shimada '896 expressly or inherently discloses "a plurality of insulating regions formed between any two adjacent epitaxial light-emitting stack layers for electrically isolating one of these two adjacent epitaxial light-emitting stack layers from the other." For example:<br><br>Shimada '896 at FIG. 3(a)<br><br> |

Shimada '896 at FIG. 3(b)



Shimada '896 at FIG. 4

[FIG. 4]



[0015]
Diamond has a characteristic of having very good thermal conductivity despite being an electrical insulator. Specifically, while the thermal conductivity of sapphire and quartz is 0.1 to 0.2 W/cm·K, and that of SiC, GaN, and AlN is 1.3 to 3 W/cm·K, diamond's thermal conductivity is 20 W/cm·K (all at 298 K), making it one to two orders of magnitude higher. Therefore, even when a large LED chip is mounted or multiple LED chips are arranged at high density, the heat emitted rapidly dissipates by the substrate or the diamond cover covering the upper portion, and the LED chip temperature does not increase excessively. As a result, the luminous efficiency of the LED chip is maintained at a high level, and the deterioration of the LED chip over time can also be prevented.

| | |
|---|---|
| | [0023]<br>A second embodiment of the present invention is illustrated in FIG. 4. An LED surface light-emitting device 40 of the present embodiment has a structure similar to that of the first embodiment, and additionally covers all LED chips 42 mounted on a substrate 41 with a diamond (polycrystalline diamond or diamond-like carbon) cover 45.<br><br>[0024]<br>Heat is emitted in the LED chip 42 mainly from an active layer 42b thereof. Therefore, by covering the entire LED chip 42 with the diamond cover 45 having good thermal conductivity, such as in the present embodiment, heat emitted in the active layer 42b is directly absorbed by the diamond cover 45 and transferred from the diamond cover 45 to the outside, as well as from the diamond cover 45 to the diamond substrate 41 via an adhesive layer 44, and released to the outside. Thus, a higher heat dissipation effect can be obtained, and the LED chip 42 can be mounted at a higher density.<br><br>[0031]<br>In any of the above embodiments, LED surface light-emitting devices 30, 40, 50 include means for dissipating heat emitted by LED chips 32, 42, 52 to the outside, thereby allowing gaps d, d′ (FIG. 3(a)) between adjacent LED chips 32, 42, 52 to be narrowed to approximately 0.3 to 1 mm, which is roughly equivalent to the size of the LED chips 32, 42, 52. While such high-density arrays were not possible with conventional single LED units 20 (FIG. 2), the LED light-emitting device according to the present invention enables creation of an extremely high-luminance light source through high-density arrangement of numerous LED chips 32, 42, 52.<br><br>To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 8.  The light-emitting diode array of claim 1, wherein the substrate comprises at least one material selected from a material group consisting of GaP, GaAs, Si, SiC, $Al_2O_3$, glass, quartz, GaAsP, AlN, metal, and AlGaAs. | Shimada '896 expressly or inherently discloses that "the substrate comprises at least one material selected from" the claimed material group. For example:<br><br>Shimada '896 at FIG. 1 |



[FIG. 1]

Shimada '896 at FIG. 3(a)

[FIG. 3]

Shimada '896 at FIG. 3(b)



Shimada '896 at FIG. 4

[FIG. 4]



Shimada '896 at FIG. 5(a)



[FIG. 5]

Shimada '896 at FIG. 5(b)

Shimada '896 at FIG. 6(a)

[FIG. 6]



Shimada '896 at FIG. 6(b)



[0003]
As illustrated in FIG. 1, the gallium nitride LED chip 10 basically has a structure in which the n-GaN negative electrode layer 13 and the p-GaN positive electrode layer 16 are laminated on a substrate 11 such as sapphire, sandwiching the InxGa1-xN active layer (light-emitting layer) 14. In addition, a p-AlyGa1-yN layer 15 (in which y is typically around 0.2) is often provided between the active layer 14 and the p-GaN layer 16 in order to suppress electron overflow from the n-GaN layer 13. Furthermore, as for sapphire, conductive substrate materials such as SiC (n-type semiconductor) and GaN (n-type semiconductor) may also be used as the substrate 11.

[0014]
The LED surface light-emitting device according to the present invention is characterized by mounting the

light-emitting diode chip on a diamond substrate to solve the problem described above. Note that the same effect can be obtained by covering the upper portion of the substrate with diamond or diamond-like carbon instead of using the substrate as diamond or in addition to the diamond substrate.

[0015]
Diamond has a characteristic of having very good thermal conductivity despite being an electrical insulator. Specifically, while the thermal conductivity of sapphire and quartz is 0.1 to 0.2 W/cm·K, and that of SiC, GaN, and AlN is 1.3 to 3 W/cm·K, diamond's thermal conductivity is 20 W/cm·K (all at 298 K), making it one to two orders of magnitude higher. Therefore, even when a large LED chip is mounted or multiple LED chips are arranged at high density, the heat emitted rapidly dissipates by the substrate or the diamond cover covering the upper portion, and the LED chip temperature does not increase excessively. As a result, the luminous efficiency of the LED chip is maintained at a high level, and the deterioration of the LED chip over time can also be prevented.

[0022]
Furthermore, even when the LED chip 32 uses conductive materials such as SiC (n-type semiconductor) or GaN (n-type semiconductor) instead of sapphire as the substrate 32a, the basic configuration can be the same as described above. In this case, conductive ceramic has much better thermal conductivity than the sapphire, and thus a heat dissipation effect can be further increased, and a mounting density of the LED chip 32 can be increased.

[0028]
As diamond substrates 31, 41, 51 or the diamond cover 45, a single crystal is preferable in terms of thermal conductivity, but a polycrystalline material may be acceptable when cost is a priority. In any case, the thermal conductivity thereof is about 20 W/cm·K, which is one order of magnitude higher than that of conductive ceramics such as SiC, GaN, and AlN. The cover 45 may be diamond-like carbon (DLC).

[0029]
The diamond substrates 31, 41, 51, and the diamond cover 45 can be grown by discharging hydrocarbon gases such as hydrogen and methane at around 800 °C using CVD. Note that since a growth temperature for nitride semiconductor LEDs is approximately 1000 °C, production of the diamond cover 45 can be carried out without problems. In the case of the diamond-like carbon (DLC), hydrocarbon gas is introduced into the reaction chamber under normal pressure, and a substrate temperature is maintained at around tens of degrees Celsius to deposit a film via arc discharge. In addition, ion beam deposition may also be used.

[0030]
A fourth embodiment of the present invention is illustrated in FIG. 6. An LED surface light-emitting device

| | 60 of the present embodiment comprises LED chips 61, which utilize conductive substrates such as SiC (n-type semiconductor) or GaN (n-type semiconductor), arranged vertically and horizontally, with diamond substrates 62 sandwiching them above and below. Heat is dissipated from upper and lower diamond substrates 62, and thus a higher heat dissipation effect is obtained. Additionally, wiring 63 may be arranged on surfaces of the upper and lower diamond substrates 62 as illustrated in FIG. 6(b), but to minimize obstruction of light emission from the LED chip 61, it is preferable to make one of them a transparent electrode or to align electrode surfaces in one direction as shown in FIG. 5(b). |
|---|---|
| | To the extent that Shimada '896 does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of Shimada '896, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |