**Ex. 881–3 — Invalidity of 8,240,881 in view of DenBaars**

This chart is subject to all reservations, objections, and disclaimers in Defendant's Invalidity Contentions and any amendment, supplement, or modification thereof, which are incorporated herein by reference in their entirety.

Defendant hereby contends that the asserted claims of the '881 patent are invalid as anticipated and/or rendered obvious by U.S. Patent No. 7,781,789 ("DenBaars") under 35 U.S.C. §§ 102 or 103. DenBaars was filed November 15, 2007, published on June 5, 2008, and claims priority to U.S. Provisional Application No. 60/866,023, filed November 15, 2006, and therefore qualifies as prior art to the asserted '881 patent at least under one or more provisions of pre–AIA 35 U.S.C. § 102.[1]

The chart below discloses how DenBaars discloses each limitation of the asserted claims, either expressly or inherently, and/or renders obvious each of the asserted claims.  The citations provided are exemplary and do not necessarily include each and every disclosure of the limitation in the references.  Defendant has endeavored to cite to the most relevant portions of the identified prior art, but other portions of the identified prior art may additionally disclose, either expressly or inherently, and/or render obvious one or more limitations of the asserted claims.  Thus, Defendant reserves the right to rely on: (1) uncited portions of the identified prior art; (2) other prior art not identified herein; (3) references that show the state of the art (irrespective of whether such references themselves qualify as prior art to the asserted patents); (4) factual testimony from the inventors or authors of the prior art references, or purveyors of prior art devices; and/or (5) expert testimony, to provide context to or aid in understanding the prior art and the state of the art at the time of the alleged inventions. The lack of a citation for an element should not be deemed an admission that the element is not disclosed or is not inherent in the reference.  When the chart indicates a particular reference discloses or embodies a limitation, the terms "discloses," "disclosed," "embodies," and "embodied" refer to explicit and/or inherent disclosure and/or obvious variations of the actual disclosure.  Further, for each claim limitation that Defendant contends is indefinite, if any, Defendant has used their best efforts to reasonably interpret the claims to fulfill their duties in charting the prior art references. Where Defendant cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure.  Similarly, where Defendant cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well.  Certain identified prior art inherently discloses features of the asserted claims.  Defendant reserves the right to rely on inherency to demonstrate the invalidity of the asserted claims. Moreover, certain prior art references may inherently disclose certain features of the asserted claims as construed by Plaintiff.  Defendant may rely on cited or uncited portions of the prior art, other documents, factual testimony, and expert testimony to establish the inherency of certain features of the prior art to invalidate the asserted claims.

| Claims | Prior Art |
|---|---|
| 1[pre] A light-emitting device package comprising: | DenBaars expressly or inherently discloses "a light-emitting device package." For example:<br><br>**Abstract**<br>An (Al, Ga, In)N light emitting diode (LED) in which multi-directional light can be extracted from one or more surfaces of the LED before entering a shaped optical element and subsequently being extracted to air. In |

---

[1] Here, Defendant applies the alleged priority date Plaintiff asserted in its infringement contentions. This is not intended to be, nor should it be construed as, an admission that Plaintiff's alleged priority date is correct. Defendant reserves all rights to dispute that alleged priority date.

particular, the (Al, Ga, In)N and transparent contact layers (such as ITO or ZnO) are embedded in or combined with a shaped optical element, which may be an epoxy, glass, silicon or other material molded into a sphere or inverted cone shape, wherein most of the light entering the inverted cone shape lies within a critical angle and is extracted. The present invention also minimizes internal reflections within the LED by eliminating mirrors and/or mirrored surfaces, in order to minimize re-absorption of the LED's light by the emitting layer (or the active layer) of the LED. To assist in minimizing internal reflections, transparent electrodes, such as ITO or ZnO, may be used. Surface roughening by patterning or anisotropically etching (i.e., creating microcones) may also assist in light extraction, as well as minimizing internal reflections.



FIG. 4A



FIG. 4B



FIG. 5

FIG. 6



FIG. 7A

FIG. 7B

FIG. 8

FIG. 9A

FIG. 9B



FIG. 10

FIG. 11A

FIG. 11B



FIG. 12

FIG. 13



FIG. 14A

FIG. 14B

FIG. 15



FIG. 16

FIG. 17A

FIG. 17B



FIG. 18B          FIG. 18A

FIG. 19B          FIG. 19A



FIG. 20B

FIG. 20A

FIG. 21A

FIG. 21B



FIG. 22B

FIG. 22A

FIG. 23B

FIG. 23A

FIG. 24B

FIG. 24A



FIG. 25B          FIG. 25A

**5:15-49**

The present invention describes an (Al, Ga, In)N light emitting diode (LED) in which multi-directional light can be extracted from one or more surfaces of the LED. Moreover, light may be extracted from multiple sides of the LED, namely the top (front) and bottom (back) sides of the LED.

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, inverted cone or other shape.

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

The LED may reside on a transparent plate in a lead frame that allows the light to be extracted from multiple sides of the LED.

All layers of the LED may be transparent for an emission wavelength, except for an emitting layer. The present invention also minimizes internal reflections within the LED by eliminating mirrors and/or mirrored surfaces, in order to minimize re-absorption of the LED's light by the emitting layer (or the active layer) of the LED.

To assist in minimizing internal reflections, the LED may include one or more transparent contact layers, wherein the transparent contact layer is shaped, patterned, textured or roughened to increase the light extraction. Moreover, a current spreading layer may be deposited on the LED before the transparent contact layer. Further, the LED may include a transparent substrate, wherein the transparent substrate is shaped, patterned, textured or roughened to increase the light extraction.

**7:15-42**
FIGS. 4-25 are schematic illustrations of improved LED structures according to the preferred embodiments of the present invention. In these figures, a number of different opto-electronic devices are shown, each comprising an LED that emits light from multiple sides of the LED, e.g., the light is emitted from front and back sides of the LED.

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, or inverted cone or other shape.

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

The LED may reside on a transparent plate in a lead frame that allows the light to be extracted from multiple sides of the LED.

All layers of the LED may be transparent for an emission wavelength, except for an emitting layer. In addition, the LED may include one or more transparent contact layers, wherein the transparent contact layer is shaped, patterned, textured or roughened to increase the light extraction. Moreover, a current spreading layer may be deposited on the LED before the transparent contact layer. Further, the LED may include a transparent substrate, wherein the transparent substrate is shaped, patterned, textured or roughened to increase the light extraction.

**13:59-67**
Without any intentional mirrors attached to LED chip (where a mirror coated on the lead frame is also considered an intentional mirror), the re-absorption of LED light is minimized and the light extraction efficiency is increased dramatically. Then, the light output power of the LEDs is increased dramatically.

The combination of a transparent oxide electrode with a surface roughened nitride LED and shaped optical element acting as a lens results in high light extraction.

**14:21-26**
The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.

To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been

| | obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[a] a carrier having a platform; and | DenBaars expressly or inherently discloses "a carrier having a platform." For example: FIG. 4A FIG. 4B |



FIG. 7A

FIG. 7B

FIG. 8

FIG. 9A

FIG. 9B



FIG. 10

FIG. 11A

FIG. 11B



FIG. 12

FIG. 13



FIG. 14A

FIG. 14B

FIG. 15



FIG. 16

FIG. 17A

FIG. 17B



FIG. 18B          FIG. 18A

FIG. 19B          FIG. 19A



FIG. 20B

FIG. 20A

FIG. 21A

FIG. 21B



FIG. 24B          FIG. 24A



FIG. 25B          FIG. 25A

**7:45-53**

FIG. 4A is a schematic illustrating an LED comprising an emitting layer 400, an n-type GaN layer 402, a p-type GaN layer 404, an ITO layer 406, and a second ITO layer 408 on glass 410. The GaN of the LED has a roughened cone shaped surface 412 and the glass 410 has a roughened cone shaped surfaces 414. The LED is attached and wire bonded 416 to a lead frame 418 via the LED's bonding pads 420, 422.

FIG. 4B shows a top view of the lead frame 418 and glass 410.

**7:63-8:9**

The LED is placed on a lead frame 418, which works to remove heat from the LED. Wire bonding 416 is performed between the bonding pads 420, 422 of the LED and the lead frame 418 to flow a electric current through the lead frame 418.

There are no intentional mirrors at the front or back sides of the LED. Instead, the lead frame 418 is designed to effectively extract light 424 from both sides of the LED, because the frame 418 does not obstruct the surfaces 412 and 414, i.e., the back side 426 of the LED as well as the front side 428 of the LED. The LED emits light 426 which is extracted 424 by the surfaces 412, 414. FIG. 4B shows that the frame 418 supports the LED at the edges of the glass 410 leaving the emitting surface of the glass 410 and LED unobstructed.

**8:54-65**

FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:18-26**

FIG. 8 is a schematic illustration of an LED comprising an emitting layer 800 (InGaN multi quantum wells), an n-type GaN layer 802, a p-type GaN layer 804, an ITO layer 806, roughened ITO surface 808, a bonding pad 810, an ohmic contact/bonding pad 812, roughened GaN surface 814, and an epoxy layer 816 on the roughened ITO surface 808. The LED is embedded in an epoxy molding 818 having a spherical shape, whose outer surface has a remote roughened phosphors layer 820.

**9:31-42**

FIG. 9A is a schematic illustration of an LED comprising an emitting layer 900 (InGaN multi quantum wells), an n-type GaN layer 902, a p-type GaN layer 904, an ITO layer 906, bonding pad 908, an ohmic contact/bonding pad 910, roughened ITO surfaces 912, roughened GaN surface 914, and an epoxy layer 916 on the roughened ITO surface 912. The LED is embedded in an epoxy molding 918 having a spherical shape, whose outer surface has a remote roughened phosphors layer 920. The LED also includes a current spreading

layer 922 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and gold wire bonded 924 to a lead frame 926.

**9:48-60**
FIG. 9B shows a top view of the lead frame 926.

FIG. 10 is a schematic illustration of an LED comprising an emitting layer 1000 (InGaN multi quantum wells), an n-type GaN layer 1002, a p-type GaN layer 1004, an ITO layer 1006, bonding pad 1008, an ohmic contact/bonding pad 1010, roughened ITO surface 1012, roughened GaN surface 1014, and an epoxy layer 1016 on the roughened ITO surface 1012. The LED is embedded in an epoxy molding 1018 having a spherical shape, whose outer surface has a remote roughened phosphors layer 1020. The LED also includes a current spreading layer 1022 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and wire bonded 1024 to a lead frame 1026.

**9:66-10:6**
FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding 1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122. The LED has bonding pads 1124, 1126.

**10:34-42**
FIG. 11B shows a top view of the lead frame 1112.

FIG. 12 is a schematic illustration of an LED comprising an emitting layer 1200, an n-GaN layer 1202, p-GaN layer 1204, ITO or ZnO layer, 1206, and a sapphire substrate or patterned sapphire substrate 1208. The LED is attached and wire bonded 1210 to a lead frame 1212 and combined with in an epoxy or glass molding 1214, 1216 on the front 1218 and back sides 1220 of the LED. The emitting layer 1200 emits LED light 1222. The LED has bonding pads 1224, 1226.

**10:46-52**
FIG. 13 is a schematic illustration of an LED 1300 comprising an emitting layer 1302 and a sapphire substrate or patterned sapphire substrate 1304. The LED 1300 is attached and wire bonded 1306 to a lead frame 1308 and combined with in an epoxy or glass molding 1310, 1312 on the front 1314 and back sides 1316 of the LED 1300. The emitting layer 1302 emits LED light 1318.

**10:62-11:4**

FIG. 14A is a schematic illustration of an LED 1400 comprising an emitting layer 1402, an n-GaN layer 1404, p-GaN layer 1406, ITO or ZnO layer 1408, and a sapphire substrate or patterned sapphire substrate 1410. The LED 1400 is attached and wire bonded 1412 to a lead frame 1414 and combined with in an epoxy or glass molding 1416, 1418 on the front 1420 and back sides 1422 of the LED 1400. The emitting layer 1402 emits light 1424.

FIG. 14B is a schematic illustration showing the top view of the lead frame 1414.

**11:18-26**

FIG. 15 is a schematic illustration of an LED comprising an emitting layer 1500, an n-GaN layer 1502, p-GaN layer 1504, ITO or ZnO layer 1506, and a sapphire substrate or patterned sapphire substrate 1508. The LED is attached and wire bonded 1510 to a lead frame 1512 and combined with in an epoxy or glass molding 1514, 1516 on the front 1518 and back sides 1520 of the LED. The emitting layer 1500 emits LED light 1522. A mirror 1524 is placed inside the molding 1516 to increase the light output to the front side 1526 of the device.

**11:29-37**

FIG. 16 is a schematic illustration of an LED 1600 comprising an emitting layer 1602 and a sapphire substrate or patterned sapphire substrate 1604. The LED 1600 is attached and wire bonded 1606 to a lead frame 1608 and combined with in an epoxy or glass molding 1610, 1612 on the front 1614 and back sides 1616 of the LED 1600. The emitting layer 1602 emits light 1618. A mirror 1620 is placed inside the molding 1612 to increase the light output to the front side 1620 of the device.

**11:46-54**

FIG. 17A is a schematic illustration of an LED 1700 comprising an emitting layer 1702 and a sapphire substrate or patterned sapphire substrate 1704. The LED is attached and wire bonded 1706 to a lead frame 1708 and embedded in an epoxy or glass molding 1710. The emitting layer 1700 emits LED light 1712. Mirrors 1714 are placed inside the molding 1710 to increase the light output to the front side 1716 of the device by reflecting the light 1710 to form reflected light 1720 away from the backside 1718 of the device.

**11:60-12:5**

FIG. 17B is an illustration showing the top view of the lead frame 1708.

FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

FIG. 18B is an illustration showing the top view of the lead frame 1808.

**12:20-27**

FIG. 19A is a schematic illustration of an LED comprising an emitting layer 1900 and a sapphire substrate or patterned sapphire substrate 1902. The LED is attached and wire bonded 1904 to a lead frame 1906 and embedded in an epoxy or glass molding 1908. The emitting layer 1900 emits light 1910. Mirrors 1912 increase the light output to the front side 1914 of the device by reflecting LED light 1910 to form reflected light 1916 (away from the backside 1918).

FIG. 19B is a top view of the lead frame 1906.

**12:32-40**

FIG. 20A is a schematic illustration of an LED 2000 comprising an emitting layer 2002 and a sapphire substrate or patterned sapphire substrate 2004. The LED 2000 is attached and wire bonded 2006 to a lead frame 2008 and embedded in an epoxy or glass molding 2010. The emitting layer 2002 emits light 2012. Mirrors 2014 increase the light output to the front side 2016 of the device by reflecting LED light 2012 to form reflected LED light 2018 (away from the backside 2020).

**12:50-12:64**

FIG. 20B shows a top view of the lead frame 2008.

FIG. 21A is a schematic illustration of an LED comprising an emitting layer 2102 and a sapphire substrate or patterned sapphire substrate 2104. The LED is attached and wire bonded 2106 to a lead frame 2108 and combined with in an epoxy or glass molding 2110, 2112 on the front 2114 and back sides 2116 of the LED. The emitting layer 2102 emits LED light 2118.

In FIG. 21A, a lead frame 2108 is used where the LED is placed on a transparent plate 2120, such as glass, quartz, sapphire, diamond or other transparent materials for the emission wavelength, using a

| | |
|---|---|
| | transparent/clear epoxy 2122 as a die-bonding material. The transparent glass plate 2120 effectively extracts the LED light 2118 to the epoxy molding 2110. |
| | FIG. 21B shows a top view of the lead frame 2108. |
| | **13:16-28**<br>FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO). |
| | FIG. 24B shows a top view of the lead frame 2408 and inverted cone made of glass 2414. |
| | **13:34-43**<br>FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516. |
| | **14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. |
| | To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[b] a light-emitting device comprising: | DenBaars expressly or inherently discloses "a light-emitting device." For example: |

*See* claim 1[pre].



FIG. 4A

FIG. 4B



FIG. 5

FIG. 6



FIG. 7A

FIG. 7B

FIG. 8

FIG. 9A

FIG. 9B



FIG. 10

FIG. 11A

FIG. 11B



FIG. 12

FIG. 13



FIG. 14A

FIG. 14B

FIG. 15



FIG. 16

FIG. 17A

FIG. 17B



FIG. 18B          FIG. 18A

FIG. 19B          FIG. 19A



FIG. 20B

FIG. 20A

FIG. 21A

FIG. 21B



FIG. 22B

FIG. 22A

FIG. 23B

FIG. 23A

FIG. 24B

FIG. 24A



FIG. 25B                FIG. 25A

**5:15-49**

The present invention describes an (Al, Ga, In)N light emitting diode (LED) in which multi-directional light can be extracted from one or more surfaces of the LED. Moreover, light may be extracted from multiple sides of the LED, namely the top (front) and bottom (back) sides of the LED.

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, inverted cone or other shape.

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

The LED may reside on a transparent plate in a lead frame that allows the light to be extracted from multiple sides of the LED.

All layers of the LED may be transparent for an emission wavelength, except for an emitting layer. The present invention also minimizes internal reflections within the LED by eliminating mirrors and/or mirrored surfaces, in order to minimize re-absorption of the LED's light by the emitting layer (or the active layer) of the LED.

To assist in minimizing internal reflections, the LED may include one or more transparent contact layers, wherein the transparent contact layer is shaped, patterned, textured or roughened to increase the light extraction. Moreover, a current spreading layer may be deposited on the LED before the transparent contact layer. Further, the LED may include a transparent substrate, wherein the transparent substrate is shaped, patterned, textured or roughened to increase the light extraction.

**7:15-42**

FIGS. 4-25 are schematic illustrations of improved LED structures according to the preferred embodiments of the present invention. In these figures, a number of different opto-electronic devices are shown, each comprising an LED that emits light from multiple sides of the LED, e.g., the light is emitted from front and back sides of the LED.

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, or inverted cone or other shape.

**7:45-53**

FIG. 4A is a schematic illustrating an LED comprising an emitting layer 400, an n-type GaN layer 402, a p-type GaN layer 404, an ITO layer 406, and a second ITO layer 408 on glass 410. The GaN of the LED has a roughened cone shaped surface 412 and the glass 410 has a roughened cone shaped surfaces 414. The LED is attached and wire bonded 416 to a lead frame 418 via the LED's bonding pads 420, 422.

FIG. 4B shows a top view of the lead frame 418 and glass 410.

**7:63-8:9**

The LED is placed on a lead frame 418, which works to remove heat from the LED. Wire bonding 416 is performed between the bonding pads 420, 422 of the LED and the lead frame 418 to flow a electric current through the lead frame 418.

There are no intentional mirrors at the front or back sides of the LED. Instead, the lead frame 418 is designed to effectively extract light 424 from both sides of the LED, because the frame 418 does not obstruct the surfaces 412 and 414, i.e., the back side 426 of the LED as well as the front side 428 of the LED. The LED emits light 426 which is extracted 424 by the surfaces 412, 414. FIG. 4B shows that the frame 418 supports the LED at the edges of the glass 410 leaving the emitting surface of the glass 410 and LED unobstructed.

**8:54-65**

FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:18-26**

FIG. 8 is a schematic illustration of an LED comprising an emitting layer 800 (InGaN multi quantum wells), an n-type GaN layer 802, a p-type GaN layer 804, an ITO layer 806, roughened ITO surface 808, a bonding pad 810, an ohmic contact/bonding pad 812, roughened GaN surface 814, and an epoxy layer 816 on the roughened ITO surface 808. The LED is embedded in an epoxy molding 818 having a spherical shape, whose outer surface has a remote roughened phosphors layer 820.

**9:31-42**

FIG. 9A is a schematic illustration of an LED comprising an emitting layer 900 (InGaN multi quantum wells), an n-type GaN layer 902, a p-type GaN layer 904, an ITO layer 906, bonding pad 908, an ohmic contact/bonding pad 910, roughened ITO surfaces 912, roughened GaN surface 914, and an epoxy layer 916 on the roughened ITO surface 912. The LED is embedded in an epoxy molding 918 having a spherical shape, whose outer surface has a remote roughened phosphors layer 920. The LED also includes a current spreading layer 922 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and gold wire bonded 924 to a lead frame 926.

**9:48-60**

FIG. 9B shows a top view of the lead frame 926.

FIG. 10 is a schematic illustration of an LED comprising an emitting layer 1000 (InGaN multi quantum wells), an n-type GaN layer 1002, a p-type GaN layer 1004, an ITO layer 1006, bonding pad 1008, an ohmic contact/bonding pad 1010, roughened ITO surface 1012, roughened GaN surface 1014, and an epoxy layer 1016 on the roughened ITO surface 1012. The LED is embedded in an epoxy molding 1018 having a spherical shape, whose outer surface has a remote roughened phosphors layer 1020. The LED also includes a current spreading layer 1022 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and wire bonded 1024 to a lead frame 1026.

**9:66-10:6**

FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding 1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122. The LED has bonding pads 1124, 1126.

**10:34-42**

FIG. 11B shows a top view of the lead frame 1112.

FIG. 12 is a schematic illustration of an LED comprising an emitting layer 1200, an n-GaN layer 1202, p-GaN layer 1204, ITO or ZnO layer, 1206, and a sapphire substrate or patterned sapphire substrate 1208. The LED is attached and wire bonded 1210 to a lead frame 1212 and combined with in an epoxy or glass molding 1214, 1216 on the front 1218 and back sides 1220 of the LED. The emitting layer 1200 emits LED light 1222. The LED has bonding pads 1224, 1226.

**10:46-52**

FIG. 13 is a schematic illustration of an LED 1300 comprising an emitting layer 1302 and a sapphire substrate or patterned sapphire substrate 1304. The LED 1300 is attached and wire bonded 1306 to a lead frame 1308 and combined with in an epoxy or glass molding 1310, 1312 on the front 1314 and back sides 1316 of the LED 1300. The emitting layer 1302 emits LED light 1318.

**10:62-11:4**

FIG. 14A is a schematic illustration of an LED 1400 comprising an emitting layer 1402, an n-GaN layer 1404, p-GaN layer 1406, ITO or ZnO layer 1408, and a sapphire substrate or patterned sapphire substrate 1410. The LED 1400 is attached and wire bonded 1412 to a lead frame 1414 and combined with in an epoxy or glass molding 1416, 1418 on the front 1420 and back sides 1422 of the LED 1400. The emitting layer 1402 emits light 1424.

FIG. 14B is a schematic illustration showing the top view of the lead frame 1414.

**11:18-26**

FIG. 15 is a schematic illustration of an LED comprising an emitting layer 1500, an n-GaN layer 1502, p-GaN layer 1504, ITO or ZnO layer 1506, and a sapphire substrate or patterned sapphire substrate 1508. The LED is attached and wire bonded 1510 to a lead frame 1512 and combined with in an epoxy or glass molding 1514, 1516 on the front 1518 and back sides 1520 of the LED. The emitting layer 1500 emits LED light 1522. A mirror 1524 is placed inside the molding 1516 to increase the light output to the front side 1526 of the device.

**11:29-37**
FIG. 16 is a schematic illustration of an LED 1600 comprising an emitting layer 1602 and a sapphire substrate or patterned sapphire substrate 1604. The LED 1600 is attached and wire bonded 1606 to a lead frame 1608 and combined with in an epoxy or glass molding 1610, 1612 on the front 1614 and back sides 1616 of the LED 1600. The emitting layer 1602 emits light 1618. A mirror 1620 is placed inside the molding 1612 to increase the light output to the front side 1620 of the device.

**11:46-54**
FIG. 17A is a schematic illustration of an LED 1700 comprising an emitting layer 1702 and a sapphire substrate or patterned sapphire substrate 1704. The LED is attached and wire bonded 1706 to a lead frame 1708 and embedded in an epoxy or glass molding 1710. The emitting layer 1700 emits LED light 1712. Mirrors 1714 are placed inside the molding 1710 to increase the light output to the front side 1716 of the device by reflecting the light 1710 to form reflected light 1720 away from the backside 1718 of the device.

**11:60-12:5**
FIG. 17B is an illustration showing the top view of the lead frame 1708.

FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

FIG. 18B is an illustration showing the top view of the lead frame 1808.

**12:20-27**
FIG. 19A is a schematic illustration of an LED comprising an emitting layer 1900 and a sapphire substrate or patterned sapphire substrate 1902. The LED is attached and wire bonded 1904 to a lead frame 1906 and embedded in an epoxy or glass molding 1908. The emitting layer 1900 emits light 1910. Mirrors 1912 increase the light output to the front side 1914 of the device by reflecting LED light 1910 to form reflected light 1916 (away from the backside 1918).

FIG. 19B is a top view of the lead frame 1906.

**12:32-40**

FIG. 20A is a schematic illustration of an LED 2000 comprising an emitting layer 2002 and a sapphire substrate or patterned sapphire substrate 2004. The LED 2000 is attached and wire bonded 2006 to a lead frame 2008 and embedded in an epoxy or glass molding 2010. The emitting layer 2002 emits light 2012. Mirrors 2014 increase the light output to the front side 2016 of the device by reflecting LED light 2012 to form reflected LED light 2018 (away from the backside 2020).

**12:50-12:64**

FIG. 20B shows a top view of the lead frame 2008.

FIG. 21A is a schematic illustration of an LED comprising an emitting layer 2102 and a sapphire substrate or patterned sapphire substrate 2104. The LED is attached and wire bonded 2106 to a lead frame 2108 and combined with in an epoxy or glass molding 2110, 2112 on the front 2114 and back sides 2116 of the LED. The emitting layer 2102 emits LED light 2118.

In FIG. 21A, a lead frame 2108 is used where the LED is placed on a transparent plate 2120, such as glass, quartz, sapphire, diamond or other transparent materials for the emission wavelength, using a transparent/clear epoxy 2122 as a die-bonding material. The transparent glass plate 2120 effectively extracts the LED light 2118 to the epoxy molding 2110.

FIG. 21B shows a top view of the lead frame 2108.

**13:16-28**

FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).

FIG. 24B shows a top view of the lead frame 2408 and inverted cone made of glass 2414.

13:34-43

FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on

| | |
|---|---|
| | a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516. |
| | **13:59-67**<br>Without any intentional mirrors attached to LED chip (where a mirror coated on the lead frame is also considered an intentional mirror), the re-absorption of LED light is minimized and the light extraction efficiency is increased dramatically. Then, the light output power of the LEDs is increased dramatically.<br><br>The combination of a transparent oxide electrode with a surface roughened nitride LED and shaped optical element acting as a lens results in high light extraction. |
| | **14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[c] a transparent substrate having a first surface and a second surface; and | DenBaars expressly or inherently discloses "a transparent substrate having a first surface and a second surface." For example: |



FIG. 4A

FIG. 4B

FIG. 7A

FIG. 7B



FIG. 11A

FIG. 11B

FIG. 12



FIG. 13

FIG. 14A

FIG. 14B



FIG. 15

FIG. 16



FIG. 17B

FIG. 17A

FIG. 18B          FIG. 18A



FIG. 19B        FIG. 19A

FIG. 20B        FIG. 20A



FIG. 21A

FIG. 21B

FIG. 22B

FIG. 22A



FIG. 23B

FIG. 23A

FIG. 24B          FIG. 24A

FIG. 25B          FIG. 25A

**5:46-49**

Further, the LED may include a transparent substrate, wherein the transparent substrate is shaped, patterned, textured or roughened to increase the light extraction.

**6:16-26**

In the following description of the figures, the details of the LEDs structure are not shown. Only the emitting layer (usually AlInGaN MQW), p-type GaN, n-GaN and sapphire substrate are shown. Of course, there may be other layers in the LED structure, such as a p-AlGaN electron blocking layer, InGaN/GaN super lattices and others. In this invention, the most important aspects are the surfaces of the LED structure, because the light extraction efficiency is determined mainly by the surface layer or condition of the epitaxial wafers. Consequently, only some aspects (the surface layers) of the LED are shown in all of the figures.

**7:45-53**

FIG. 4A is a schematic illustrating an LED comprising an emitting layer 400, an n-type GaN layer 402, a p-type GaN layer 404, an ITO layer 406, and a second ITO layer 408 on glass 410. The GaN of the LED has a roughened cone shaped surface 412 and the glass 410 has a roughened cone shaped surfaces 414. The LED is attached and wire bonded 416 to a lead frame 418 via the LED's bonding pads 420, 422.

FIG. 4B shows a top view of the lead frame 418 and glass 410.

**8:54-65**

FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:66-10:6**

FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding

1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122. The LED has bonding pads 1124, 1126.

**10:35-42**

FIG. 12 is a schematic illustration of an LED comprising an emitting layer 1200, an n-GaN layer 1202, p-GaN layer 1204, ITO or ZnO layer, 1206, and a sapphire substrate or patterned sapphire substrate 1208. The LED is attached and wire bonded 1210 to a lead frame 1212 and combined with in an epoxy or glass molding 1214, 1216 on the front 1218 and back sides 1220 of the LED. The emitting layer 1200 emits LED light 1222. The LED has bonding pads 1224, 1226.

**10:46-52**

FIG. 13 is a schematic illustration of an LED 1300 comprising an emitting layer 1302 and a sapphire substrate or patterned sapphire substrate 1304. The LED 1300 is attached and wire bonded 1306 to a lead frame 1308 and combined with in an epoxy or glass molding 1310, 1312 on the front 1314 and back sides 1316 of the LED 1300. The emitting layer 1302 emits LED light 1318.

**10:62-11:2**

FIG. 14A is a schematic illustration of an LED 1400 comprising an emitting layer 1402, an n-GaN layer 1404, p-GaN layer 1406, ITO or ZnO layer 1408, and a sapphire substrate or patterned sapphire substrate 1410. The LED 1400 is attached and wire bonded 1412 to a lead frame 1414 and combined with in an epoxy or glass molding 1416, 1418 on the front 1420 and back sides 1422 of the LED 1400. The emitting layer 1402 emits light 1424.

**11:18-26**

FIG. 15 is a schematic illustration of an LED comprising an emitting layer 1500, an n-GaN layer 1502, p-GaN layer 1504, ITO or ZnO layer 1506, and a sapphire substrate or patterned sapphire substrate 1508. The LED is attached and wire bonded 1510 to a lead frame 1512 and combined with in an epoxy or glass molding 1514, 1516 on the front 1518 and back sides 1520 of the LED. The emitting layer 1500 emits LED light 1522. A mirror 1524 is placed inside the molding 1516 to increase the light output to the front side 1526 of the device.

**11:29-37**

FIG. 16 is a schematic illustration of an LED 1600 comprising an emitting layer 1602 and a sapphire substrate or patterned sapphire substrate 1604. The LED 1600 is attached and wire bonded 1606 to a lead frame 1608 and combined with in an epoxy or glass molding 1610, 1612 on the front 1614 and back

sides 1616 of the LED 1600. The emitting layer 1602 emits light 1618. A mirror 1620 is placed inside the molding 1612 to increase the light output to the front side 1620 of the device.

**11:46-54**

FIG. 17A is a schematic illustration of an LED 1700 comprising an emitting layer 1702 and a sapphire substrate or patterned sapphire substrate 1704. The LED is attached and wire bonded 1706 to a lead frame 1708 and embedded in an epoxy or glass molding 1710. The emitting layer 1700 emits LED light 1712. Mirrors 1714 are placed inside the molding 1710 to increase the light output to the front side 1716 of the device by reflecting the light 1710 to form reflected light 1720 away from the backside 1718 of the device.

**11:62-12:3**

FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

**12:20-26**

FIG. 19A is a schematic illustration of an LED comprising an emitting layer 1900 and a sapphire substrate or patterned sapphire substrate 1902. The LED is attached and wire bonded 1904 to a lead frame 1906 and embedded in an epoxy or glass molding 1908. The emitting layer 1900 emits light 1910. Mirrors 1912 increase the light output to the front side 1914 of the device by reflecting LED light 1910 to form reflected light 1916 (away from the backside 1918).

**12:32-40**

FIG. 20A is a schematic illustration of an LED 2000 comprising an emitting layer 2002 and a sapphire substrate or patterned sapphire substrate 2004. The LED 2000 is attached and wire bonded 2006 to a lead frame 2008 and embedded in an epoxy or glass molding 2010. The emitting layer 2002 emits light 2012. Mirrors 2014 increase the light output to the front side 2016 of the device by reflecting LED light 2012 to form reflected LED light 2018 (away from the backside 2020).

**12:51-12:63**

FIG. 21A is a schematic illustration of an LED comprising an emitting layer 2102 and a sapphire substrate or patterned sapphire substrate 2104. The LED is attached and wire bonded 2106 to a lead frame 2108 and

combined with in an epoxy or glass molding 2110, 2112 on the front 2114 and back sides 2116 of the LED. The emitting layer 2102 emits LED light 2118.

In FIG. 21A, a lead frame 2108 is used where the LED is placed on a transparent plate 2120, such as glass, quartz, sapphire, diamond or other transparent materials for the emission wavelength, using a transparent/clear epoxy 2122 as a die-bonding material. The transparent glass plate 2120 effectively extracts the LED light 2118 to the epoxy molding 2110.

**13:16-26**
FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).

**13:34-43**
FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.

**14:21-26**
The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.

Claim 7
7. The opto-electronic device of claim 1, wherein the LED includes a transparent substrate.

Claim 8
8. The opto-electronic device of claim 7, wherein the transparent substrate is electrically conductive.

| | To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 1[d] a light-emitting structure formed on the first surface of the transparent substrate, | DenBaars expressly or inherently discloses "a light-emitting structure formed on the first surface of the transparent substrate." For example: <br><br>FIG. 4A<br><br>FIG. 4B |



FIG. 5

FIG. 6



FIG. 7A

FIG. 7B

FIG. 8

FIG. 9A

FIG. 9B



FIG. 10

FIG. 11A

FIG. 11B



FIG. 12

FIG. 13



FIG. 14A

FIG. 14B

FIG. 15



FIG. 16

FIG. 17A

FIG. 17B



FIG. 18B    FIG. 18A

FIG. 19B    FIG. 19A



FIG. 20B          FIG. 20A

FIG. 21A

FIG. 21B



FIG. 22B

FIG. 22A

FIG. 23B

FIG. 23A

FIG. 24B

FIG. 24A

FIG. 25B          FIG. 25A

**7:45-59**

FIG. 4A is a schematic illustrating an LED comprising an emitting layer 400, an n-type GaN layer 402, a p-type GaN layer 404, an ITO layer 406, and a second ITO layer 408 on glass 410. The GaN of the LED has a roughened cone shaped surface 412 and the glass 410 has a roughened cone shaped surfaces 414. The LED is attached and wire bonded 416 to a lead frame 418 via the LED's bonding pads 420, 422.

FIG. 4B shows a top view of the lead frame 418 and glass 410.

In FIG. 4, the LED structure is grown on a sapphire substrate. ITO 406 is deposited on the p-type GaN 404. ITO coated 408 glass 410 is attached to the ITO 406 using an epoxy as a glue. The other side 414 of the glass is then roughened by sandblasting. The sapphire substrate is removed using a laser de-bonding technique.

**8:14-28**

FIG. 5 is a schematic illustrating an LED comprising an InGaN multi quantum well active layer 500, an n-GaN layer 502, a p-GaN layer 504, an epoxy layer 506 (approximately 400 microns thick 508), a bonding pad 510, an ohmic electrode/bonding pad 512, and ITO or ZnO 514. The thickness 516 of the n-GaN 502, active layer 500 and p-GaN layer 504 is approximately 5 microns.

FIG. 6 is a schematic illustrating an LED comprising an InGaN multi quantum well active layer 600, an n-GaN layer 602, a p-GaN layer 604, an epoxy layer 606 (approximately 400 microns thick 608), a narrow stripe Au connection 610, a bonding pad 612, an ohmic electrode/bonding pad 614, and ITO or ZnO 616. The thickness 618 of the n-GaN 602, active layer 600 and p-GaN layer 604 is approximately 5 microns.

**8:54-65**

FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:18-26**

FIG. 8 is a schematic illustration of an LED comprising an emitting layer 800 (InGaN multi quantum wells), an n-type GaN layer 802, a p-type GaN layer 804, an ITO layer 806, roughened ITO surface 808, a bonding pad 810, an ohmic contact/bonding pad 812, roughened GaN surface 814, and an epoxy layer 816 on the roughened ITO surface 808. The LED is embedded in an epoxy molding 818 having a spherical shape, whose outer surface has a remote roughened phosphors layer 820.

**9:31-41**

FIG. 9A is a schematic illustration of an LED comprising an emitting layer 900 (InGaN multi quantum wells), an n-type GaN layer 902, a p-type GaN layer 904, an ITO layer 906, bonding pad 908, an ohmic contact/bonding pad 910, roughened ITO surfaces 912, roughened GaN surface 914, and an epoxy layer 916 on the roughened ITO surface 912. The LED is embedded in an epoxy molding 918 having a spherical shape, whose outer surface has a remote roughened phosphors layer 920. The LED also includes a current spreading layer 922 (silicon dioxide, silicon nitride, or insulating layer, for example).

**9:49-59**

FIG. 10 is a schematic illustration of an LED comprising an emitting layer 1000 (InGaN multi quantum wells), an n-type GaN layer 1002, a p-type GaN layer 1004, an ITO layer 1006, bonding pad 1008, an ohmic contact/bonding pad 1010, roughened ITO surface 1012, roughened GaN surface 1014, and an epoxy layer 1016 on the roughened ITO surface 1012. The LED is embedded in an epoxy molding 1018 having a spherical shape, whose outer surface has a remote roughened phosphors layer 1020. The LED also includes a current spreading layer 1022 (silicon dioxide, silicon nitride, or insulating layer, for example).

**9:66-10:6**

FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-

GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding 1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122. The LED has bonding pads 1124, 1126.

**10:35-42**
FIG. 12 is a schematic illustration of an LED comprising an emitting layer 1200, an n-GaN layer 1202, p-GaN layer 1204, ITO or ZnO layer, 1206, and a sapphire substrate or patterned sapphire substrate 1208. The LED is attached and wire bonded 1210 to a lead frame 1212 and combined with in an epoxy or glass molding 1214, 1216 on the front 1218 and back sides 1220 of the LED. The emitting layer 1200 emits LED light 1222. The LED has bonding pads 1224, 1226.

**10:46-52**
FIG. 13 is a schematic illustration of an LED 1300 comprising an emitting layer 1302 and a sapphire substrate or patterned sapphire substrate 1304. The LED 1300 is attached and wire bonded 1306 to a lead frame 1308 and combined with in an epoxy or glass molding 1310, 1312 on the front 1314 and back sides 1316 of the LED 1300. The emitting layer 1302 emits LED light 1318.

**10:62-11:2**
FIG. 14A is a schematic illustration of an LED 1400 comprising an emitting layer 1402, an n-GaN layer 1404, p-GaN layer 1406, ITO or ZnO layer 1408, and a sapphire substrate or patterned sapphire substrate 1410. The LED 1400 is attached and wire bonded 1412 to a lead frame 1414 and combined with in an epoxy or glass molding 1416, 1418 on the front 1420 and back sides 1422 of the LED 1400. The emitting layer 1402 emits light 1424.

**11:18-26**
FIG. 15 is a schematic illustration of an LED comprising an emitting layer 1500, an n-GaN layer 1502, p-GaN layer 1504, ITO or ZnO layer 1506, and a sapphire substrate or patterned sapphire substrate 1508. The LED is attached and wire bonded 1510 to a lead frame 1512 and combined with in an epoxy or glass molding 1514, 1516 on the front 1518 and back sides 1520 of the LED. The emitting layer 1500 emits LED light 1522. A mirror 1524 is placed inside the molding 1516 to increase the light output to the front side 1526 of the device.

**11:29-37**
FIG. 16 is a schematic illustration of an LED 1600 comprising an emitting layer 1602 and a sapphire substrate

or patterned sapphire substrate 1604. The LED 1600 is attached and wire bonded 1606 to a lead frame 1608 and combined with in an epoxy or glass molding 1610, 1612 on the front 1614 and back sides 1616 of the LED 1600. The emitting layer 1602 emits light 1618. A mirror 1620 is placed inside the molding 1612 to increase the light output to the front side 1620 of the device.

**11:46-54**
FIG. 17A is a schematic illustration of an LED 1700 comprising an emitting layer 1702 and a sapphire substrate or patterned sapphire substrate 1704. The LED is attached and wire bonded 1706 to a lead frame 1708 and embedded in an epoxy or glass molding 1710. The emitting layer 1700 emits LED light 1712. Mirrors 1714 are placed inside the molding 1710 to increase the light output to the front side 1716 of the device by reflecting the light 1710 to form reflected light 1720 away from the backside 1718 of the device.

**11:62-12:3**
FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

**12:20-26**
FIG. 19A is a schematic illustration of an LED comprising an emitting layer 1900 and a sapphire substrate or patterned sapphire substrate 1902. The LED is attached and wire bonded 1904 to a lead frame 1906 and embedded in an epoxy or glass molding 1908. The emitting layer 1900 emits light 1910. Mirrors 1912 increase the light output to the front side 1914 of the device by reflecting LED light 1910 to form reflected light 1916 (away from the backside 1918).

**12:32-40**
FIG. 20A is a schematic illustration of an LED 2000 comprising an emitting layer 2002 and a sapphire substrate or patterned sapphire substrate 2004. The LED 2000 is attached and wire bonded 2006 to a lead frame 2008 and embedded in an epoxy or glass molding 2010. The emitting layer 2002 emits light 2012. Mirrors 2014 increase the light output to the front side 2016 of the device by reflecting LED light 2012 to form reflected LED light 2018 (away from the backside 2020).

**12:51-12:63**

FIG. 21A is a schematic illustration of an LED comprising an emitting layer 2102 and a sapphire substrate or patterned sapphire substrate 2104. The LED is attached and wire bonded 2106 to a lead frame 2108 and combined with in an epoxy or glass molding 2110, 2112 on the front 2114 and back sides 2116 of the LED. The emitting layer 2102 emits LED light 2118.

In FIG. 21A, a lead frame 2108 is used where the LED is placed on a transparent plate 2120, such as glass, quartz, sapphire, diamond or other transparent materials for the emission wavelength, using a transparent/clear epoxy 2122 as a die-bonding material. The transparent glass plate 2120 effectively extracts the LED light 2118 to the epoxy molding 2110.

**13:16-26**

FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).

**13:29-33**

FIG. 24 is a schematic illustration of an LED structure grown using a patterned sapphire substrate or textured GaN, ZnO, SiC, Spinel, or other transparent material substrate. Note that the substrate may be wherein the substrate may be shaped, patterned, textured or roughened 2426.

**13:34-43**

FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.

| | |
|---|---|
| | **14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[e] wherein the light-emitting structure comprises at least a growth substrate and an active layer with p-n junction formed on the growth substrate, and | DenBaars expressly or inherently discloses "wherein the light-emitting structure comprises at least a growth substrate and an active layer with p-n junction formed on the growth substrate." For example:<br><br>*See* claim 1[d].<br><br><br>FIG. 4A |



FIG. 5

FIG. 6



FIG. 7A

FIG. 7B

FIG. 8

FIG. 9A

FIG. 9B



FIG. 10

FIG. 11A



FIG. 12

FIG. 13



FIG. 14A

FIG. 15



FIG. 16

FIG. 17A

FIG. 17B



FIG. 18B          FIG. 18A

FIG. 19B          FIG. 19A



FIG. 20B

FIG. 20A

FIG. 21A



FIG. 22B

FIG. 22A

FIG. 23B

FIG. 23A

FIG. 24B

FIG. 24A



FIG. 25B                    FIG. 25A

**5:15-49**

The present invention describes an (Al, Ga, In)N light emitting diode (LED) in which multi-directional light can be extracted from one or more surfaces of the LED. Moreover, light may be extracted from multiple sides of the LED, namely the top (front) and bottom (back) sides of the LED.

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, inverted cone or other shape.

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

The LED may reside on a transparent plate in a lead frame that allows the light to be extracted from multiple sides of the LED.

All layers of the LED may be transparent for an emission wavelength, except for an emitting layer. The present invention also minimizes internal reflections within the LED by eliminating mirrors and/or mirrored surfaces, in order to minimize re-absorption of the LED's light by the emitting layer (or the active layer) of the LED.

To assist in minimizing internal reflections, the LED may include one or more transparent contact layers, wherein the transparent contact layer is shaped, patterned, textured or roughened to increase the light extraction. Moreover, a current spreading layer may be deposited on the LED before the transparent contact layer. Further, the LED may include a transparent substrate, wherein the transparent substrate is shaped, patterned, textured or roughened to increase the light extraction.

**6:16-26**

In the following description of the figures, the details of the LEDs structure are not shown. Only the emitting layer (usually AlInGaN MQW), p-type GaN, n-GaN and sapphire substrate are shown. Of course, there may be other layers in the LED structure, such as a p-AlGaN electron blocking layer, InGaN/GaN super lattices and others. In this invention, the most important aspects are the surfaces of the LED structure, because the light extraction efficiency is determined mainly by the surface layer or condition of the epitaxial wafers. Consequently, only some aspects (the surface layers) of the LED are shown in all of the figures.

**7:53-59**

In FIG. 4, the LED structure is grown on a sapphire substrate. ITO 406 is deposited on the p-type GaN 404. ITO coated 408 glass 410 is attached to the ITO 406 using an epoxy as a glue. The other side 414 of the glass is then roughened by sandblasting. The sapphire substrate is removed using a laser de-bonding technique.

**8:35-43**

In FIGS. 4-6, if a GaN substrate is used instead of a sapphire substrate, laser de-bonding is not required. As a result, the glass 410 and thick epoxy 506, 606 sub-mount are not required.

After the LED structure is grown on GaN substrate, ITO 514 is deposited on the p-type GaN 504 and the backside of the GaN substrate, which is an N-face GaN, is etched with a wet etching, such as KOH and HCL. A cone-shaped surface 520, 622 is formed on the N-face GaN.

**10:7-10**

In FIG. 11A, the LED structure is grown on a flat sapphire substrate or a patterned sapphire substrate (PSS) 1108 to improve the light extraction efficiency through the interface 1128 between the GaN 1102 and sapphire substrate 1108.

**13:9-14**

FIGS. 22A and 23A both illustrate LED structures grown using a bulk GaN, ZnO, SiC, Spinel or other transparent material substrate, wherein the substrate may be shaped, patterned, textured or roughened. FIG. 22B is an image of the textured surface 2214 of the substrate 2206 and FIG. 23B is an image of the textured surface 2310 of the substrate 2302.

| | |
|---|---|
| | **13:29-33**<br>FIG. 24 is a schematic illustration of an LED structure grown using a patterned sapphire substrate or textured GaN, ZnO, SiC, Spinel, or other transparent material substrate. Note that the substrate may be wherein the substrate may be shaped, patterned, textured or roughened 2426.<br><br>**14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 1[f] an angle between the first surface of the transparent substrate and the platform is 45-135 degree. | DenBaars expressly or inherently discloses "an angle between the first surface of the transparent substrate and the platform is 45–135 degree." For example:<br><br>**Abstract**<br>An (Al, Ga, In)N light emitting diode (LED) in which multi-directional light can be extracted from one or more surfaces of the LED before entering a shaped optical element and subsequently being extracted to air. In particular, the (Al, Ga, In)N and transparent contact layers (such as ITO or ZnO) are embedded in or combined with a shaped optical element, which may be an epoxy, glass, silicon or other material molded into a sphere or inverted cone shape, wherein most of the light entering the inverted cone shape lies within a critical angle and is extracted. The present invention also minimizes internal reflections within the LED by eliminating mirrors and/or mirrored surfaces, in order to minimize re-absorption of the LED's light by the emitting layer (or the active layer) of the LED. To assist in minimizing internal reflections, transparent electrodes, such as ITO or ZnO, may be used. Surface roughening by patterning or anisotropically etching (i.e., creating microcones) may also assist in light extraction, as well as minimizing internal reflections. |



FIG. 11A

FIG. 11B

FIG. 18B          FIG. 18A



FIG. 19B          FIG. 19A

FIG. 24B          FIG. 24A



FIG. 25B          FIG. 25A

**10:20-33**

The LED may be combined with epoxy or glass and molded as an inverted cone- shapes 1114, 1116 for both the front 1118 and back sides 1120, wherein the inverted cone shapes 1114, 1116 provides enhanced light extraction. Specifically, most of the light entering the inverted cone shapes 1114, 1116 lies within a critical angle and is extracted. The light is reflected to a top or emitting surface of the inverted cone shape 1114 by the side walls of the inverted cone shape 1114 for emission through the top surface of the inverted cone shape 1114, and similarly, the light is reflected to a bottom or emitting surface of the inverted cone shape 1116 by the side walls of the inverted cone shape 1116 for emission through the bottom surface of the inverted cone shape 1114.

**12:6-19**

In FIG. 18A, the molding is an inverted cone shape 1810 rotated relative to the lead frame 1808 and LED 1800, wherein mirrors 1814 have been deposited or attached to the sides 1822 of the inverted cone shape 1810.

The angle 1824 of the inverted cone shape 1810 reflects LED light 1812 emitted from the LED 1800 to the front side 1816 of the inverted cone shape 1810. For example, the refractive index of epoxy is n2=1.5. The refractive index of the air is n1=1. As a result, the critical angle of the reflection is sin−1 (1/1.5). Therefore, the angle of the inverted cone shape 1822 should be more than sin−1 (1/1.5). This results in the LED light being effectively extracted from the top surface 1828 of the inverted cone or from the direction of the side wall 1826 of the LED 1800.

| | |
|---|---|
| | **13:15-25**<br>FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).<br><br>**13:34-43**<br>FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.<br><br>**14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 3. The light-emitting device package according to claim 1, wherein the area of the first surface and/or the second surface is not smaller than the area of the p-n junction. | DenBaars expressly or inherently discloses that  the area of the first surface and/or the second surface is not smaller than the area of the p-n junction." For example: |



FIG. 4A

FIG. 4B

FIG. 7A

FIG. 7B



FIG. 9A

FIG. 9B

FIG. 10



FIG. 11A

FIG. 11B

FIG. 12



FIG. 13

FIG. 14A

FIG. 14B



FIG. 15

FIG. 16



FIG. 17A

FIG. 17B

FIG. 18B    FIG. 18A



FIG. 19B    FIG. 19A

FIG. 20B    FIG. 20A



FIG. 21A

FIG. 21B

FIG. 23B

FIG. 23A



FIG. 24B          FIG. 24A



FIG. 25B          FIG. 25A

**7:45-53**

FIG. 4A is a schematic illustrating an LED comprising an emitting layer 400, an n-type GaN layer 402, a p-type GaN layer 404, an ITO layer 406, and a second ITO layer 408 on glass 410. The GaN of the LED has a roughened cone shaped surface 412 and the glass 410 has a roughened cone shaped surfaces 414. The LED is attached and wire bonded 416 to a lead frame 418 via the LED's bonding pads 420, 422.

FIG. 4B shows a top view of the lead frame 418 and glass 410.

**8:54-65**
FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:31-42**
FIG. 9A is a schematic illustration of an LED comprising an emitting layer 900 (InGaN multi quantum wells), an n-type GaN layer 902, a p-type GaN layer 904, an ITO layer 906, bonding pad 908, an ohmic contact/bonding pad 910, roughened ITO surfaces 912, roughened GaN surface 914, and an epoxy layer 916 on the roughened ITO surface 912. The LED is embedded in an epoxy molding 918 having a spherical shape, whose outer surface has a remote roughened phosphors layer 920. The LED also includes a current spreading layer 922 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and gold wire bonded 924 to a lead frame 926.

**9:49-60**
FIG. 10 is a schematic illustration of an LED comprising an emitting layer 1000 (InGaN multi quantum wells), an n-type GaN layer 1002, a p-type GaN layer 1004, an ITO layer 1006, bonding pad 1008, an ohmic contact/bonding pad 1010, roughened ITO surface 1012, roughened GaN surface 1014, and an epoxy layer 1016 on the roughened ITO surface 1012. The LED is embedded in an epoxy molding 1018 having a spherical shape, whose outer surface has a remote roughened phosphors layer 1020. The LED also includes a current spreading layer 1022 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and wire bonded 1024 to a lead frame 1026.

**9:66-10:6**
FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding 1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122. The LED has bonding pads 1124, 1126.

**10:35-42**

FIG. 12 is a schematic illustration of an LED comprising an emitting layer 1200, an n-GaN layer 1202, p-GaN layer 1204, ITO or ZnO layer, 1206, and a sapphire substrate or patterned sapphire substrate 1208. The LED is attached and wire bonded 1210 to a lead frame 1212 and combined with in an epoxy or glass molding 1214, 1216 on the front 1218 and back sides 1220 of the LED. The emitting layer 1200 emits LED light 1222. The LED has bonding pads 1224, 1226.

**10:46-52**

FIG. 13 is a schematic illustration of an LED 1300 comprising an emitting layer 1302 and a sapphire substrate or patterned sapphire substrate 1304. The LED 1300 is attached and wire bonded 1306 to a lead frame 1308 and combined with in an epoxy or glass molding 1310, 1312 on the front 1314 and back sides 1316 of the LED 1300. The emitting layer 1302 emits LED light 1318.

**10:62-11:2**

FIG. 14A is a schematic illustration of an LED 1400 comprising an emitting layer 1402, an n-GaN layer 1404, p-GaN layer 1406, ITO or ZnO layer 1408, and a sapphire substrate or patterned sapphire substrate 1410. The LED 1400 is attached and wire bonded 1412 to a lead frame 1414 and combined with in an epoxy or glass molding 1416, 1418 on the front 1420 and back sides 1422 of the LED 1400. The emitting layer 1402 emits light 1424.

**11:18-26**

FIG. 15 is a schematic illustration of an LED comprising an emitting layer 1500, an n-GaN layer 1502, p-GaN layer 1504, ITO or ZnO layer 1506, and a sapphire substrate or patterned sapphire substrate 1508. The LED is attached and wire bonded 1510 to a lead frame 1512 and combined with in an epoxy or glass molding 1514, 1516 on the front 1518 and back sides 1520 of the LED. The emitting layer 1500 emits LED light 1522. A mirror 1524 is placed inside the molding 1516 to increase the light output to the front side 1526 of the device.

**11:29-37**

FIG. 16 is a schematic illustration of an LED 1600 comprising an emitting layer 1602 and a sapphire substrate or patterned sapphire substrate 1604. The LED 1600 is attached and wire bonded 1606 to a lead frame 1608 and combined with in an epoxy or glass molding 1610, 1612 on the front 1614 and back sides 1616 of the LED 1600. The emitting layer 1602 emits light 1618. A mirror 1620 is placed inside the molding 1612 to increase the light output to the front side 1620 of the device.

**11:46-54**
FIG. 17A is a schematic illustration of an LED 1700 comprising an emitting layer 1702 and a sapphire substrate or patterned sapphire substrate 1704. The LED is attached and wire bonded 1706 to a lead frame 1708 and embedded in an epoxy or glass molding 1710. The emitting layer 1700 emits LED light 1712. Mirrors 1714 are placed inside the molding 1710 to increase the light output to the front side 1716 of the device by reflecting the light 1710 to form reflected light 1720 away from the backside 1718 of the device.

**11:62-12:3**
FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

**12:20-26**
FIG. 19A is a schematic illustration of an LED comprising an emitting layer 1900 and a sapphire substrate or patterned sapphire substrate 1902. The LED is attached and wire bonded 1904 to a lead frame 1906 and embedded in an epoxy or glass molding 1908. The emitting layer 1900 emits light 1910. Mirrors 1912 increase the light output to the front side 1914 of the device by reflecting LED light 1910 to form reflected light 1916 (away from the backside 1918).

**12:32-40**
FIG. 20A is a schematic illustration of an LED 2000 comprising an emitting layer 2002 and a sapphire substrate or patterned sapphire substrate 2004. The LED 2000 is attached and wire bonded 2006 to a lead frame 2008 and embedded in an epoxy or glass molding 2010. The emitting layer 2002 emits light 2012. Mirrors 2014 increase the light output to the front side 2016 of the device by reflecting LED light 2012 to form reflected LED light 2018 (away from the backside 2020).

**12:51-12:63**
FIG. 21A is a schematic illustration of an LED comprising an emitting layer 2102 and a sapphire substrate or patterned sapphire substrate 2104. The LED is attached and wire bonded 2106 to a lead frame 2108 and

Page 100 of 116

combined with in an epoxy or glass molding 2110, 2112 on the front 2114 and back sides 2116 of the LED. The emitting layer 2102 emits LED light 2118.

In FIG. 21A, a lead frame 2108 is used where the LED is placed on a transparent plate 2120, such as glass, quartz, sapphire, diamond or other transparent materials for the emission wavelength, using a transparent/clear epoxy 2122 as a die-bonding material. The transparent glass plate 2120 effectively extracts the LED light 2118 to the epoxy molding 2110.

**13:4-8**
FIG. 23A illustrates an LED structure 2300, on a bulk GaN substrate 2302, having a transparent contact or transparent conducting electrode 2304, a p-contact 2306, and an n-contact 2308. In FIG. 23A, the backside side of substrate 2302 is textured into cones 2310 (textured surface).

**13:16-26**
FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).

**13:34-43**
FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.

**14:21-26**
The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.

| | To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 4. The light-emitting device package according to claim 1, wherein the angle between the first surface of the transparent substrate and the platform is about 90 degree. | DenBaars expressly or inherently discloses that "the angle between the first surface of the transparent substrate and the platform is about 90 degree." For example:<br><br>FIG. 11A<br><br>FIG. 11B |



FIG. 18B    FIG. 18A

FIG. 19B    FIG. 19A



FIG. 24B          FIG. 24A



FIG. 25B          FIG. 25A

**11:62-12:3**
FIG. 18A is a schematic illustration of an LED 1800 comprising an emitting layer 1802 and a sapphire substrate or patterned sapphire substrate 1804. The LED 1800 is attached and wire bonded 1806 to a lead frame 1808 and embedded in an epoxy or glass molding 1810. The emitting layer 1802 emits LED light 1812. Mirrors 1814 increase the light output to the front side 1816 of the device by reflecting LED light 1812 to form reflected light 1818 (away from the backside 1820 of the device).

**12:6-19**

In FIG. 18A, the molding is an inverted cone shape 1810 rotated relative to the lead frame 1808 and LED 1800, wherein mirrors 1814 have been deposited or attached to the sides 1822 of the inverted cone shape 1810.

The angle 1824 of the inverted cone shape 1810 reflects LED light 1812 emitted from the LED 1800 to the front side 1816 of the inverted cone shape 1810. For example, the refractive index of epoxy is n2=1.5. The refractive index of the air is n1=1. As a result, the critical angle of the reflection is sin−1 (1/1.5). Therefore, the angle of the inverted cone shape 1822 should be more than sin−1 (1/1.5). This results in the LED light being effectively extracted from the top surface 1828 of the inverted cone or from the direction of the side wall 1826 of the LED 1800.

**13:15-28**

FIG. 24A shows an LED 2400 including an emitting layer 2402 and a sapphire substrate or patterned sapphire substrate (PSS) 2404. The LED 2400 sits on a transparent glass plate 2406 attached to a metal lead frame 2408 having electrodes 2410 and 2412. The LED 2400 is embedded in an inverted cone 2414 made or epoxy or glass, having an angle 2416. The emitting layer 2402 emits LED light 2418 which is reflected by the inverted cone 2414 out of the front surface 2420. The LED 2400 is wire bonded 2422 to the metal lead frame 2408. The LED 2400 also has a transparent contact layer 2424 (for example, ITO or ZnO).

FIG. 24B shows a top view of the lead frame 2408 and inverted cone made of glass 2414.

**13:34-43**

FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 (e.g. glass) sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.

**14:21-26**

The foregoing description of one or more embodiments of the invention has been presented for the purposes

| | of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 9. The light-emitting device package according to claim 1, further comprising a phosphor layer coated around the light-emitting device. | DenBaars expressly or inherently discloses that the light-emitting device package further comprises "a phosphor layer coated around the light-emitting device." For example:<br><br><br>FIG. 7A<br><br>FIG. 7B |



FIG. 8

FIG. 9A

FIG. 9B



FIG. 11A

FIG. 13



FIG. 16

FIG. 17B

FIG. 18B          FIG. 18A





FIG. 25B          FIG. 25A

**5:25-29**

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

**6:16-26**

In the following description of the figures, the details of the LEDs structure are not shown. Only the emitting layer (usually AlInGaN MQW), p-type GaN, n-GaN and sapphire substrate are shown. Of course, there may be other layers in the LED structure, such as a p-AlGaN electron blocking layer, InGaN/GaN super lattices and others. In this invention, the most important aspects are the surfaces of the LED structure, because the light extraction efficiency is determined mainly by the surface layer or condition of the epitaxial wafers. Consequently, only some aspects (the surface layers) of the LED are shown in all of the figures.

**7:15-29**

FIGS. 4-25 are schematic illustrations of improved LED structures according to the preferred embodiments of the present invention. In these figures, a number of different opto-electronic devices are shown, each comprising an LED that emits light from multiple sides of the LED, e.g., the light is emitted from front and back sides of the LED.

Page 111 of 116

The LED may be embedded in or combined with a shaped optical element comprising an epoxy, glass, silicon or other transparent material molded into a sphere, or inverted cone or other shape.

The shaped optical element may be shaped, patterned, textured or roughened to increase the light extraction. In addition, a phosphor layer may be located on or in the shaped optical element, wherein the phosphor layer is shaped, patterned, textured or roughened to increase the light extraction.

**8:54-65**

FIG. 7A is a schematic illustrating an LED comprising an emitting layer 700, an n-type GaN layer 702, a p-type GaN layer 704, and an ITO layer 706, a second ITO layer 708, and glass 710. The GaN 702 of the LED has a roughened cone shaped surface 712 and the glass 710 has a roughened cone shaped surfaces 714. The LED is attached and wire bonded 716 to a lead frame or sub-mount 718 via the LED's bonding pads 720, 722. The LED is molded with epoxy or glass 724 as a sphere shape, for example, forming a lens. A remote phosphor layer 726, which may be roughened, is on the outside surface of the lens molding 724. FIG. 7B is a top view of the device in FIG. 7A showing a top view of the lead frame 718.

**9:18-26**

FIG. 8 is a schematic illustration of an LED comprising an emitting layer 800 (InGaN multi quantum wells), an n-type GaN layer 802, a p-type GaN layer 804, an ITO layer 806, roughened ITO surface 808, a bonding pad 810, an ohmic contact/bonding pad 812, roughened GaN surface 814, and an epoxy layer 816 on the roughened ITO surface 808. The LED is embedded in an epoxy molding 818 having a spherical shape, whose outer surface has a remote roughened phosphors layer 820.

**9:31-42**

FIG. 9A is a schematic illustration of an LED comprising an emitting layer 900 (InGaN multi quantum wells), an n-type GaN layer 902, a p-type GaN layer 904, an ITO layer 906, bonding pad 908, an ohmic contact/bonding pad 910, roughened ITO surfaces 912, roughened GaN surface 914, and an epoxy layer 916 on the roughened ITO surface 912. The LED is embedded in an epoxy molding 918 having a spherical shape, whose outer surface has a remote roughened phosphors layer 920. The LED also includes a current spreading layer 922 (silicon dioxide, silicon nitride, or insulating layer, for example). The LED is attached and gold wire bonded 924 to a lead frame 926.

**9:66-10:6**

FIG. 11A is a schematic illustration of an LED comprising an emitting layer 1100, an n-GaN layer 1102, p-GaN layer 1104, ITO or ZnO layer 1106, and a sapphire substrate or patterned sapphire substrate 1108. The

LED is attached and wire bonded 1110 to a lead frame 1112 and combined with in an epoxy or glass molding 1114, 1116 on the front 1118 and back sides 1120 of the LED. The emitting layer 1100 emits light 1122.

**10:53-61**

In FIG. 13, a phosphor layer 1320 is placed near the top surface 1322, 1324 of the molding 1310, 1312. Preferably, the phosphor layer 1320 should be placed far away from the LED 1300. In this case, the conversion efficiency of the blue light to white light is increased, due to reduced re-absorption of the LED 1300 light resulting from reduced back-scattering of the light by the phosphor 1320 to the LED 1300.

The surface 1326 of the phosphor layer 1320 is roughened to improve the light extraction through the phosphor 1320.

**11:38-45**

In FIG. 16, a phosphor layer 1622 is placed near the top surface 1624 of the molding 1610. Preferably, the phosphor layer 1622 should be placed far away from the LED 1600. In this case, the conversion efficiency of the blue light to white light is increased, due to reduced re-absorption of the LED light 1618 resulting from reduced back-scattering by the phosphor 1622. In addition, the surface 1626 of the phosphor layer 1622 is roughened to improve the light extraction through the phosphor 1622.

**12:41-49**

In FIG. 20A, a phosphor layer 2022 is placed near the top surface 2024 of the inverted cone shape molding 2010. Preferably, the phosphor layer 2022 should be placed far away from the LED 2000. In this case, the conversion efficiency of the blue light to white light is increased, due to reduced re-absorption of the LED light 2012 resulting from reduced back-scattering by the phosphor 2022. In addition, the surface 2026 of the phosphor layer 2022 is roughened to improve the light extraction through the phosphor 2022.

**13:34-56**

FIG. 25A is a schematic illustration of an LED structure that includes blue 2500, green 2502 and red 2504 LEDs or LED emitting layers that are placed on the transparent plate 2506, in order to make white LED light 2508 from the three primary color LEDs 2500, 2502 and 2504. The transparent plate 2506 sits on a metal lead frame 2510. The LEDs are embedded in a molding material such as an inverted cone made of epoxy or glass 2512 having an angle 2514, wherein the inverted cone 2512 contains a light mixing layer 2516.

Preferably, the number of blue, green and red LED chips are adjusted to make an optimum white light LED. A light mixing layer may be placed inside of the molding material in order to create the white light by mixing

| | three primary colors of light. The light mixing layer my also perform a uniform diffusion of the mixing light, i.e., the light diffusion layer is put inside of the molding material to diffuse the light uniformly.<br><br>**14:21-26**<br>The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 17[pre] A light-emitting device package comprising: | DenBaars expressly or inherently discloses a "light-emitting device package." For example:<br><br>*See* claim 1[pre].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 17[a] a carrier having a platform; and | DenBaars expressly or inherently discloses "a carrier having a platform." For example:<br><br>*See* claim 1[a].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 17[b] a light-emitting device comprising: | DenBaars expressly or inherently discloses " a light-emitting device." For example: |

| | |
|---|---|
| | *See* claim 1[b].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 17[c] a transparent substrate having a first surface and a second surface; and | DenBaars expressly or inherently discloses "a transparent substrate having a first surface and a second surface." For example:<br><br>*See* claim 1[c].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 17[d] a light-emitting structure formed on the first surface of the transparent substrate, | DenBaars expressly or inherently discloses "a light-emitting structure formed on the first surface of the transparent substrate." For example:<br><br>*See* claim 1[d].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
| 17[e] wherein the light-emitting structure comprises at least a growth substrate and an active layer with p-n junction formed on the growth substrate, and | DenBaars expressly or inherently discloses that "the light-emitting structure comprises at least a growth substrate and an active layer with p-n junction formed on the growth substrate." For example:<br><br>*See* claim 1[e].<br><br>To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those |

| | elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |
|---|---|
| 17[f] an angle between the p-n junction and the platform is not equal to zero degree. | DenBaars expressly or inherently discloses "an angle between the p-n junction and the platform is not equal to zero degree." For example: <br><br> *See* claim 1[f]. <br><br> To the extent that DenBaars does not disclose any elements of this claim limitation, it would have been obvious to a person having ordinary skill in the art to combine, with the teachings of DenBaars, those elements, as known to them or as disclosed by other prior art identified in the cover pleading and other claim charts. |